1185066

# UNITED STATES DISTRICT COURT
## for the
### EASTERN District of VIRGINIA

**FILED OCT - 7 2020**
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:20-cr-239 ~~(UNDER SEAL)~~ |
| | ) | |
| EL SHAFEE ELSHEIKH | ) | |
| *Defendant* | ) | |

RECEIVED 2020 OCT -6 PM 4:41 RICHMOND OFFICE EASTERN DISTRICT OF VIRGINIA UNITED STATES MARSHAL

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* EL SHAFEE ELSHEIKH,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Commit Hostage Taking, Resulting in Death (18 U.S.C. § 1203)
Hostage Taking Resulting in Death (18 U.S.C. §§ 1203 and 2)
Conspiracy to Murder United States Citizens Outside of the United States (18 U.S.C. § 2332(b)(2))
Conspiracy to Provide Material Support to Terrorists, Resulting in Death (18 U.S.C. § 2339A)
Conspiracy to Provide Material Support to a Foreign Terrorist Organization, Resulting in Death (18 U.S.C. § 2339B)

Date: 10/06/2020

*Issuing officer's signature*

City and state: Richmond, Virginia

J. Saunders
*Printed name and title*

### Return

This warrant was received on *(date)* 10/6/2020, and the person was arrested on *(date)* 10/7/2020
at *(city and state)* DULLES, VA.

Date: 10/7/2020

*Arresting officer's signature*

LUIS MARTY    DUSM FOR FBI
*Printed name and title*