UNITED STATES DISTRICT COUR
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: THERESA CARRROLL BUCHANAN

UNITED STATES OF AMERICA  HEARING: **R5**  CASE #: **20CR239**

-VS-  DATE: **10/7/20**  TIME: **5:00 pm** (VIA REMOTE)

② **El Shafee ElSheikh**
① **Alexanda Kotey**

TYPE: ~~FTR RECORDER~~  DEPUTY CLERK: T. FITZGERALD

COURT REPORTER: **Scott Wallace**

COUNSEL FOR THE UNITED STATES: **R. Parekh; D. Fitzpatrick; J. Gibbs; A. Grano**

COUNSEL FOR THE DEFENDANT: **K. Triccoli (present)**

INTERPRETER: **Ghada Attieh (present)**  LANGUAGE: **Arabic**

( X ) DEFENDANT APPEARED **(BOTH)**:  ( ) WITH COUNSEL  ( ) WITHOUT COUNSEL

( X ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

( ) COURT TO APPOINT COUNSEL _____  ( ) DFT. TO RETAIN COUNSEL

( ) GVT. CALL WITNESS & ADDUCES EVIDENCE

( ) EXHBIT # _____ ADMITTED

( ) PROBABLE CAUSE: FOUND ( ) / NOT FOUND ( )

( ) PRELIMINARY HEARING WAIVED

( ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) DEFT. ADMITS VIOLATION ( ) DFT. DENIES VIOLATION ( ) COURT FINDS DFT. IN VIOLATION

MINUTES: **The court has appointed two (2) attorneys for each deft. USA seeks detention - GRANTED; The Arraignment is set for 10/9/20 at 2:00pm with Judge Ellis for both defts. in courtroom 900.**

CONDITIONS OF RELEASE:
($ ) UNSECURED ($ ) SECURED ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING (
TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT ( ) AVOID CONTACT
( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

( X ) DEFENDANT **(BOTH)** REMANDED TO THE CUSTODY OF THE U.S. MARSHALS
( ) DEFENDANT CONTINUED ON SAME CONDITIONS OF PROBATION

NEXT COURT APPEARANCE: **10/9/20** at **11:30 Am** Before **Buchanan (In Courtroom)**
( X ) DH ( ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) PBV ( ) SRV ( ) R5 ( ) ARR **1000**

\* **Both Defts will appear VIA Remote.**