# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                  ) | Criminal No. 20-CR-239 |
| ) | |
| ALEXANDA AMON KOTEY and ) | |
| EL SHAFEE ELSHEIKH,                ) | |

## ORDER

This matter comes before the Court on an eight-count Indictment charging: (i) conspiracy to commit hostage taking resulting in death, in violation of 18 U.S.C. § 1203 (Count 1); (ii) hostage taking resulting in death, in violation of 18 U.S.C. §§ 1203 and 2 (Counts 2-5); (iii) conspiracy to murder United States citizens outside of the United States, 18 U.S.C. § 2332(b)(2) (Count 6); (iv) conspiracy to provide material support to terrorists – hostage taking and murder – resulting in death, in violation of 18 U.S.C. § 2339A (Count 7); and (v) conspiracy to provide material support to a designated foreign terrorist organization resulting in death, in violate of 18 U.S.C. § 2339B (Count 8). Because this case is a capital eligible case, it is necessary to appoint two defense counsel for each defendant.

Accordingly,

It is hereby **ORDERED** that the Office of the Federal Public Defender and Barry Coburn of Coburn & Greenbaum, PLLC are **APPOINTED** to represent Defendant Alexanda Amon Kotey.

It is further **ORDERED** that Nina Ginsberg of DiMuro Ginsberg PC and Edward B. MacMahon of Edward B. MacMahon, Jr., PLC are **APPOINTED** to represent Defendant El Shafee El Sheikh.

It is further **ORDERED** that, although the persons above are appointed counsel, associates and staff at their respective law firms may assist appointed counsel in their representation and be compensated through the Criminal Justice Act.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, VA
October 8, 2020

/s/
T. S. Ellis, III
United States District Judge