IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 20-CR-239 |
| ) | |
| ALEXANDA AMON KOTEY and ) | |
| EL SHAFEE ELSHEIKH, ) | |

## ORDER

In accordance with Criminal Justice Act Guidelines § 250.53.10 appointed counsel may, with prior authorization from the Court, seek to claim compensation for an attorney who is not a partner or associate, within the maximum compensation allowed by the Criminal Justice Act, separately identifying the provider of each service. Appointed counsel Nina Ginsberg has sought authorization for the services of attorney Jessica Carmichael of Carmichael, Elli & Brock. Ms. Ginsberg's request will be granted.

Accordingly,

It is hereby **ORDERED** that appointed counsel Nina Ginsberg is **AUTHORIZED** to claim compensation for attorney Jessica Carmichael.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, VA
October 9, 2020

/s/
T. S. Ellis, III
United States District Judge