UNITED STATES DISTRICT COUR
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: THERESA CARRROLL BUCHANAN

UNITED STATES OF AMERICA      HEARING: **DH**    CASE #: **20CR239**

-VS-                           DATE: **10/9/20**   TIME: **11:30 pm (Courtroom 1000)**

**El Shafee Elsheikh**         TYPE: ~~FTR RECORDER~~   DEPUTY CLERK: T. FITZGERALD
                               **Tonia Harris**

COUNSEL FOR THE UNITED STATES: **D. Fitzpatrick; R. Parekh; A. Grano; J. Gibbs**

COUNSEL FOR THE DEFENDANT: **N. Ginsberg; E. MacMahon**

INTERPRETER: _____   LANGUAGE: _____

( **X** ) DEFENDANT APPEARED:   ( **X** ) WITH COUNSEL      (   ) WITHOUT COUNSEL

(   ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

(   ) COURT TO APPOINT COUNSEL _____   (   ) DFT. TO RETAIN COUNSEL

(   ) GVT. CALL WITNESS & ADDUCES EVIDENCE

(   ) EXHBIT # _____ ADMITTED

(   ) PROBABLE CAUSE: FOUND (   ) / NOT FOUND (   )

(   ) PRELIMINARY HEARING WAIVED

(   ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

(   ) DEFT. ADMITS VIOLATION (   ) DFT. DENIES VIOLATION (   ) COURT FINDS DFT. IN VIOLATION

MINUTES: **Deft. does not contest detention at this time.**

CONDITIONS OF RELEASE:
($       ) UNSECURED ($       ) SECURED (   ) PTS (   ) 3RD PARTY (   ) TRAVEL RESTRICTED
(   ) APPROVED RESIDENCE (   ) SATT (   ) PAY COSTS (   ) ELECTRONIC MONITORING (   ) MENTAL HEALTH TEST/TREAT (   ) ROL (   ) NOT DRIVE (   ) FIREARM (   ) PASSPORT (   ) AVOID CONTACT
(   ) ALCOHOL & DRUG USE (   ) EMPLOYMENT

( **X** ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS **w/o Bond pending trial.**
(   ) DEFENDANT CONTINUED ON SAME CONDITIONS OF PROBATION

NEXT COURT APPEARANCE: _____ at _____ Before _____
(   ) DH (   ) PH (   ) STATUS (   ) TRIAL (   ) JURY (   ) PLEA (   ) SENT (   ) PBV (   ) SRV (   ) RS (   ) ARR