# UNITED STATES DISTRICT COURT
## * Arraignment *

Date: 10/09/2020              Case No.: 1:20-cr-00239-TSE-1

Court Time: 02:01 p.m. – 02:31 p.m. (00:30)

---

## UNITED STATES OF AMERICA v. ALEXANDA AMON KOTEY (1)
## EI SHAFEE ELSHEIKH (2)

PRESENT:     Honorable **T.S. Ellis, III**,   U. S. District Judge

| | |
|---|---|
| COURTROOM DEPUTY: | Tanya Randall |
| COURTROOM REPORTER: | Patricia Kaneshiro-Miller |
| ASST. U.S. ATTORNEY: | Raj Parekh, John Gibbs, Dennis Fitzpatrick, Aidan Grano |
| COUNSEL FOR DEFT: | Barry Coburn, Marc Eisenstein, Brooke Rupert, Kenneth Troccoli (1) |
| | Nina Ginsberg, Edward MacMahon (2) |

## PROCEEDINGS:

[ X ] Defendant(s) is arraigned and specifically advised of rights.

[ X ] Defendant(s) waives reading of indictment – WFA

[ X ] Defendant(s) pled NG and demanded trial by jury

[ X ] Defendant (2) waived Speedy Trial.  Waiver provided in open court.

- Government advised that the parties have agreed to set this matter for a Status Conference after 1/9/2021 preferably on 1/15/2021 if the Court finds case is complex and speedy is tolled -GRANTED.

- Court finds case is a complex matter.

- Government to provide the speedy trial order.

- Status Conference set for Friday, January 15, 2021 at 9:00 a.m.

**Defendant(s)** [ X ] Remanded   [  ] Continued on Bond   [  ] Released on _____ Bond – see Order Setting Conditions of Release