AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   Criminal No. 20-CR-239 |
| ALEXANDA AMON KOTEY & EL SHAFEE ELSHEIK | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, El Shafee El Sheikh                                                           .

Date:   10/13/2020

/s/ Zachary A. Deubler
*Attorney's signature*

Zachary A. Deubler/VSB No. 90669
*Printed name and bar number*

DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA  22314

*Address*

zdeubler@dimuro.com
*E-mail address*

(703) 684-4333
*Telephone number*

(703) 548-3181
*FAX number*