November 9, 2020

Roberta Kassig
8299 Kennedy Dr.
King George, VA
22485
540-834-3289

US District Court
Eastern District of VA
Clerk of the Court
Fernando Galindo
401 Courthouse Sq.
Alexandria, VA
22314

RECEIVED
MAILROOM

NOV 1 2 2020

CLERK, U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA

Dear Mr. Galindo,

This is in reference to the upcoming hearing on January 15, 2021 for El shafee El Sheikh and Alexanda Kotey, case # I:20CR239.

As a member of the Kassig family I would like to find out how to access the above mentioned hearing. Peter's father Edward and I are cousins, as our fathers were brothers. Please understand that I am not a spokesperson for the family and not interested in making any statements to anyone. But, I would appreciate any information on the procedure required to attend the hearing as I believe that it is important that family members have access to the proceedings above the media and other onlookers, for lack of a better word.

I did call the courthouse to find out this information and was told that I just needed to show up and if there was room I would be allowed in. I am not requesting any special treatment but rather some courtesy to ensure that I and any other family member in the future who request access to the scheduled hearing and subsequent hearings/trial are not left outside.

At this point, Edward and Paula are not planning to attend the hearing. We realize it is a very short procedure and since I only live about an hour from Alexandria I made the decision, with their knowledge to make every effort to attend.

Thank you for your time and I look forward to hearing from you.

Sincerely,

Roberta Kassig

Kassie
8099 Kennedy Dr.
King George, VA
22485

RICHMOND VA 230
10 NOV 2020 PM 5 L

Red Knot
P O S T C A R D
USA
POSTCARD
Red Knot

US District Court
Eastern District of VA
401 Courthouse Sq
Alexandria, VA 22314

US MARSHALS SERVICE

22314-5700 ATTN: Clerk of the Court Fernando Galindo