IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:20CR239-2 |
| | ) | |
| EL SHAFEE EL SHEIKH, | ) | The Honorable T.S. Ellis, III |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S
## <u>MOTION TO SUPPRESS STATEMENTS</u>

The defendant, El Shafee ElSheikh, by counsel, moves this Honorable Court to suppress as evidence at trial numerous statements he made to FBI Agents and various media outlets. In support thereof, Mr. ElSheikh relies on the memorandum attached hereto

Respectfully Submitted,

EL SHAFEE ELSHEIKH,
By Counsel

_____/s/_____
Nina J. Ginsberg, VSB # 19472
Zachary A. Deubler, VSB # 90669
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA 22314
(703) 684-4333 (T)
Nginsberg@dimuro.com
zdeubler@dimuro.com

_____/s/_____
Edward B. MacMahon, Jr. VSB # 25432
Law Offices of Edward B. MacMahon, Jr.
P.O. Box 25
107 East Washington Street
Middleburg, VA 20188
(540) 687-3902 (T)
Ebmjr@macmahon-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of October, 2021 I filed the foregoing pleading through the ECF system, which shall then send an electronic copy of this pleading to all parties in this action.

_____/s/_____
Zachary A. Deubler, Esq.