Filed with the Classified
Information Security Officer
CISO: Daniella Medel
Date 10/01/2021

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:20CR239-2 |
| | ) | |
| EL SHAFEE EL SHEIKH, | ) | The Honorable T.S. Ellis, III |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MEMORANDUM IN SUPPORT OF HIS MOTION TO SUPPRESS STATEMENTS