# ***UNITED STATES DISTRICT COURT CRIMINAL MINUTES ***

Date: <u>11/17/2021</u>     Judge: **T.S. ELLIS, III**          Reporter: <u>R. Stonestreet</u>
Time: 09:06 a.m. – 10:56 a.m. (01:50)                    Interpreter: <u>Hassan Abdi, Salah Rahim</u>
      11:24 a.m. – 01:14 p.m. (01:50)                    Language: <u>Arabic</u>
      02:12 p.m. – 04:07 p.m. (01:55)
      04:33 p.m. – 05:56 p.m. (01:23)
      (06:58)

## UNITED STATES OF AMERICA
        v.

<u>**EI SHAFEE ELSHEIKH**</u>          <u>1:20-cr-00239-TSE-2</u>
Defendant's Name                    Case Number

Nina Ginsberg, Ed MacMahon,          Raj Parekh, John Gibbs, Dennis Fitzpatrick, Alicia Cook,
Yancy Ellis, Zachary Deubler,        Aidan Grano-Mickelsen, Keeley Sandvig (paralegal), Nicole
Pam Bishop (paralegal)               Lopez (paralegal)
Counsel for Defendant                Counsel for Government

Matter called for:
( ) Motions                    ( ) Setting Trial Date        ( ) Change of Plea Hearing.    ( ) Rule 35
( ) Arraignment                ( ) Appeal from USMC          ( ) Sentencing                ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hearing                    ( ) Pre-Indictment Plea        (X) Other: <u>Evidentiary Hearing</u>

Defendant appeared:        (X) in person                ( ) failed to appear
                           (X) with Counsel             ( ) without counsel            ( ) through counsel

- Peshwaz Faizulla and Mustafa Sayid, gov't Arabic Interpreters sworn.

- Defendant is fluent in English. Hassan Abdi and Salad Rahim, Arabic Interpreters for the defendant were present on standby but were not sworn.

- Court heard testimony from gov't witnesses, SDF Witness 1 and SDF Witness 2.

- Gov't witnesses DoD Individual 1, DoD Individual 2 and FBI Special Agent William Heaney released.

- Gov't exhibits 6-1, 6-2, 6-3, 7-4, 7-5, 7-6, 7-7A, 7-7B, 7-7C, 7-8, 7-11, 8-3A, 8-3B, 9-1, 9-1A, 9-2 admitted.

- Evidentiary Hearing continued to Thursday, November 18, 2021 at 9:00 a.m. in Courtroom 900.

- Defendant remanded.