# \*\*\*UNITED STATES DISTRICT COURT CRIMINAL MINUTES \*\*\*

| | | |
|---|---|---|
| Date: 11/18/2021 | Judge: **T.S. ELLIS, III** | Reporter: R. Stonestreet |
| Time: 09:20 a.m. – 10:46 a.m. (01:26) | | Interpreter: Hassan Abdi, Salah Rahim |
| 11:05 a.m. – 12:44 p.m. (01:39) | | Language: Arabic |
| 01:55 p.m. – 03:12 p.m. (01:17) | | |
| 03:44 p.m. – 05:31 p.m. (01:47) | | |
| 05:47 p.m. – 07:16 p.m. (01:29) | | |
| (07:38) | | |

**UNITED STATES OF AMERICA**

v.

**EL SHAFEE ELSHEIKH**         1:20-cr-00239-TSE-2
Defendant's Name                Case Number

| | |
|---|---|
| Nina Ginsberg, Ed MacMahon, Yancy Ellis, Zachary Deubler, Pam Bishop (paralegal) | Raj Parekh, John Gibbs, Dennis Fitzpatrick, Alicia Cook, Aidan Grano-Mickelsen, Keeley Sandvig (paralegal), Nicole Lopez (paralegal) |
| Counsel for Defendant | Counsel for Government |

Matter called for:

| | | | |
|---|---|---|---|
| ( ) Motions | ( ) Setting Trial Date | ( ) Change of Plea Hearing. | ( ) Rule 35 |
| ( ) Arraignment | ( ) Appeal from USMC | ( ) Sentencing | ( ) Rule 20 & Plea |
| ( ) Probation/Supervised Release Hearing | | ( ) Pre-Indictment Plea | (X) Other: Evidentiary Hearing |

| | | | |
|---|---|---|---|
| Defendant appeared: | (X) in person | ( ) failed to appear | |
| | (X) with Counsel | ( ) without counsel | ( ) through counsel |

- Peshwaz Faizulla and Mustafa Sayid, government Arabic Interpreters present and previously sworn.

- Defendant is fluent in English.  Hassan Abdi and Salad Rahim, Arabic Interpreters for the defendant were present on standby but were not sworn.

- Court heard testimony from government's witnesses, SDF Witness 3, FBI Special Agent William Heaney, FBI Special Agent John Chiappone, FBI special Agent Julius Nutter, Mr. Sean Langan and FBI Special Agent Daniel Dan O'Toole.

- Government exhibits 8-3A, 8-3B, 12-1, 12-2, 12-4, 12-5, 12-6A, 12-6B, 12-7, 12-8, 12-11, 13-2, 13-3, 13-4, 14-1A through 14-7B, 15-1, 15-2, 15-4, 15-5, 15-7, 15-8, 15-9, and 15-11 admitted.

- Defendant's exhibits 1, 6, 7, 10, 121, 123, 400- through 410, 411, 412, 413, and 414 admitted.

- Government request Rule 15 depositions and exhibits remain under seal.  Parties to confer and submit an agreed proposed order to the Court.

- Defendant remanded.