**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>EL SHAFEE ELSHEIKH,<br>                    *Defendant*. | Case No. 1:20CR239-2<br>Honorable T.S. Ellis, III<br><br>Hearing: Nov. 16, 2021<br>Trial: Jan. 18, 2022 |

**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE
TO DISCLOSE EXPERT TESTIMONY OUT OF TIME**

Upon motion of the defendant, for good cause shown, and without objection from the government, it is hereby ORDERED that defendant's motion is GRANTED.

The defendant is authorized to disclose a written summary of testimony the defendant intends to offer under Rules 702, 702, and 705, FEDERAL RULES OF EVIDENCE, at trial in this matter, including testimony offered in response to a previously noticed expert of the government, by December 17, 2021.

IT IS SO ORDERED.

_____                                              _____
Date                                                                                      United States District Judge