IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Case No. 1:20-cr-239 |
| | ) | |
| EL SHAFEE ELSHEIKH, | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

Trial in this eight-count criminal prosecution for hostage-taking and criminal conspiracy is set to commence on January 18, 2022 at 9:00 a.m. It is hereby **ORDERED** that the following deadlines shall govern the disposition of this criminal case:

- The parties shall file proposed voir dire and proposed jury instructions no later than **December 29, 2021 at 5:00 p.m.**

- The parties shall file objections to proposed jury instructions no later than **January 5, 2022 at 5:00 p.m.**

- The Government shall file its exhibit and witness lists no later than **January 10, 2022 at 5:00 p.m.**

- A final pretrial conference shall be held in this matter on **January 14, 2022 at 11:00 a.m.**

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
December 8, 2021

/s/
T. S. Ellis, III
United States District Judge