## ** UNITED STATES DISTRICT COURT CRIMINAL MINUTES **

Date: 12/10/2021

Time: 01:38 p.m. – 03:27 p.m. (01:49)
      03:56 p.m. – 04:22 p.m. (00:26)
      (02:15)

Before the Honorable: **T.S. ELLIS, III**

Case No.: 1:20-cr-00239-TSE-2

Official Court Reporter: Rebecca Stonestreet

Courtroom Deputy: Tanya Randall

## UNITED STATES OF AMERICA

v.

## El SHAFEE EISHEIKH      X Present

| Counsel for Government | Counsel for Defendant |
|---|---|
| Raj Parekh | Nina Ginsberg |
| John Gibbs | Ed MacMahon |
| Dennis Fitzpatrick | Yancy Ellis |
| Aidan Grano-Mickelsen | Zachary Deubler |
| Keeley Sandvig (paralegal) | |
| | Arabic Interpreter |
| | Ghada Attieh |

Appearances of Counsel for ( X ) Govt      ( X ) Deft

**Re:**   [ 97 ] Government's Memorandum of Law in Support of Its Motion to Establish Admissibility of Defendant's False Identity Statements and Related Co-Conspirator Statements
[ 100 ] Defendant's Motion to Suppress Statements

Argued and:

[  ] Granted   [  ] Denied          [  ] Granted in part/Denied in part

[ X ] Taken Under Advisement      [  ] Continued to

[ X ] Order to Follow

**Deft is:**
[ X ] Remanded   [  ] Self Surrender [  ] Cont'd on same terms and conditions of release   [  ] Custody