IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal Case No. 1:20-cr-239 |
| ) | |
| EL SHAFEE ELSHEIKH, ) | |
| Defendant.   ) | |

## ORDER

This eight-count criminal prosecution for hostage-taking and criminal conspiracy is before the Court on three motions: (1) Defendant's Motion to Suppress (Dkt. 100), (2) the Government's Motion in *Limine* to establish the admissibility of false identifying statements (Dkt. 97), (3) and portions of Defendant's Motion to Compel (Dkt. 108) for which a ruling was deferred in a previous Order (Dkt.154).

For reasons stated in a Classified Memorandum Opinion[1] filed this same day with the Classified Information Security Officer,

It is hereby **ORDERED** that Defendant's Motion to Suppress (Dkt. 100) is **DENIED**.

It is further **ORDERED** that the Government's Motion in *Limine* to establish the admissibility of false identifying statements (Dkt. 97) is **GRANTED**.

It is further **ORDERED** that all outstanding portions of Defendant's Motion to Compel (Dkt. 108) are **DENIED**.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
December 17, 2021

/s/
T. S. Ellis, III
United States District Judge

---

[1] This Classified Memorandum Opinion will later be published in a redacted unclassified format.