IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No.: 1-20-CR-239 |
| v. | ) | |
| | ) | |
| EL SHAFEE ELSHEIKH, | ) | |
| | ) | |
| Defendant. | ) | Trial: January 18, 2021 |

### GOVERNMENT'S POSITION ON VOIR DIRE

The United States defers to the Court's discretion on the proper scope and content of *voir dire* jury examination in this matter.

Respectfully Submitted,

Jessica D. Aber
United States Attorney

By:  _____/s/_____
Dennis M. Fitzpatrick
Raj Parekh
John T. Gibbs
Aidan Taft Grano-Mickelsen
Assistant United States Attorneys
Alicia H. Cook, Trial Attorney
United States Department of Justice
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2021, I electronically filed the foregoing with the Clerk of Court using CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

By: _____/s/_____
Dennis M. Fitzpatrick
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3954