IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

Filed with Classified Information Security Officer

CISO _____
Date 1/5/22

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:20-CR-239 |
| v. | FILED *IN CAMERA, EX PARTE* AND UNDER SEAL WITH THE CLASSIFIED INFORMATION SECURITY OFFICER |
| EL SHAFEE ELSHEIKH | |
| Defendant | |

## GOVERNMENT'S CLASSIFIED *IN CAMERA, EX PARTE* THIRD MOTION AND SUPPLEMENTAL BRIEF PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULES 16(d)(1) AND 26.2(c) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE