**Federal Register**/Vol. 69, No. 242/Friday, December 17, 2004/Notices     75587

## DEPARTMENT OF STATE

[Public Notice 4935]

### Determination Pursuant to Section 212(a)(3)(B)(vi)(II) of the Immigration and Nationality Act, as Amended, Placing Al Manar on the Terrorist Exclusion List

Acting under the authority of Section 212(a)(3)(B)(vi)(II) of the Immigration and Nationality Act, as amended (INA), 8 U.S.C. 1182(a)(3)(B)(vi)(II), and in consultation with the Attorney General and the Secretary of Homeland Security, the Secretary of State has concluded that Al Manar is a ''terrorist organization'' within the meaning of that section of the INA.

This notice shall be published in the **Federal Register**, and is effective upon publication.

Dated: December 15, 2004.

**William P. Pope,**
*Coordinator for Counterterrorism, Acting, Department of State.*
[FR Doc. 04–27801 Filed 12–16–04; 5:00 pm]
**BILLING CODE 4710–10–P**

## DEPARTMENT OF STATE

[Public Notice 4936]

### Foreign Terrorists and Terrorist Organizations; Designation: Jam'at al Tawhid Wa'al-Jihad et al.

In the Matter of the Amended Designation of Jam'at al Tawhid wa'al-Jihad, also known as The Monotheism and Jihad Group, also known as the al-Zarqawi Network, also known as al-Tawhid, also known as Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn, also known as The Organization of al-Jihad's Base in Iraq, also known as The Organization of al-Jihad's Base of Operations in Iraq, also known as al-Qaida of Jihad in Iraq, also known as al-Qaida in Iraq, also known as al-Qaida in Mesopotamia, also known as al-Qaida in the Land of the Two Rivers, also known as al-Qaida of the Jihad in the Land of the Two Rivers, also known as al-Qaida of Jihad Organization in the Land of the Two Rivers, also known as al-Qaida Group of Jihad in Iraq, also known as al-Qaida Group of Jihad in the Land of the Two Rivers, also known as The Organization of Jihad's Base in the Country of the Two Rivers, also known as The Organization Base of Jihad/Country of the Two Rivers, also known as The Organization of al-Jihad's Base in the Land of the Two Rivers, also known as The Organization Base of Jihad/Mesopotamia, also known as The Organization of al-Jihad's Base in the Land of the Two Rivers, also known as Tanzeem qa'idat al Jihad/Bilad al Raafidaini, as a Foreign Terrorist Organization pursuant to Section 219 of the Immigration and Nationality Act.

Based upon a review of the administrative record assembled in this matter, and in consultation with the Attorney General and the Secretary of the Treasury, the Deputy Secretary of State has concluded that there is a sufficient factual basis to find that Jam'at al Tawhid wa'al-Jihad, also known as the Zarqawi Network and other aliases, has changed its name to Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn, and that the relevant circumstances in section 219(a)(1) of the Immigration and Nationality Act, as amended (8U.S.C. 1189(a)(1)) still exist with respect to that organization.

Therefore, effective upon the date of publication in the **Federal Register**, the Deputy Secretary of State hereby amends the 2004 designation of that organization as a foreign terrorist organization, pursuant to § 219(a)(4)(B) of the INA (8 U.S.C. 1189(a)(4)(B)), to include the following new names:

Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn,

The Organization of al-Jihad's Base in Iraq,

The Organization of al-Jihad's Base of Operations in Iraq,

al-Qaida of Jihad in Iraq, al-Qaida in Iraq,

al-Qaida in Mesopotamia,

al-Qaida in the Land of the Two Rivers,

al-Qaida of the Jihad in the Land of the Two Rivers,

al-Qaida of Jihad Organization in the Land of the Two Rivers,

al-Qaida Group of Jihad in Iraq,

al-Qaida Group of Jihad in the Land of the Two Rivers,

The Organization of Jihad's Base in the Country of the Two Rivers,

The Organization Base of Jihad/Country of the Two Rivers,

The Organization of al-Jihad's Base in the Land of the Two Rivers,

The Organization Base of Jihad/Mesopotamia,

The Organization of al-Jihad's Base of Operations in the Land of the TwoRivers,

Tanzeem qa'idat al Jihad/Bilad al Raafidaini.

Dated: December 15, 2004.

**William P. Pope,**
*Acting Coordinator for Counterterrorism Department of State.*
[FR Doc. 04–27799 Filed 12–16–04; 5:00 pm]
**BILLING CODE 4710–10–P**

## DEPARTMENT OF STATE

[Public Notice 4937]

### Designation of the Libyan Islamic Fighting Group Also Known as LIFG as a Foreign Terrorist Organization Pursuant to Section 219 of the Immigration and Nationality Act, as Amended

Based upon a review of the Administrative Record assembled in this matter, and in consultation with the Attorney General and the Secretary of the Treasury, the Deputy Secretary of State has concluded that there is a sufficient factual basis to find that the relevant circumstances described in Section 219 of the Immigration and Nationality Act, as amended (hereinafter ''INA''), 8 U.S.C. 1189, exist with respect to the Libyan Islamic Fighting Group. The Libyan Islamic Fighting Group is also known as LIFG.

Therefore, the Deputy Secretary of State hereby designates that organization as a Foreign Terrorist Organization pursuant to Section 219(a) of the INA.

Dated: December 15, 2004.

**William P. Pope,**
*Acting Coordinator for Counterterrorism, Department of State.*
[FR Doc. 04–27800 Filed 12–16–04; 5:00 pm]
**BILLING CODE 4710–10–P**

## DEPARTMENT OF TRANSPORTATION

**Federal Aviation Administration**

[Docket No. FAA–2004–19834]

### Proposed Advisory Circular 45–2C, Identification and Registration Marking

**AGENCY:** Federal Aviation Administration (FAA), DOT.

**ACTION:** Notice of availability.

**SUMMARY:** This notice announces the availability of Advisory Circular (AC) 45–2C, Identification and Registration Marking, for review and comments. The proposed AC provides guidance and information to comply with the requirements for identifying aircraft and related products with identification plates, and identifying aircraft with nationality and registration marks. This AC provides a means, but not the only means, of demonstrating compliance with the requirements of Title 14, Code of Federal Regulations (14 CFR), part 45, Identification and Registration Marking.

**DATES:** Comments submitted must identify the proposed AC 45–2C and be received no later than January 18, 2005.