IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| *v.* | No. 1:20-cr-239-TSE |
| EL SHAFEE ELSHEIKH, | Hon. T. S. Ellis, III |
| *Defendant*. | |

## ORDER

Based on the parties' representations, and for good cause shown, the Court **ORDERS** that the parties be available for a telephonic status conference at 3:30 p.m. on Thursday, January 6, 2022. Additionally, the parties represent that a phone line will be provided for Defendant at the Alexandria Detention Center to allow Defendant to attend the teleconference. Although Defendant's counsel cannot now obtain a signed waiver of Defendant's in-person attendance due to a COVID-19 outbreak and resulting lockdown at the Alexandria Detention Center, counsel are **DIRECTED** to provide a signed waiver to the Court as soon as is practicable. In the meantime, the telephonic hearing will proceed as scheduled with Defendant and counsel for the parties on the line.

Date:   January 5, 2022
         Alexandria, Virginia

/s/
T. S. Ellis, III
United States District Judge