IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Virginia

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>EL SHAFEE ELSHEIKH,<br>    *Defendant*. | Case No. 1:20CR239-2<br>Honorable T.S. Ellis, III<br><br>Trial: Jan. 18, 2022 |

**DEFENDANT'S OBJECTIONS TO**
**GOVERNMENT'S PROPOSED JURY INSTRUCTIONS**

El Shafee Elsheikh, by counsel, pursuant to this Court's Scheduling Order (Dkt. 173), dated December 8, 2021, hereby submits the following objections to the government's Proposed Jury Instructions (Dkt. 182).

**OBJECTIONS**

- *Government's Proposed Instruction No. 23.* This instruction is not a standard instruction and is not an accurate statement of the law.

- *Government's Proposed Instruction No. 28.* The instruction, as written, is merely a conclusionary statement based in part on language from the indictment. An introductory statement must be added to each paragraph of the instruction to make clear that this instruction is simply a recitation of the charging instrument, such as "Count ___ of the Indictment charges that:"

- *Government's Proposed Instruction No. 30.* This instruction is not a standard instruction and is not an accurate statement of the law.

- *Government's Proposed Instruction No. 31.* This instruction is not an accurate statement of the law.

1

Respectfully Submitted,

EL SHAFEE ELSHEIKH,
By Counsel

_____/s/_____
Nina J. Ginsberg, VSB # 19472
Zachary A. Deubler, VSB # 90669
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA 22314
(703) 684-4333 (T)
nginsberg@dimuro.com
zdeubler@dimuro.com

_____/s/_____
Edward B. MacMahon, Jr., VSB # 25432
Law Offices of Edward B. MacMahon, Jr.P.O. Box 25
107 East Washington Street
Middleburg, VA 20188
(540) 687-3902 (T)
ebmjr@macmahon-law.com

_____/s/_____
Yancey Ellis, VSB #70970
Carmichael Ellis & Brock, PLLC
108 N. Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 684-7908
yancey@carmichaellegal.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this 5th day of January 2021, I filed the foregoing pleading through the ECF system, which shall then send an electronic copy of this pleading to all parties in this action.

    \_\_\_\_/s/_____
    Zachary A. Deubler, Esq.