## ** UNITED STATES DISTRICT COURT CRIMINAL MINUTES **

Date: 01/06/2022

Time: 03:38 p.m. – 03:52 p.m. (00:14)
　　　03:54 p.m. – 03:58 p.m. (00:04)
　　　(00:18)

Before the Honorable: **T.S. ELLIS, III**

Case No.: 1:20-cr-00239-TSE-2

Official Court Reporter: Diane Salters

Courtroom Deputy: Tanya Randall

---

# UNITED STATES OF AMERICA

v.

# EL SHAFEE ELSHEIKH    X Present

| Counsel for Government | Counsel for Defendant |
|---|---|
| Raj Parekh | Nina Ginsberg |
| John Gibbs | Ed MacMahon |
| Dennis Fitzpatrick | Yancy Ellis |
| Aidan Grano-Mickelsen | Zachary Deubler |
| Alicia Cook | |

Appearances of Counsel for ( X ) Govt    ( X ) Deft

**Re:**　　TELEPHONIC STATUS CONFERENCE

Argued and:

- Defendant appeared via video teleconference from Alexandria Detention Center.

- Gov't oral motion to postpone the jury trial to March 28, 2022 without objection from the defendant - GRANTED.

- **JURY TRIAL rescheduled to TUESDAY, MARCH 29, 2022 AT 10:00 A.M.**

- Gov't to submit speedy trial order by Thursday, January 13, 2022.

**Deft is:**
[ X ]  Remanded   [   ]  Self Surrender  [   ]  Cont'd on same terms and conditions of release   [   ] Custody