**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal Case No. 1:20-cr-239 |
| | ) | |
| **EL SHAFEE ELSHEIKH,** | ) | |
|     Defendant. | ) | |

**ORDER**

    This eight-count prosecution for hostage-taking and criminal conspiracy is scheduled to come before the Court for a hearing under the Classified Information Procedures Act ("CIPA") on January 13, 2022 at 3:00 p.m. However, in light of complications wrought by the rapid spread of the Omicron variant of the SARS-CoV-2 virus, an Order issued this same day continued trial in this matter from January 18, 2022 to March 29, 2022. For reasons stated in that Order, and in order to give the parties time to identify, discuss, and consolidate any outstanding CIPA motions, it is appropriate to continue the scheduled CIPA hearing.

    Accordingly,

    It is hereby **ORDERED** that the CIPA hearing scheduled for January 13, 2022 is **CONTINUED** to **February 10, 2022 at 3:00 p.m.**

    The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
January 10, 2022

                                                  /s/
                                  T. S. Ellis, III
                                  United States District Judge