UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA

| | |
|---|---|
| UNITED STATES, </br></br> Plaintiff </br></br> v. </br></br> EL SHAFEE ELSHEIKH, </br></br> Defendant. | 1:20CR239-2 |

## EL SHAFEE EL SHEIKH'S SIXTH CIPA SECTION 5 NOTICE