IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Case No. 1:20-cr-239 |
| ) | |
| EL SHAFEE ELSHEIKH, ) | |
| Defendant. ) | |

### ORDER

Trial in this eight-count criminal prosecution for hostage-taking and criminal conspiracy is set to commence on March 29, 2022 at 9:00 a.m. Because the Scheduling Order previously entered in this matter did not set a deadline for the filing of motions in *limine* (*see* Dkt. 49), it is now necessary to do so. Accordingly,

It is hereby **ORDERED** that the parties shall file all motions in *limine*, if any, no later than **March 1, 2022 at 5:00 p.m.**

It is further **ORDERED** that the parties shall file all responses to the motions in *limine*, if any, no later than **March 11, 2022 at 5:00 p.m.**

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
January 27, 2022

/s/
_____
T. S. Ellis, III
United States District Judge