# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>EL SHAFEE ELSHEIKH,<br>              *Defendant*. | Case No. 1:20CR239-2<br>Honorable T.S. Ellis, III<br><br>Trial: March 29, 2022 |

**DEFENDANT'S SEVENTH CIPA SECTION 5 NOTICE**