# EXHIBIT 2

MS. GINSBERG:  Any inmate.  I'll move on.

BY MS. GINSBERG:

Q.  But the media interviews were recorded by the guards?

A.  Yes.  To clarify, they're not guards.  They are elements of the investigative department.  They're not common prison guards.

Q.  Are they interrogators?

A.  No.

Q.  They investigate the backgrounds and the actions of the detainees?

A.  No.

Q.  Did you receive the copies of these media recordings?

A.  Yes.

Q.  So it is possible for you to know -- to have those recordings translated and for you to be aware of the information that the detainee provides during these interviews?

A.  Madam, these recordings are not the entire interviews.  It is a segment of it.  It is a portion of it.  We do not have that kind of technical capability to hold and archive this number of footage.

THE COURT:  Let me ask the interpreter, I notice that his answers are sometimes longer than your interpretations, and you don't have a pad of paper there.  Oh, you do.

THE INTERPRETER:  Yes, sir.

THE COURT:  Well, I want you to be sure that you understand that I want you to interpret everything he says.

THE INTERPRETER:  Absolutely, Your Honor.

THE COURT:  All right.  Proceed.

MS. GINSBERG:  I believe he was answering.

A.  We don't have the technology to archive and to save all this information.  Some days we have tens of different kinds of interviews that are conducted that we have to record segments of it and archive it.  So it is quite difficult.

BY MS. GINSBERG:

Q.  But the prisoners know that the interviews are being recorded by the SDF interviewer, the SDF official who is with them at the interview?

A.  They think that we are recording but we are not.

Q.  And it's the same -- when a U.S. Government investigator wanted to interview -- wants to interview one of the prisoners at Derik, the interview will only be allowed if you can also arrange to have an SDF officer present at that interview. Correct?

A.  Yes.

Q.  And there's a linguist who can translate -- the interviews occur in Arabic or Kurdish.  Correct?

A.  No, not true.  Most of the interviews are conducted in the English language.  Because all of the international broadcasting stations, the media stations, speak English.

Q.  I understand.  My mistake.

MR. PAREKH:  Your Honor, he had answered, so can the