IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

Filed with the Classified
Information Security Officer
CISO _Daniella Medel_
Date _02/18/2022_

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:20-CR-239 |
| v. | ) | |
| | ) | FILED *IN CAMERA*, *EX PARTE* |
| EL SHAFEE ELSHEIKH | ) | AND UNDER SEAL WITH THE |
| | ) | CLASSIFIED INFORMATION |
| | ) | SECURITY OFFICER |
| Defendant | ) | |
| | ) | |

**GOVERNMENT'S CLASSIFIED *IN CAMERA*, *EX PARTE* FOURTH MOTION AND SUPPLEMENTAL BRIEF PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULES 16(d)(1) AND 26.2(c) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**