UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| Plaintiff | ) |
| v. | ) 1:20CR239-2 |
| | ) |
| EL SHAFEE ELSHEIKH, | ) |
| | ) |
| Defendant. | ) |

**EL SHAFEE EL SHEIKH'S RESPONSE TO
COURT'S UNDER SEAL ORDER DATED FEBRUARY 2, 2022**