Filed with the Classified Information Security Officer
CISO: Danielle Mell
Date: 02/25/2022.

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No.: 1:20-CR-239-2 |
| | ) | |
| v. | ) | Hon. T. S. Ellis, III |
| | ) | |
| EL SHAFEE ELSHEIKH | ) | |
| | ) | Filed with the Classified Information |
| | ) | Security Officer |
| | ) | |
| Defendant. | ) | Jury Trial: March 29, 2022 |

**GOVERNMENT'S RESPONSE TO THE COURT'S FEBRUARY 2, 2022 SEALED ORDER**