## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### Alexandria Virginia

UNITED STATES OF AMERICA,

v.

EL SHAFEE ELSHEIKH,
                    *Defendant*.

Case No. 1:20CR239-2
Honorable T.S. Ellis, III

Trial: March 29, 2022

## DEFENDANT'S UNDER SEAL EXHIBIT TO HIS RENEWED MOTION *IN LIMINE* TO EXCLUDE STATEMENTS OF CO-DEFENDANT

# EXHIBIT 1