## ***UNITED STATES DISTRICT COURT CRIMINAL MINUTES ***

Date: 03/03/2022            Judge: **T.S. ELLIS, III**            Reporter: R. Stonestreet
Time: 03:12 p.m. to 03:54 p.m. (00:42)                            Interpreter: N/A
      04:31 p.m. to 04:58 p.m. (00:27)                            Language: N/A
      (01:09)

**UNITED STATES OF AMERICA**

       v.

**EL SHAFEE ELSHEIKH**            1:20-cr-00239-TSE-2
Defendant's Name                  Case Number

Nina Ginsberg, Ed MacMahon,       Raj Parekh, John Gibbs, Dennis Fitzpatrick, Alicia Cook,
Yancy Ellis                       Aidan Grano-Mickelsen, Nicole Lopez
Counsel for Defendant             Counsel for Government

Matter called for:
( ) Motions                  ( ) Setting Trial Date      ( ) Change of Plea Hearing.   ( ) Rule 35
( ) Arraignment              ( ) Appeal from USMC        ( ) Sentencing                ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hearing                 ( ) Pre-Indictment Plea       (X) Other: CIPA Hearing

Defendant appeared:     (X) in person            ( ) failed to appear
                        (X) with Counsels        ( ) without counsel         ( ) through counsel

- Matter argued.
- Gov't to submit agreed upon proposed order to the Court.
- Gov't request six extra jurors to be designated as alternates. Court to decide on the matter.
- Motions in Limine will be heard on **FRIDAY, MARCH 18, 2022 AT 1:00 P.M.**
- Defendant remanded.