IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EL SHAFEE ELSHEIKH,<br>　　　　　　　　　Defendant. | Case No. 1:20-CR-239 |

## ORDER TO SEAL

The UNITED STATES, pursuant to Local Rule 49 of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, having moved to seal the exhibits attached to the *Government's Response to Defendant's Motion in Limine to Exclude Evidence* filed March 11, 2022; and

The COURT, having found that prematurely revealing the material sought to be sealed would jeopardize the orderly administration of the pre-trial hearings and trial in this matter; having considered the available alternatives that are less drastic than sealing, and finding none would suffice to protect the legitimate interest in fairness and the orderly administration of these proceedings; and finding that this legitimate interest outweighs at this time any interest in the disclosure of the material; it is hereby

ORDERED, ADJUDGED, and DECREED that the exhibits attached to the *Government's Response to Defendant's Motion in Limine to Exclude Evidence,* filed March 11, 2022, shall remain SEALED and may be submitted to the Court *in camera*. Individual exhibits shall be UNSEALED when the exhibits are formally admitted at trial in this matter.

Date: 3/15/22
Alexandria, Virginia

_____
The Honorable T.S. Ellis, III
United States District Court Judge