IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>EL SHAFEE ELSHEIKH,<br><br>*Defendant*. | No. 1:20-cr-239-TSE-2<br><br>Trial: March 29, 2022 |

## GOVERNMENT'S RESPONSE TO THE COURT'S ORDER

On March 18, 2022, the Court issued an Order requesting the parties to note whether they object to the Court excusing persons from the panel who answered affirmatively to questions 2, 4, or 5 of the Eastern District of Virginia COVID-19 Questionnaire prior to jury selection in this case. *See* Dkt. 241. The government does not object to the Court's intended course of action to excuse those individuals.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:   */s/ Raj Parekh*
Raj Parekh, First Assistant U.S. Attorney
Dennis M. Fitzpatrick
John T. Gibbs
Aidan Taft Grano-Mickelsen
Assistant United States Attorneys
Eastern District of Virginia
Alicia H. Cook, Trial Attorney
U.S. Department of Justice

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 19, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

               */s/ Raj Parekh*
               Raj Parekh
               First Assistant United States Attorney