IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

*v.*

EL SHAFEE ELSHEIKH,

*Defendant*.

No. 1:20-cr-239-TSE-2

Trial: March 29, 2022

## GOVERNMENT'S TRIAL EXHIBITS

| Ex. No. | Exhibit | Offered | Admitted |
|---------|---------|---------|----------|
| **PHOTOS AND ISIS MEDIA** | | | |
| 1-1 | Photograph of Osama Bin Laden | | |
| 1-2 | Photograph of Abdullah Azzam | | |
| 1-3 | Two photographs of 1993 World Trade Center Bombing | | |
| 1-4 | Photograph of Omar Abdel Rahman | | |
| 1-5 | Two photographs of 1998 African Embassy Bombings. | | |
| 1-6 | Photograph of 2000 USS Cole Bombing | | |
| 1-7 | Photograph of 9/11 Attacks | | |
| 1-8 | Photograph of Daniel Pearl | | |
| 1-9 | Photograph of Khalid Sheikh Mohammed | | |

| Ex. No. | Exhibit | Offered | Admitted |
|---------|---------|---------|----------|
| 1-10 | Photograph of Nicholas Berg | | |
| 1-11 | Photograph of Ken Bigley | | |
| 1-12 | Two photographs of Aafia Siddiqui | | |
| 1-13 | Photograph of Sajida al-Rishawi | | |
| 1-14 | Photograph of Abu Musab al-Zarqawi | | |
| 1-15 | Hijrah to the Islamic State Prequel EBook: The Islamic State (2015) | | |
| 1-16 | Photograph of Abu Bakr al-Baghdadi | | |
| 1-17 | Photograph of Abu Muhammad Al-Adnani | | |
| 1-22 | Video of al-Baghdadi speech declaring the Caliphate in July 2014 | | |
| 1-23 | Screenshot of al-Baghdadi speech declaring the Caliphate in July 2014 | | |
| 1-24 | Video Entitled "A Message to America." | | |
| 1-24a | Clip 1 from Video Entitled "A Message to America" | | |
| 1-24b | Still photo of Masked Man with knife at Foley's neck from "A Message to America." | | |
| 1-24c | Still photo of Foley's body at the end of "A Message to America." | | |
| 1-24d | Clip 2 from Video Entitled "A Message to America." | | |
| 1-24e | Still photo of James Foley and Masked Man from "A Message to America." | | |

| Ex. No. | Exhibit | Offered | Admitted |
|---------|---------|---------|----------|
| 1-24f | Still photo of Sotloff and Masked Man from "A Message to America" with Masked Man holding the back of Sotloff's orange jumpsuit. | | |
| 1-25 | Video Entitled "A Second Message to America." | | |
| 1-25a | Clip 1 from Video Entitled "A Second Message to America." | | |
| 1-25b | Clip 2 from Video Entitled "A Second Message to America." | | |
| 1-25c | Still photo of Steven Sotloff with Masked Man pointing a knife from "A Second Message to America" | | |
| 1-25d | Still photo of Masked Man with knife at Steven Sotloff's Neck from "A Second Message to America." | | |
| 1-25e | Still photo of Steven Sotloff's body at the end of "A Second Message to America." | | |
| 1-26 | Still photograph of Elsheikh and Kotey from CNN interview in 2018. | | |
| 1-27 | Video Entitled "A Message to the Allies of America." | | |
| 1-27a | Clip 1 from Video Entitled "A Message to the Allies of America." | | |
| 1-27b | Still photo of Masked Man and Haines from "A Message to the Allies of America." | | |
| 1-27c | Still photo of Masked Man with knife at Haines's neck from "A Message to the Allies of America." | | |
| 1-27d | Still photo of Haines's body at the end of "A Message to the Allies of America." | | |
| 1-29 | Video entitled "Another Message to America and its Allies." | | |
| 1-29a | Clip 1 from Video entitled "Another Message to America and its Allies." | | |

