## ** UNITED STATES DISTRICT COURT CRIMINAL MINUTES **

Date: 03/25/2022

Before the Honorable: **T.S. ELLIS, III**

Time: 11:35 a.m. – 12:25 p.m. (00:50)

Case No.: 1:20-cr-00239-TSE-2

Official Court Reporter: Rebecca Stonestreet

Courtroom Deputy: Tanya Randall

# UNITED STATES OF AMERICA

v.

# EL SHAFEE ELSHEIKH     X Present

| Counsel for Government | Counsel for Defendant | Arabic Interpreter |
|---|---|---|
| Raj Parekh<br>Alicia Cook<br>Aidan Grano-Mickelsen<br>John Gibbs<br>Dennis Fitzpatrick<br>Nicole Lopez | Nina Ginsberg<br>Ed MacMahon<br>Yancy Ellis<br>Zachary Deubler | Ghada Attieh (Standby Only) |

Appearances of Counsel for ( X ) Govt     ( X ) Deft

**Re:   PRETRIAL CONFERENCE**

- Preliminary matters on *voir dire* and jury trial procedures discussed.

- Jury Trial set to begin on Tuesday, March 29, 2022 at 9:00 a.m.

**Deft is:**
[ X ]  Remanded   [   ]  Self Surrender  [   ]  Cont'd on same terms and conditions of release    [   ]  Custody