## CRIMINAL JURY TRIAL PROCEEDINGS (DAY 1)

Date: 03/29/2022     Case No: 1:20-cr-00239-TSE-2     Time: 09:08 a.m. – 10:38 a.m. (01:30)
                                                          11:01 a.m. – 12:19 p.m. (01:18)
Before the Honorable: T.S. ELLIS, III                     01:08 p.m. – 03:19 p.m. (02:11)
                                                          03:41 p.m. – 04:56 p.m. (01;15)
Court Reporter: Rebecca Stonestreet                       (06:14)

Courtroom Deputy: Tanya Randall

| PARTIES | COUNSEL | INTERPRETER |
|---|---|---|
| UNITED STATES OF AMERICA | Raj Parekh, Alicia Cook, Aidan Grano-Mickelsen, John Gibbs, Dennis Fitzpatrick Nicole Lopez (paralegal) | Ghada Attieh (Arabic -on standby) |
| vs. | | |
| EL SHAFEE ELSHEIKH | Nina Ginsberg, Ed MacMahon, Yancy Ellis Zachary Deubler, Pamela Bishop (paralegal) | |

THIS MATTER CAME ON FOR A TRIAL BY JURY. The jurors appeared as summoned and were examined on voir dire. 18 jurors were selected and sworn to try the issues. Jury List provided to jury clerk.

Rule on Witnesses [ ]     Opening Statements [ ]

Government Adduced Evidence and Rests [ ] Motions: _____

Defendant(s) Adduced Evidence and Rests [ ] Motions: _____

Rebuttal Evidence Adduced [ ]     Sur-Rebuttal Evidence Adduced [ ]     Evidence Concluded [ ]

Jury Instruction Conference held with counsel [ ]

Closing Arguments [ ]     Jury Charged [ ]     Jury Retired to Deliberate [ ]

The Jury Returned to the Courtroom With a Verdict of: _____

Jury Polled [ ]              Jury Discharged [ ]         Jury Verdict Filed in Open Court [ ]
Deft(s) Remanded [ X ]       Deft(s) Continued on Present Bond [ ]
PSIR Ordered [ ]             Deft(s) Directed to Report to P.O. [ ]

Jurors excused at **04:54 P.M.** and Case Continued To: **WEDNESDAY, MARCH 30, 2022 AT 9:00 A.M.**