## CRIMINAL JURY TRIAL PROCEEDINGS (DAY 5)

Date: <u>04/04/2022</u>          Case No:  <u>1:20-cr-00239-TSE-2</u>    Time: 11:16 a.m. – 11:48 a.m. (00:32)
                                                         12:08 p.m. – 01:11 p.m. (01:03)
Before the Honorable:  <u>T.S. ELLIS, III</u>                      01:50 p.m. – 03:34 p.m. (01:44)
                                                         03:57 p.m. – 05:11 p.m. (01:14)
Court Reporter:  <u>Rebecca Stonestreet</u>                        (04:33)

Courtroom Deputy:  <u>Tanya Randall</u>


|      PARTIES      |      COUNSEL      |      INTERPRETER      |
|-------------------|-------------------|-----------------------|
| <u>UNITED STATES OF AMERICA</u> | <u>Raj Parekh, Alicia Cook, Aidan Grano-Mickelsen, John Gibbs, Dennis Fitzpatrick</u><br><u>Nicole Lopez (paralegal)</u> | <u>Ghada Attieh (Arabic -on standby)</u> |
| vs. | | |
| <u>EL SHAFEE ELSHEIKH</u> | <u>Nina Ginsberg, Ed MacMahon, Yancy Ellis</u><br><u>Zachary Deubler, Pamela Bishop (paralegal)</u> | |

- Jury Roll Call.

---

Rule on Witnesses [    ]          Opening Statements Made by Both Parties [    ]

Government continued to adduce evidence using the evidence presentation system  [ X ] and Rests [    ]

Defendant Adduced Evidence [    ] and Rests [    ]

Rebuttal Evidence Adduced [    ]      Sur-Rebuttal Evidence Adduced [    ]        Evidence Concluded [    ]

Jury Instruction Conference held with counsel [    ]

Closing Arguments [    ]          Jury Charged [    ]          Jury Retired to Deliberate [    ]

The Jury Returned to the Courtroom With a Verdict of: _____

Jury Polled [    ]                Jury Discharged [    ]        Jury Verdict Filed in Open Court [    ]
Deft(s) Remanded [ X ]          Deft(s) Continued on Present Bond [    ]
PSIR Ordered [    ]              Deft(s) Directed to Report to P.O. [    ]

Jurors excused at **05:09 P.M.** and Case Continued To:  **TUESDAY, APRIL5, 2022 AT 09:00 A.M.**