## CRIMINAL JURY TRIAL PROCEEDINGS (DAY 7)

Date: <u>04/06/2022</u>　　　Case No: <u>1:20-cr-00239-TSE-2</u>　　　Time: 09:09 a.m. – 10:05 a.m. (00:56)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　10:35 a.m. – 12:34 p.m. (01:59)
Before the Honorable: <u>T.S. ELLIS, III</u>　　　　　　　　　　　　　01:35 p.m. – 03:22 p.m. (01:47)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　03:47 p.m. – 04:06 p.m. (00:19)
Court Reporter: <u>Tonia Harris</u>　　　　　　　　　　　　　　　　　　　(05:01)

Courtroom Deputy: <u>Tanya Randall</u>

| PARTIES | COUNSEL | INTERPRETER |
|---|---|---|
| <u>UNITED STATES OF AMERICA</u> | <u>Raj Parekh, Alicia Cook, Aidan Grano-Mickelsen, John Gibbs, Dennis Fitzpatrick</u><br><u>Nicole Lopez (paralegal)</u> | <u>Ghada Attieh (Arabic -on standby)</u> |
| vs. | | |
| <u>EL SHAFEE ELSHEIKH</u> | <u>Nina Ginsberg, Ed MacMahon, Yancey Ellis</u><br><u>Zachary Deubler, Pamela Bishop (paralegal)</u> | |

- Jury Roll Call.

---

Rule on Witnesses [   ]　　　Opening Statements Made by Both Parties [   ]

Government continued to adduce evidence using the evidence presentation system  [ X ] and Rests [   ]

Defendant Adduced Evidence [   ] and Rests [   ]

Rebuttal Evidence Adduced [   ]　　Sur-Rebuttal Evidence Adduced [   ]　　Evidence Concluded [   ]

Jury Instruction Conference held with counsel [   ]

Closing Arguments [   ]　　　　Jury Charged [   ]　　　　Jury Retired to Deliberate [   ]

The Jury Returned to the Courtroom With a Verdict of: _____

Jury Polled [   ]　　　　　　　Jury Discharged [   ]　　　Jury Verdict Filed in Open Court [   ]
Deft(s) Remanded [ X ]　　　Deft(s) Continued on Present Bond [   ]
PSIR Ordered [   ]　　　　　　Deft(s) Directed to Report to P.O. [   ]

Jurors excused at **04:05 P.M.** and Case Continued To: **THURSDAY, APRIL 7, 2022 AT 09:00 A.M.**