## CRIMINAL JURY TRIAL PROCEEDINGS (DAY 13)

Date: 04/13/2022   Case No: 1:20-cr-00239-TSE-2   Time: 09:59 a.m. – 10:04 a.m. (00:05)
   11:29 a.m. – 11:48 a.m. (00:19)
Before the Honorable: T.S. ELLIS, III   12:02 p.m. – 12:07 p.m. (00:05)
   12:29 p.m. – 12:30 p.m. (00:01)
Court Reporter: Rebecca Stonestreet   12:45 p.m. – 01:16 p.m. (00:31)
   (01:01)

Courtroom Deputy: Tanya Randall

| PARTIES | COUNSEL | INTERPRETER |
|---|---|---|
| **UNITED STATES OF AMERICA** | Raj Parekh, Alicia Cook, Aidan Grano-Mickelsen, John Gibbs, Dennis Fitzpatrick<br>Nicole Lopez (paralegal) | Ghada Attieh (Arabic -on standby) |
| v. | | |
| **EL SHAFEE ELSHEIKH** | Nina Ginsberg, Ed MacMahon, Yancey Ellis<br>Zachary Deubler, Pamela Bishop (paralegal) | |

- Jury Roll Call.

---

Rule on Witnesses [   ]   Opening Statements Made by Both Parties [   ]

Government continued to adduce evidence using the evidence presentation system [   ]   and Rests [   ]

Closing Arguments made by both parties [   ]

Jury Charged and Alternates Release [   ]

Jury Reconvened and Retired to Deliberate at **10:03 AM** [ X ]

The Jury Returned to the Courtroom With a Verdict of: GUILTY ON ALL COUNTS: 1, 2, 3, 4, 5, 6, 7, 8

Jury Polled [ X ]        Jury Verdict Filed in Open Court [ X ]
PSIR Ordered [ X ]       Deft(s) Directed to Report to P.O. [   ]

Jurors excused at **01:05 PM.**

Case Continued to **FRIDAY, AUGUST 12, 2022 AT 09:00 AM** for **SENTENCING**

- Gov't request that this defendant appear at the Alexanda Kotey Sentencing set for April 29, 2022 at 9:00AM and be present for the victim impact statements, so that the victims and victims' family will not have to appear and at the Kotey sentencing and then again at this defendant sentencing which is now set for August 12, 2022 -GRANTED.

**DEFENDANT:**
[ X ] Remanded    [   ] Self Surrender    [   ] Cont'd on same terms and conditions release    [   ] in Custody