| Ex. No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 1-29b | Still photo of Henning with knife at his neck from "Another Message to America and its Allies." | | |
| 1-29c | Still photo of Henning's body at the end of "Another Message to American and its Allies." | | |
| 1-29d | Still photograph of Peter Kassig and Masked Man from "Another Message to America and its Allies." | | |
| 1-29e | Still photo of Allen Henning and Masked Man from "Another Message to American and its Allies." | | |
| 1-30 | September 19, 2014 Al-Hayat Video, "Flames of War." | | |
| 1-30a | Flames of War video clip | | |
| 1-31 | Flames of War 2 | | |
| 1-31a | Still Photo from Flames of War 2 (2:49) | | |
| 1-31b | Still Photo from Flames of War 2 (2:59) | | |
| 1-31c | Still Photo from Flames of War 2 (16:35) | | |
| 1-31d | Still Photo from Flames of War 2 | | |
| 1-32 | Dabiq Issue 1: "The Return of Khilafah." | | |
| 1-33 | Dabiq Issue 2: "The Flood" | | |
| 1-34 | Dabiq Issue 3: "A Call to Hijrah." | | |
| 1-35 | Dabiq Issue 4: "The Failed Crusade." | | |
| 1-36 | Dabiq Issue 5: "Remaining and Expanding." | | |

| Ex. No. | Exhibit | Offered | Admitted |
|---------|---------|---------|----------|
| 1-37 | Dabiq Issue 6: "Al-Qaidah of Waziristan: A Testimony from Within." | | |
| 1-38 | Dabiq Issue 7: "From Hypocrisy to Apostasy: The Extinction of the Grayzone." | | |
| 1-39 | Dabiq Issue 13: "The Rafidah from Ibn Saba to the Dajjal." | | |
| 1-40 | Dabiq Issue 14: "The Murtadd Brotherhood." | | |
| 1-41 | ISIS Video "Although the Disbelievers Dislike It." | | |
| 1-41a | Clip 1 from ISIS Video "Although the Disbelievers Dislike It." | | |
| 1-41b | Clip 2 from ISIS Video "Although the Disbelievers Dislike It." | | |
| 1-41c | Clip 3 from ISIS Video "Although the Disbelievers Dislike It." | | |
| 1-41d | Still photograph from "Although the Disbelievers Dislike It" related to Peter Kassig. | | |
| 1-42 | ISIS Video "This Message was Received by the Family of Kenji Goto Jogo and the Government of Japan" 01242015 | | |
| 1-43 | ISIS Video "The Second Public Message of Kenji Goto Jogo to His Family and the Government of Japan" 01272015 | | |
| 1-44 | Voice Message "I'm Kenji Goto Jogo" 01282015 | | |
| 1-44a | I'm Kenji Goto Jogo Arabic title | | |
| 1-44b | Translation of I'm Kenji Goto Jogo Arabic title | | |
| 1-45 | ISIS Video "A Message to the Government of Japan." | | |

| Ex. No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 1-45a | Clip 1 of Masked Man speaking in "A Message to the Government of Japan." | | |
| 1-45b | Still photo of Masked Man and Kenji Goto with knife to his throat in "A Message to the Government of Japan." | | |
| 1-45c | Still photo of Kenji Goto's body at the end of "A Message to the Government of Japan." | | |
| 1-46 | Kayla Mueller Death ISIS Media Post | | |
| 1-46a | Translation of Kayla Mueller Death ISIS Media Post | | |
| 1-47 | Kayla Mueller Death ISIS Media Announcement with pictures | | |
| 1-47a | Translation Kayla Mueller Death ISIS Media Announcement pictures | | |
| 1-48 | Kayla Mueller Death ISIS Media Announcement in Arabic | | |
| 1-48a | Translation of Kayla Mueller Death ISIS Media Announcement | | |
| 1-49 | ISIS Video "Healing the Believers' Chests." | | |
| 1-49a | Screenshot from "Healing the Believers Chests." | | |
| 1-49b | Still shot of Kasasibah from "Healing the Believers Chests." | | |
| 1-49c | Still shot of Kasasibah from "Healing the Believers Chests." | | |
| 1-50 | Photograph of Elshafee Elsheikh | | |
| 1-51 | English Translation of June 29, 2014, Abu Muhammad al-Adnani, "This is the Promise of Allah" | | |
| 1-52 | ISIS Video "A Message to the Government and People of Japan." January 20, 2015. | | |

| Ex. No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 1-53 | Photograph of Oussama Atar | | |
| 1-54 | Photograph of Andrew Poulin | | |
| **CHARTS AND DEMONSTRATIVE EXHIBITS** | | | |
| 2-1 | Map of Syria, Turkey and Iraq | | |
| 2-2 | Hostages: Locations and Dates of Capture | | |
| 2-3 | Captivity Timeline | | |
| 2-4 | Islamic State Hostage Execution Media Chart | | |
| 2-5 | American Hostage Photo-board | | |
| 2-6 | ISIS Media Infrastructure Chart | | |
| 2-7 | Hostages: Prison Locations and Dates of Detention | | |
| **JULY 2014 MILITARY OPERATION** | | | |
| 3-1 | Diagram from July 2014 Operation | | |
| 3-2 | Key for diagram | | |
| 3-3 | Photograph of "Kayla" writing | | |
| 3-4 | Photograph of wall from prison with writing scratched into it | | |
| 3-5 | Handwritten script with Items 8-13 | | |

| Ex. No. | Exhibit | Offered | Admitted |
|---------|---------|---------|----------|
| 3-6 | One-page handwritten tally sheet | | |
| 3-7 | Photo of hallway | | |
| 3-8 | Photo of room | | |
| 3-8a | Photo of room | | |
| 3-8b | Photo of room | | |
| 3-9 | Photo of club | | |
| 3-10 | Photo of shackles | | |
| 3-11 | Photo of hand-held radios | | |
| 3-12 | Photograph of rifle with a banana clip | | |
| 3-13 | Photograph of a room containing padlocks and chains | | |
| 3-14 | ISIS flag | | |
| 3-17 | Photos of doorway to bathroom | | |
| 3-18 | Photo of sink | | |
| 3-19 | Photo of shower 1 | | |
| 3-20 | Photo of shower 2 | | |
| 3-22 | Aerial photo of Riverside Prison | | |

| Ex. No. | Exhibit | Offered | Admitted |
|---------|---------|---------|----------|
| 3-23 | Aerial photo of Desert Prison (zoomed in) | | |
| 3-24 | Aerial photo of Desert Prison (zoomed out) | | |
| **PHOTOGRAPHS** | | | |
| 4-1 | Photo of Elsheikh | | |
| 4-1a | Photo of Kotey | | |
| 4-2 | Photograph of interview room in Kobani prison | | |
| 4-3 | Photographs of Oussama Atar | | |
| 4-4 | Photograph of Abu Omar al-Belgique | | |
| 4-5 | Photograph of Abu Idriss | | |
| **JAMES WRIGHT FOLEY** | | | |
| 5-1 | Photograph of James Foley standing in front of window | | |
| 5-2 | Photograph of James Foley with short hair | | |
| 5-3 | Photograph of James Foley with long hair | | |
| 5-4 | Ransom emails to the family of James Foley | | |
| 5-5 | John and Diane Foley Statement | | |

| Ex. No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| **KAYLA JEAN MUELLER** | | | |
| 6-1 | Speech by Kayla Mueller | | |
| 6-1a | Clip 1 from Exhibit 6-1 | | |
| 6-2 | Photograph of Kayla Mueller at Darfur Rally | | |
| 6-3 | Photograph of Kayla Mueller in front of Kiwanis Club flag | | |
| 6-4 | Photograph of Kayla Mueller smiling with cat | | |
| 6-5 | Photograph of Kayla Mueller (redacted) | | |
| 6-8 | Ransom emails to the family of Kayla Mueller | | |
| 6-9 | Audio Message from Kayla Mueller | | |
| 6-10 | Video Message from Kayla Mueller | | |
| 6-11 | August 10, 2014 email attachment | | |
| 6-13 | September 16, 2014 email attachment | | |
| 6-14 | Letter from Kayla Mueller | | |
| 6-15 | Second Letter from Kayla Mueller | | |
| 6-16 | Photograph 1 | | |
| 6-17 | Photograph 2 | | |

| Ex. No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 6-18 | Photograph 3 | | |
| 6-20 | Third letter from Kayla Mueller | | |
| **STEVEN JOEL SOTLOFF** | | | |
| 7-1 | Photograph of Steven Sotloff wearing baseball hat with glasses | | |
| 7-2 | Photograph of Steven Sotloff with sunglasses and shemagh | | |
| 7-3 | Photograph of Steven Sotloff with sunglasses on head | | |
| 7-4 | Photograph of Steven Sotloff wearing glasses | | |
| 7-5 | Ransom emails to the family of Steven Sotloff | | |
| 7-6 | Audio recording of Steven Sotloff attached to August 30, 2014 email | | |
| 7-7 | Handwritten letter from Steven Sotloff to his family dated April 18, 2014 | | |
| 7-8 | Handwritten Letter from Steven Sotloff to his family dated May 18, 2014 | | |
| 7-9 | Online Video Appeal from the mother of Steven Sotloff | | |
| **PETER EDWARD KASSIG** | | | |
| 8-1 | Ed and Peter Kassig (fishing photo) | | |
| 8-2 | Paula and Peter Kassig (waterfall photo) | | |
| 8-3 | First ransom email to the family of Peter Kassig | | |

| Ex. No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 8-5 | Ransom emails (continued) to the family of Peter Kassig | | |
| 8-6 | Audio Recording of Peter Kassig | | |
| 8-7 | Letter to Kassig Family 1 | | |
| 8-8a | Photo of Peter Kassig wearing a dark jacket | | |
| 8-8b | Photo of Peter Kassig as a medic | | |
| 8-9 | Letter to Kassig Family 2 | | |
| 8-10 | Online Video, "Kassig family pleads to Islamic State for son's release" | | |
| **WITNESS R.S.** | | | |
| 9-1 | Photos of Dungeon Basement | | |
| 9-2 | Notes in Arabic | | |
| 9-3 | Translation of Notes in Arabic | | |
| 9-4 | CV of P.F. | | |
| 9-5 | CV of M.S. | | |
| **WITNESS F.M.** | | | |
| 10-1 | Photograph of David Haines | | |
| 10-2 | Photograph of Alan Henning | | |

| Ex. No. | Exhibit | Offered | Admitted |
|---------|---------|---------|----------|
| 10-3 | Photograph of John Cantlie | | |
| 10-4 | Photograph of Louisa Akavi | | |
| 10-5 | Photograph of Marcos Marginedes | | |
| 10-6 | Photograph of Toni Neukirch | | |
| 10-7 | Photograph of Didier Francois | | |
| 10-8 | Photograph of Edouard Elias | | |
| 10-9 | Photograph of Pierre Torres | | |
| 10-10 | Photograph of Nicolas Henin | | |
| 10-11 | Photograph of Ricardo Vilanova | | |
| 10-12 | Photograph of Javier Espinosa | | |
| 10-13 | Photograph of Frida Saide | | |
| 10-14 | Photograph of Patricia Chavez | | |
| 10-15 | Photograph of Daniel Ottosen | | |
| 10-16 | Photograph of Gert Verdonck | | |
| 10-17 | Photograph of Dan Scholer | | |
| 10-18 | April 18, 2013 email | | |

| Ex. No. | Exhibit | Offered | Admitted |
|---------|---------|---------|----------|
| 10-19 | Email attachment with a photograph of Federico Motka | | |
| 10-20 | Photograph of Sergey | | |
| 10-21 | Video of execution | | |
| 10-22 | Still photo of execution (faces redacted). | | |
| 10-22a | Still photo of execution (faces unredacted) | | |
| 10-22b | Still photo 1 of execution | | |
| 10-22c | Still photo 2 at execution | | |
| 10-22d | Still photo 3 at execution | | |
| 10-22e | Still photo 4 at execution | | |
| 10-22f | Still photo 5 at execution | | |
| 10-22g | Hostage negotiation email | | |
| **WITNESS D.O.** | | | |
| 11-1 | Photograph of D.O. | | |
| 11-2 | August 21, 2013 Proof of Life video | | |
| 11-2a | Transcript of Exhibit 11-2 | | |
| 11-3 | Photograph of D.O. | | |

| Ex. No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 11-4 | Handwritten message dated February 17, 2014 from Daniel Ottosen | | |
| 11-5 | Handwritten diagram by Daniel Ottosen | | |
| 11-6 | Photograph of D.O. | | |
| 11-7 | One-page, hand-written letter from Daniel Ottosen | | |
| 11-8 | Audio Message from D.O. | | |
| 11-8a | Transcript of Exhibit 11-8 | | |
| 11-9 | Photograph of right side of torso | | |
| 11-10 | Photograph of rear torso from the right-hand side | | |
| 11-11 | Photograph of back | | |
| 11-12 | Prison Timeline | | |
| 11-13 | Sketch of names and events from captivity | | |
| 11-14 | Hand-drawn sketch of Syrian execution scene | | |
| **WITNESS J.S.** | | | |
| 12-2 | February 9, 2014 email | | |
| 12-3 | Email thread with emails dated February 13, 2014, February 14, 2014 and February 16, 2014 | | |
| 12-4 | Email thread dated February 25, 2014 with a reply dated March 3, 2014 | | |

| Ex. No. | Exhibit | Offered | Admitted |
|---------|---------|---------|----------|
| 12-5 | March 4, 2014 email | | |
| 12-6 | Emails dated March 8, 2014 and March 11, 2014 | | |
| 12-7 | April 7 and April 8, 2014 email thread | | |
| 12-8 | April 19, 2014 email | | |
| 12-9 | Email Thread from April 14, 2014 through April 25, 2014 | | |
| 12-10 | Email Thread from June 10, 2014 through June 12, 2014 | | |
| **WITNESS N.H.** | | | |
| 13-1 | Photo of Najim Laachraoui | | |
| **WITNESS D.F.** | | | |
| 14-1 | Cover Page for Letter to Family of John Cantlie | | |
| 14-2 | Handwritten letter from John Cantlie | | |
| 14-3 | One-page typed document | | |
| 14-4 | Cover page for letter to family of Kayla Mueller | | |
| 14-5 | Four-page handwritten letter to the family of John Cantlie | | |
| **WITNESS M.M.** | | | |
| 15-1 | Proof of Life video for M.M. | | |

| Ex. No. | Exhibit | Offered | Admitted |
|---------|---------|---------|----------|
| **WITNESS E.E.** | | | |
| 18-1 | "Rambo mode" redacted photo | | |
| **WITNESSES RE: KAYLA JEAN MUELLER** | | | |
| 19-1 | Photo of red laptop | | |
| 19-2 | Photo of A.S. | | |
| 19-3 | Photo of U.S. | | |
| 19-4 | Photo of Abu Bakr al-Baghdadi | | |
| 19-5 | Photos of seized weapons | | |
| 19-6 | Photo of window | | |
| 19-7 | Photo of residence | | |
| 19-8 | Raqqa prison photo | | |
| **MAY 2015 MILITARY OPERATION** | | | |
| 20-1 | Photo of Items Seized (1) | | |
| 20-2 | Photo of Items Seized (2) | | |
| 20-3 | Photo of Items Seized (3) | | |
| 20-4 | Photo of Weapons Seized | | |

| Ex. No. | Exhibit | Offered | Admitted |
|---------|---------|---------|----------|
| 20-5 | Photo of Stamps Seized (1) | | |
| 20-6 | Photo of Stamps Seized (2) | | |
| 20-7 | Photos of Stamped Documents | | |
| 20-8 | Photo of documents with ISIS letterhead | | |
| 20-9 | Photo of handcuffs | | |
| 20-10 | Diagram of residence | | |
| 20-11 | Slavery document 1 translation | | |
| 20-11a | Slavery document 1 original | | |
| 20-12 | Slavery document 2 translation | | |
| 20-12a | Slavery document 2 original | | |
| 20-13 | Slavery document 3 translation | | |
| 20-13a | Slavery document 3 original | | |
| 20-14 | Slavery document 4 translation | | |
| 20-14a | Slavery document 4 original | | |
| **SEPTEMBER 11, 2011** | | | |
| 22-1 | Still of Kotey and Elsheikh | | |

| Ex. No. | Exhibit | Offered | Admitted |
|---------|---------|---------|----------|
| 22-2 | Photograph of Kotey and Elsheikh | | |
| 22-3 | Photograph of Kotey and Elsheikh | | |
| 22-4 | Video of Kotey and Elsheikh | | |
| 22-5 | Photograph of 9/11 Memorial in London | | |
| 22-6 | Photograph of plaque at 9/11 Memorial in London | | |
| 22-7 | Elsheikh statement | | |
| 22-8 | Booking photo of Elsheikh | | |
| 22-9 | Booking photo of Kotey | | |
| 22-10 | Photo of B.G. and Kotey | | |
| 22-11 | Photo of B.G. and Kotey | | |
| 22-12 | Photo of D.G. and Elsheikh | | |
| 22-13 | V.D.R. in-custody photos of Elshafee Elsheikh | | |
| **K.E. PHONE** | | | |
| 23-1 | Cellebrite Reader and phone data extraction MJH_6 | | |
| 23-1a | CV for M.H. | | |
| 23-1b | M.H. report | | |

| Ex. No. | Exhibit | Offered | Admitted |
|---------|---------|---------|----------|
| 23-2 | PowerPoint for MJH_6_MSH_13 | | |
| 23-2a | Transcript for Audio file MJH_6_MSH_4 | | |
| 23-2b | Transcript for Audio file MJH_6_MSH_11 | | |
| 23-2c | Transcript for Audio file MJH_6_MSH_12 | | |
| 23-2d | Transcript for Audio file MJH_6_MSH_2 | | |
| 23-2e | Transcript for Audio file MJH_6_MSH_3 | | |
| 23-2f | Transcript for Audio file MJH_6_MSH_10 | | |
| 23-3 | PowerPoint for MJH_6_MSH_14 | | |
| 23-4 | iPhone photo 1 | | |
| 23-5 | iPhone photo 2 | | |
| 23-6 | Evidence bag | | |
| **EXPERT WITNESS DR. R.R.** | | | |
| 24-1 | 20 October Report and Dr. R.R. CV | | |
| 24-2 | 5 November 2014 Report | | |
| 24-2a | GW/5175/1 A Message to America for Audio Analysis | | |
| 24-2b | AC/5228/1 A Second Message to America for Audio Analysis | | |

| Ex. No. | Exhibit | Offered | Admitted |
|---------|---------|---------|----------|
| 24-2c | GW/8006/1 A Message to the Allies of America for Audio Analysis | | |
| 24-2d | AC/5251/1 Another Message to America and its Allies for Audio Analysis | | |
| 24-2e | RAJ/1002 full police interview with Mohammed Emwazi | | |
| 24-2e.1 | RAJ/1002 Police interview clip with Mohammed Emwazi | | |
| 24-3 | 4 December 2014 Report | | |
| 24-3a | ABA/9 Although The Disbelievers Dislike It for Audio Analysis | | |
| 24-4 | 4 February 2015 Report Explaining New Evaluation Process | | |
| 24-5 | 4 February 2015 Report Regarding Goto/Yukawa Video | | |
| 24-5a | AMB/5494 A Message to the Government and People of Japan used for Audio Analysis | | |
| 24-6 | 25 March 2015 Report on Forensic Speaker Comparisons | | |
| 24-6a | MJF/12 Police Interview with Elshafee Elsheikh | | |
| 24-6b | Three Photos Depicting MJF/12 Cassette and Packaging | | |
| 24-6c | MJH-6-MSH-2 Audio File | | |
| 24-6d | MJH-6-MSH-3 Audio File | | |
| 24-6e | MJH-6-MSH-4 Audio File | | |
| 24-7 | 20 May 2015 Report on Forensic Comparisons | | |

| Ex. No. | Exhibit | Offered | Admitted |
|---------|---------|---------|----------|
| 24-7a | HP/5533/1 A Message to the Government of Japan used for Audio Analysis | | |
| **CERTIFICATIONS** | | | |
| 25-1 | Big Travel Records | | |
| 25-1a | Big Travel Records Translation from Swedish to English | | |
| 25-2 | National Westminster Bank records | | |
| 25-3 | U.S. Customs and Border Protection Records | | |
| 25-4 | Emwazi Police National Computer record | | |
| 25-5 | Certified copies of custody records for Elshafee Elsheikh | | |
| 25-6 | Certified Birth Certificate 1 | | |
| 25-7 | Certified Birth Certificate 2 | | |
| 25-8 | Certified copy of an application for naturalization | | |
| 25-9 | 69 FR 61292 | | |
| 25-10 | 69 FR 75587 | | |
| 25-11 | 77 FR 4082 | | |
| 25-12 | 79 FR 27972 | | |
| 25-13 | 80 FR 58804 | | |

| Ex. No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| **EL SHAFEE ELSHEIKH INTERVIEW WITH SEAN LANGAN** | | | |
| 26-1 | Langan/Elsheikh video clip | | |
| 26-1a | Transcript of Exhibit 26-1 | | |
| 26-2 | Langan/Elsheikh video clip | | |
| 26-2a | Transcript of Exhibit 26-2 | | |
| 26-3 | Langan/Elsheikh video clip | | |
| 26-3a | Transcript of Exhibit 26-3 | | |
| 26-4 | Langan/Elsheikh video clip | | |
| 26-4a | Transcript of Exhibit 26-4 | | |
| 26-5 | Langan/Elsheikh video clip | | |
| 26-5a | Transcript of Exhibit 26-5 | | |
| 26-6 | Langan/Elsheikh video clip | | |
| 26-6a | Transcript of Exhibit 26-6 | | |
| 26-7 | Langan/Elsheikh video clip | | |
| 26-7a | Transcript of Exhibit 26-7 | | |
| 26-8 | Langan/Elsheikh video clip | | |

| Ex. No. | Exhibit | Offered | Admitted |
|---------|---------|---------|----------|
| 26-8a | Transcript of Exhibit 26-8 | | |
| 26-10 | Langan/Elsheikh video clip | | |
| 26-10a | Transcript of Exhibit 26-10 | | |
| 26-11 | Langan/Elsheikh video clip | | |
| 26-11a | Transcript of Exhibit 26-11 | | |
| 26-12 | Langan/Elsheikh video clip | | |
| 26-12a | Transcript of Exhibit 26-12 | | |
| 26-13 | Langan/Elsheikh video clip | | |
| 26-13a | Transcript of Exhibit 26-13 | | |
| 26-14 | Langan/Elsheikh video clip | | |
| 26-14a | Transcript of Exhibit 26-14 | | |
| 26-15 | Langan/Elsheikh video clip | | |
| 26-15a | Transcript of Exhibit 26-15 | | |
| 26-16 | Langan/Elsheikh video clip | | |
| 26-16a | Transcript of Exhibit 26-16 | | |
| 26-17 | Langan/Kotey Video Clip | | |

| Ex. No. | Exhibit | Offered | Admitted |
|---------|---------|---------|----------|
| 26-17a | Transcript of Exhibit 26-17 | | |
| 26-18 | Langan/Elsheikh video clip | | |
| 26-18a | Transcript of Exhibit 26-18 | | |
| 26-19 | Langan/Elsheikh video clip | | |
| 26-19a | Transcript of Exhibit 26-19 | | |
| **EL SHAFEE ELSHEIKH MEDIA INTERVIEWS** | | | |
| 27-1 | Sky News Clip 1 | | |
| 27-1a | Transcript of Exhibit 27-1 | | |
| 27-2 | Sky News Clip 2 | | |
| 27-2a | Transcript of Exhibit 27-2 | | |
| 27-3 | Elsheikh/Kotey CNN video clip | | |
| 27-3a | Transcript of Exhibit 27-3 | | |
| 27-4 | Moussa/Elsheikh interview clip | | |
| 27-4a | Transcript of Exhibit 27-4 | | |
| 27-5 | Yeung/Elsheikh and Kotey video clip | | |
| 27-5a | Transcript of Exhibit 27-5 | | |

| Ex. No. | Exhibit | Offered | Admitted |
|---------|---------|---------|----------|
| 27-6 | BBC News, Clip 1 | | |
| 27-6a | Transcript of Exhibit 27-6 | | |
| 27-7 | BBC News, Clip 2 | | |
| 27-7a | Transcript of Exhibit 27-7 | | |
| 27-8 | Washington Post Clip 1 | | |
| 27-8a | Transcript of Exhibit 27-8 | | |
| 27-9 | Washington Post Clip 2 | | |
| 27-9a | Transcript of Exhibit 27-9 | | |
| 27-10 | Washington Post Clip 3 | | |
| 27-10a | Transcript of Exhibit 27-10 | | |
| 27-11 | Washington Post Clip 4 | | |
| 27-11a | Transcript of Exhibit 27-11 | | |
| **WITNESS F.S.** | | | |
| 29-1 | Proof of Life video for F.S. | | |
| **WITNESS M.al-M.** | | | |
| 30-1 | Photograph of Peter Kassig delivering humanitarian aid | | |

| Ex. No. | Exhibit | Offered | Admitted |
|---------|---------|---------|----------|
| **WITNESS U.S.** | | | |
| 31-1 | Photo 1 of Abu Thabit | | |
| 31-2 | Photo 2 of Abu Thabit | | |
| 31-3 | Photo of Abu Thabit's friend | | |

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:      /s/
_____
John T. Gibbs
Raj Parekh, First Assistant U.S. Attorney
Dennis M. Fitzpatrick
Aidan Taft Grano-Mickelsen
Assistant United States Attorneys
Eastern District of Virginia
Alicia H. Cook, Trial Attorney
U.S. Department of Justice

**CERTIFICATE OF SERVICE**

        I hereby certify that on March 22, 2022, I electronically filed the foregoing with the Clerk of Court using CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

        By:      _____/s/_____
                      Dennis M. Fitzpatrick
                      Assistant United States Attorney
                      United States Attorney's Office
                      Eastern District of Virginia
                      2100 Jamieson Avenue
                      Alexandria, Virginia 22314
                      (703) 299-3954

28