IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| *v.* | No. 1:20-cr-239-TSE-2 |
| EL SHAFEE ELSHEIKH, | Trial: March 29, 2022 |
| *Defendant.* | |

## GOVERNMENT'S TRIAL EXHIBITS

| Ex. No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| **PHOTOS AND ISIS MEDIA** | | | |
| 1-1 | Photograph of Osama Bin Laden | | |
| 1-2 | Photograph of Abdullah Azzam | | |
| 1-3 | Two photographs of 1993 World Trade Center Bombing | | |
| 1-4 | Photograph of Omar Abdel Rahman | ✓ | ✓  B- Hoffman, 03/30/22. |
| 1-5 | Two photographs of 1998 African Embassy Bombings. | | |
| 1-6 | Photograph of 2000 USS Cole Bombing | | |
| 1-7 | Photograph of 9/11 Attacks | | |
| 1-8 | Photograph of Daniel Pearl | | |
| 1-9 | Photograph of Khalid Sheikh Mohammed | | |

1

| Ex. No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 1-10 | Photograph of Nicholas Berg | ✓ | ✓ B. Hoffman, 03/30/22 |
| 1-11 | Photograph of Ken Bigley | ✓ | ✓ B. Hoffman, 03/30/22 |
| 1-12 | Two photographs of Aafia Siddiqui | ✓ | ✓ B. Hoffman, 03/30/22. |
| 1-13 | Photograph of Sajida al-Rishawi | ✓ | ✓ B. Hoffman, 03/30/22 |
| 1-14 | Photograph of Abu Musab al-Zarqawi | ✓ | ✓ B. Hoffman, 03/30/22 |
| 1-15 | Hijrah to the Islamic State Prequel EBook: The Islamic State (2015) | ✓ | ✓ B. Hoffman, 03/30/22 |
| 1-16 | Photograph of Abu Bakr al-Baghdadi | ✓ | ✓ B. Hoffman, 03/30/22 |
| 1-17 | Photograph of Abu Muhammad Al-Adnani | ✓ | ✓ B. Hoffman, 03/30/22 |
| 1-22 | Video of al-Baghdadi speech declaring the Caliphate in July 2014 | ✓ | ✓ |
| 1-23 | Screenshot of al-Baghdadi speech declaring the Caliphate in July 2014 | ✓ T. Treml - 04/07/22 | ✓ L. Mulla - 04/11/22 |
| 1-24 | Video Entitled "A Message to America." | ✓ | ✓ B. Hoffman, 03/30/22 |
| 1-24a | Clip 1 from Video Entitled "A Message to America" | ✓ | ✓ F. Motka, 04/01/22 |
| 1-24b | Still photo of Masked Man with knife at Foley's neck from "A Message to America." | ✓ | ✓ M. Foley, 04/04/22 |
| 1-24c | Still photo of Foley's body at the end of "A Message to America." | ✓ | ✓ M. Foley, 04/04/22 |
| 1-24d | Clip 2 from Video Entitled "A Message to America." |  |  |
| 1-24e | Still photo of James Foley and Masked Man from "A Message to America." | F. Motka, 03/31/22; J. Chiappone, 04/01/22 ✓ | M. Foley, 04/04/22 E. Elias - 04/08/22 ✓ L. Mulla - 04/11/22 R. Ottosen - 04/12/22 |

| Ex. No. | Exhibit | Offered | Admitted | |
|---|---|---|---|---|
| 1-24f | Still photo of Sotloff and Masked Man from "A Message to America" with Masked Man holding the back of Sotloff's orange jumpsuit. | F. Motka, 03/31/22 A. Sotloff, 04/05/22 ✓ | ✓ | |
| 1-25 | Video Entitled "A Second Message to America." | ✓ | ✓ | T. Treml - 04/07/22 |
| 1-25a | Clip 1 from Video Entitled "A Second Message to America." | ✓ | ✓ | T. Treml - 04/07/22 |
| 1-25b | Clip 2 from Video Entitled "A Second Message to America." | ✓ | ✓ | D. Francois - 04/11/22 |
| 1-25c | Still photo of Steven Sotloff with Masked Man pointing a knife from "A Second Message to America" | F. Motka, 03/31/22; A. Sotloff, 04/05/22 J. Chiappone, 04/01/22 ✓ | ✓ | |
| 1-25d | Still photo of Masked Man with knife at Steven Sotloff's Neck from "A Second Message to America." | ✓ | ✓ | T. Treml - 04/07/22 |
| 1-25e | Still photo of Steven Sotloff's body at the end of "A Second Message to America." | ✓ | ✓ | |
| 1-26 | Still photograph of Elsheikh and Kotey from CNN interview in 2018. | | | |
| 1-27 | Video Entitled "A Message to the Allies of America." | ✓ | ✓ | T. Treml - 04/07/22 |
| 1-27a | Clip 1 from Video Entitled "A Message to the Allies of America." | ✓ | ✓ | B. Hoffman, 03/30/22 |
| 1-27b | Still photo of Masked Man and Haines from "A Message to the Allies of America." | ✓ | F. Motka, 03/31/22 J. Chiappone, 04/01/22 ✓ | |
| 1-27c | Still photo of Masked Man with knife at Haines's neck from "A Message to the Allies of America." | ✓ | ✓ | T. Treml - 04/07/22 |
| 1-27d | Still photo of Haines's body at the end of "A Message to the Allies of America." | ✓ | ✓ | |
| 1-29 | Video entitled "Another Message to America and its Allies." | ✓ | ✓ | T. Treml - 04/07/22 |
| 1-29a | Clip 1 from Video entitled "Another Message to America and its Allies." | ✓ | ✓ | D. Francois, 04/11/22 |

| Ex. No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 1-29b | Still photo of Henning with knife at his neck from "Another Message to America and its Allies." | ✓ | ✓    D. Francois, 04/11/22 |
| 1-29c | Still photo of Henning's body at the end of "Another Message to American and its Allies." | ✓ | ✓    D. Francois, 04/1/22 |
| 1-29d | Still photograph of Peter Kassig and Masked Man from "Another Message to America and its Allies." | F. Motka, 03/34/22. J. Chiappone, 04/01/22 E. Kassig, 04/06/22 ✓ | |
| 1-29e | Still photo of Allen Henning and Masked Man from "Another Message to American and its Allies." | F. Motka, 04/01/22 ; N. Henin, 04/06/22 J. Chiappone, 04/01/22 ✓ | |
| 1-30 | September 19, 2014 al-Hayat Video, "Flames of War" | | |
| 1-30a | Flames of War video clip | | |
| 1-31 | November 29, 2017 al-Hayat Video, "Flames of War" 2 | | |
| 1-31a | Still Photo from Flames of War 2 (2:49) | | |
| 1-31b | Still Photo from Flames of War 2 (2:59) | | |
| 1-31c | Still Photo from Flames of War 2 (16:35) | | |
| 1-31d | Still Photo from Flames of War 2 (45:24) | | |
| 1-32 | Dabiq Issue 1: "The Return of Khilafah." | ✓ | ✓   T. Treml - 04/01/22 |
| 1-33 | Dabiq Issue 2: "The Flood" | ✓ | B. Hoffman, 03/30/22. J. Chiappone, 04/01/22 |
| 1-34 | Dabiq Issue 3: "A Call to Hijrah." | ✓ | ✓ |
| 1-35 | Dabiq Issue 4: "The Failed Crusade." | ✓ | ✓   B. Hoffman, 03/30/22. A. Sotloff, 04/05/22 |
| 1-36 | Dabiq Issue 5: "Remaining and Expanding." | ✓ | ✓   B. Hoffman, 03/30/22 |

| Ex. No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 1-37 | Dabiq Issue 6: "Al-Qaidah of Waziristan: A Testimony from Within." | ✓ | B. Hoffman, 03/30/22 ✓ |
| 1-38 | Dabiq Issue 7: "From Hypocrisy to Apostasy: The Extinction of the Grayzone." | ✓ | J. Chiappone, 04/01/22 ✓ |
| 1-39 | Dabiq Issue 13: "The Rafidah from Ibn Saba to the Dajjal." | ✓ | J. Chiappone, 04/01/22 ✓ |
| 1-40 | Dabiq Issue 14: "The Murtadd Brotherhood." J. Chiappone, 04/01/22 | ✓ | ✓ |
| 1-41 | ISIS Video "Although the Disbelievers Dislike It." | | |
| 1-41a | Clip 1 from ISIS Video "Although the Disbelievers Dislike It." | ✓ | ✓ B. Hoffman, 03/30/22 |
| 1-41b | Clip 2 from ISIS Video "Although the Disbelievers Dislike It." | | |
| 1-41c | Clip 3 from ISIS Video "Although the Disbelievers Dislike It." | ✓ | ✓ E. Stempf, 04/06/22 |
| 1-41d | Still photograph from "Although the Disbelievers Dislike It" related to Peter Kassig. | ✓ | ✓ E. Stempf, 04/06/22 |
| 1-42 | ISIS Video "This Message was Received by the Family of Kenji Goto Jogo and the Government of Japan" 01242015 | Audio ✓ | ✓ B. Hoffman, 03/30/22 |
| 1-43 | ISIS Video "The Second Public Message of Kenji Goto Jogo to His Family and the Government of Japan" 01272015 | ✓ | ✓ B. Hoffman, 03/30/22 |
| 1-44 | Voice Message "I'm Kenji Goto Jogo" 01282015 | ✓ | ✓ T. Treml - 04/07/22 |
| 1-44a | I'm Kenji Goto Jogo Arabic title | ✓ | ✓ T. Treml - 04/07/22 |
| 1-44b | Translation of I'm Kenji Goto Jogo Arabic title | P. Faizulla, 04/04/22 ✓ | ✓ T. Treml - 04/07/22 |
| 1-45 | ISIS Video "A Message to the Government of Japan." | ✓ | ✓ T. Treml - 04/07/22 |

5

| Ex. No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 1-45a | Clip 1 of Masked Man speaking in "A Message to the Government of Japan." | | |
| 1-45b | Still photo of Masked Man and Kenji Goto with knife to his throat in "A Message to the Government of Japan." | | |
| 1-45c | Still photo of Kenji Goto's body at the end of "A Message to the Government of Japan." | | |
| 1-46 | Kayla Mueller Death ISIS Media Post | ✓ | ✓ T. Treml - 04/07/22 O. Kuzu - 04/11/22 |
| 1-46a | Translation of Kayla Mueller Death ISIS Media Post | P. Faizulla, 04/04/22 ✓ | ✓ |
| 1-47 | Kayla Mueller Death ISIS Media Announcement with pictures | ✓ | ✓ T. Treml - 04/07/22 |
| 1-47a | Translation Kayla Mueller Death ISIS Media Announcement pictures | P. Faizulla, 04/04/22; T. Treml - 04/07/22 ✓ | ✓ |
| 1-48 | Kayla Mueller Death ISIS Media Announcement in Arabic | P. Faizulla, 04/04/22; T. Treml, 04/07/22 ✓ | ✓ |
| 1-48a | Translation of Kayla Mueller Death ISIS Media Announcement | ✓ | ✓ T. Treml - 04/07/22 |
| 1-49 | ISIS Video "Healing the Believers' Chests." | ✓ | ✓ |
| 1-49a | Screenshot from "Healing the Believers Chests." | ✓ | ✓ |
| 1-49b | Still shot of Kasasibah from "Healing the Believers Chests." | T. Treml - 04/07/22 ✓ | ✓ |
| 1-49c | Still shot of Kasasibah from "Healing the Believers Chests." | ✓ | ✓ |
| 1-50 | Photograph of Elshafee Elsheikh | | |
| 1-51 | English Translation of June 29, 2014, Abu Muhammad al-Adnani, "This is the Promise of Allah" | ✓ | B. Hoffman, 03/30/22 ✓ |
| 1-52 | ISIS Video "A Message to the Government and People of Japan." January 20, 2015. | ✓ | ✓ |

| Ex. No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 1-53 | Photograph of Oussama Atar | | |
| 1-54 | Photograph of Andrew Poulin | ✓ | ✓  *B. Hoffman, 03/30/22.* |
| 1-55 | Al-Naba Biography of Mohammed Emwazi a/k/a Abu Muharib al-Muhajir | *P. Faizulla, 04/04/22*  ✓ | ✓ |
| 1-55a | Translation of Al-Naba Biography of Mohammed Emwazi | ✓ | ✓ |
| **CHARTS AND DEMONSTRATIVE EXHIBITS** | | | |
| 2-1 | Map of Syria, Turkey and Iraq | *P. Mejia, 04/01/22*  *G. Smith, 04/01/22,*  *R. Safarjalani, 04/04/22* | ✓ *B. Hoffman, 03/30/22*  *J. Serup, 03/30/22*  *F. Motka, 03/31/22* |
| 2-2 | Hostages: Locations and Dates of Capture | | |
| 2-3 | Captivity Timeline | ✓ | ✓ |
| 2-4 | Islamic State Hostage Execution Media Chart | ✓ | ✓  *E. Kassig, 04/06/22*  *T. Treml, 04/07/22* |
| 2-5 | American Hostage Photo-board | ✓ | ✓ |
| 2-6 | ISIS Media Infrastructure Chart | ✓ | ✓  *T. Treml, 04/07/22* |
| 2-7 | Hostages: Prison Locations and Dates of Detention | *F. Motka, 04/01/22,*  ✓ | *J. Chiappone, 04/01/22*  *E. Elias - 04/08/22*  *D. Francois - 04/11/22*  *R. Ottosen - 04/12/22* |
| **JULY 2014 MILITARY OPERATION** | | | |
| 3-1 | Diagram from July 2014 Operation | *F. Motka, 03/31/22;*  ✓ | *D. Story, 04/06/22*  ✓ |
| 3-2 | Key for diagram | ✓ | ✓  *D. Story, 04/06/22* |
| 3-3 | Photograph of "Kayla" writing | ✓ | ✓  *D. Story, 04/06/22* |

*B. Driscoll —04/12/22*
*F. Saide 4/7/22*
*E. Elias 4/8/22*
*M. Marjinedas, 04/05/22*
*M. Almahmoud, 04/05/22*

7

| Ex. No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 3-4 | Photograph of wall from prison with writing scratched into it | ✓ | ✓ D. Story, 04/06/22 |
| 3-5 | Handwritten script with Items 8-13 | ✓ | ✓ D. Story, 04/06/22 / R. Ottosen -04/12/22 |
| 3-6 | One-page handwritten tally sheet | ✓ | ✓ D. Story, 04/06/22 |
| 3-7 | Photo of hallway | P. Mejia, 04/01/22; M. Harginedas, 04/05/22 ✓ | N. Henin. 04/06/22; F. Saide, 04/07/22 / E. Elias—04/08/22 / D. Francois, 04/11/22 |
| 3-8 | Photo of room | F. Motka, 03/31/22 / P. Mejia. 04/01/22 / E. Elias - 04/08/22 ✓ | N. Henin, 04/06/22 / F. Saide, 04/07/22 |
| 3-9 | Photo of club | ✓ | N. Henin, 04/06/22 / E. Elias—04/08/22 |
| 3-10 | Photo of shackles | ✓ | ✓ D. Story, 04/06/22 |
| 3-11 | Photo of hand-held radios | ✓ | ✓ D. Story, 04/06/22 |
| 3-12 | Photograph of rifle with a banana clip | ✓ | ✓ D. Story, 04/06/22 |
| 3-13 | Photograph of a room containing padlocks and chains | ✓ | ✓ D. Story, 04/06/22 |
| 3-14 | ISIS flag | P. Mejia, 04/01/22 ✓ | ✓ E. Elias—04/08/22 / L. Mulla - 04/11/22 / B. Driscoll—04/12/22 |
| 3-17 | Photos of doorway to bathroom | P. Mejia, 04/01/22 / N. Henin, 04/06/22 ✓ / F. Saide, 04/07/22 | ✓ |
| 3-18 | Photo of sink | P. Mejia, 04/01/22 ✓ | ✓ N. Henin, 04/06/22 / F. Saide, 04/07/22 / E. Elias—04/08/22 |
| 3-19 | Photo of shower 1 | P. Mejia, 04/01/22 / F. Motka, 03/31/22 ✓ | ✓ N. Henin, 04/06/22 / F. Saide, 04/07/22 |
| 3-20 | Photo of shower 2 | ✓ | ✓ N. Henin, 04/06/22 |
| 3-22 | Aerial photo of Riverside Prison | | |

Dan Story 04/06/22

D. Story 04/06/22

| Ex. No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 3-23 | Aerial photo of Desert Prison (zoomed in) | | |
| 3-24 | Aerial photo of Desert Prison (zoomed out) | ✓ | ✓    D. Story, 04/06/22 |
| **PHOTOGRAPHS** | | | |
| 4-1 | Photo of Elsheikh G. Smith, 04/01/22 J. Richards, 04/01/22 | ✓ | ✓ |
| 4-1a | Photo of Kotey G. Smith, 04/01/22 J. Richards, 04/01/22 | ✓ | ✓ |
| 4-2 | Photograph of interview room in Kobani prison J. Chiappone, 04/01/22 | ✓ | ✓ |
| 4-3 | Photographs of Oussama Atar J. Chiappone, 04/01/22 | ✓ | ✓ |
| 4-4 | Photograph of Abu Omar al-Belgique J. Chiappone, 04/01/22 | ✓ | ✓ |
| 4-5 | Photograph of Abu Idriss J. Chiappone, 04/01/22 M. Hamilton, 04/04/22 | ✓ | ✓   N. Henin, 04/06/22 |
| 4-6 | "Rambo mode" photo J. Chiappone, 04/01/22. O. Kuzo, 04/11/22 | ✓ | ✓ |
| 4-7 | Photos of weapons J. Chiappone, 04/01/22 | ✓ | ✓ |
| **JAMES WRIGHT FOLEY** | | | |
| 5-1 | Photograph of James Foley (2012) | F. Motka, 03/31/22; Diane Foley, 04/04/22 M. Foley, 04/04/22 ✓ | ✓ |
| 5-2 | Photograph of James Foley (GlobalPost) | ✓ | ✓   E. Elias, 04/08/22   D. Foley, 04/04/22 |
| 5-3 | Photograph of James Foley (Marquette Speech) | ✓ | ✓ |
| 5-4 | Ransom emails to the family of James Foley | J. Chiappone, 04/01/22; M. Foley, 04/04/22 ✓ | ✓   D. Foley, 04/04/22   D. Story, 04/06/22 |

| Ex. No. | Exhibit | Offered | Admitted |
|---------|---------|---------|----------|
| 5-5 | John and Diane Foley Statement | ✓ | ✓   D. Foley, 04/04/22 |
| 5-6 | Photograph of James Foley on Assignment | ✓ | ✓   F. Motka, 03/31/22 |
| 5-7 | Photograph of James Foley on Assignment | ✓ | ✓ |
| **KAYLA JEAN MUELLER** | | | |
| 6-1 | Speech by Kayla Mueller | | |
| 6-1a | Clip 1 from Exhibit 6-1 | ✓ | ✓   M. Mueller, 04/05/22 |
| 6-2 | Photograph of Kayla Mueller at Darfur Rally | | |
| 6-3 | Photograph of Kayla Mueller in front of Kiwanis Club flag | | |
| 6-4 | Photograph of Kayla Mueller smiling with cat | | |
| 6-5   L. Mulla - 04/11/22 | Photograph of Kayla Mueller (redacted) | F. Motka, 03/31/22; P. Mejia, 04/01/22 | ✓   R. Safarjalani, 04/04/22   M. Mueller, 04/05/22   F. Saidle, 04/05/22   O. Kuzu, 04/11/22 |
| 6-8 | Ransom emails to the family of Kayla Mueller | J. Chiappone, 04/05/22   M. Mueller, 04/05/22   ✓ | ✓ |
| 6-9 | Audio Message from Kayla Mueller | ✓ | ✓   M. Mueller, 04/05/22 |
| 6-10 | Video Message from Kayla Mueller | ✓ | ✓   M. Mueller, 04/05/22 |
| 6-11 | August 10, 2014 email attachment | ✓ | ✓ |
| 6-13 | September 16, 2014 email attachment | ✓ | ✓   M. Mueller, 04/05/22 |
| 6-14 | Letter from Kayla Mueller   P. Mejia, 04/01/22   M. Mueller, 04/05/22 | ✓ | ✓ |

10

| Ex. No. | Exhibit | Offered | Admitted |
|---------|---------|---------|----------|
| 6-15 | Second Letter from Kayla Mueller | ✓ | ✓ M. Mueller, 04/05/22 |
| 6-16 | Photograph 1 | | |
| 6-17 | Photograph 2 | | |
| 6-18 | Photograph 3 | | |
| 6-20 | Third letter from Kayla Mueller | P. Mejia, 04/01/22 M. Mueller, 04/05/22 ✓ | ✓ |
| **STEVEN JOEL SOTLOFF** | | | |
| 7-1 | Photograph of Steven Sotloff wearing baseball hat with glasses | | |
| 7-2 | Photograph of Steven Sotloff with sunglasses and shemagh | F. Motka, 03/31/22 ✓ | M. Marginetas, 04/05/22 A. Sotloff, 04/05/22 ✓ E. Elias, 04/08/22 |
| 7-3 | Photograph of Steven Sotloff with sunglasses on head | | |
| 7-4 | Photograph of Steven Sotloff wearing glasses | | |
| 7-5 | Ransom emails to the family of Steven Sotloff | A. Sotloff, 04/05/22. ✓ | ✓ |
| 7-6 | Audio recording of Steven Sotloff attached to August 30, 2014 email | ✓ | ✓ A. Sotloff, 04/05/22 |
| 7-7 | Handwritten letter from Steven Sotloff to his family dated April 18, 2014 | ✓ | ✓ A. Sotloff, 04/05/22 |
| 7-8 | Handwritten Letter from Steven Sotloff to his family dated May 18, 2014 | F. Motka, 04/01/22. ✓ | ✓ |
| 7-9 | Online Video Appeal from the mother of Steven Sotloff | ✓ | ✓ A. Sotloff, 04/05/22 |
| **PETER EDWARD KASSIG** | | | |

| Ex. No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 8-1 | Ed and Peter Kassig (fishing photo) | ✓ | ✓ ⎫ E. Kassig, 04/06/22 |
| 8-2 | Paula and Peter Kassig (waterfall photo) | ✓ | ✓ ⎭ |
| 8-3 | First ransom email to the family of Peter Kassig | ✓ | ✓ E. Kassig, 04/06/22<br>E. Stempf, 04/06/22 |
| 8-5 | Ransom emails (continued) to the family of Peter Kassig | ✓ | ✓ E. Kassig, 04/06/22<br>E. Stempf, 04/06/22 |
| 8-6 | Audio Recording of Peter Kassig | ✓ | ✓ E. Kassig, 04/06/22. |
| 8-7 | Letter to Kassig Family 1 | | |
| 8-8a | Photo of Peter Kassig with cat | ✓ | ✓ M. Almahmoud, 04/05/22 |
| 8-8b | Photo of Peter Kassig as a medic | ✓ | ✓ M. Almahmoud, 04/05/22<br>E. Stempf, 04/06/22 |
| 8-9 | Letter to Kassig Family 2 | ✓ | F. Motka, 04/01/22 ; E. Kassig, 04/06/22 ✓ |
| 8-10 | Online Video, "Kassig family pleads to Islamic State for son's release" | ✓ | ✓ E. Kassig – 4/6/22 |
| **WITNESS R.S.** | | | |
| 9-1 | Photos of Dungeon Basement | ✓ | F. Motka, 03/31/22 ; R. Safarjalani, 04/04/22 ✓ |
| 9-2 | Notes in Arabic | ✓ | ✓ R. Safarjalani, 04/04/22<br>N. Henin, 04/06/22 |
| 9-3 | Translation of Notes in Arabic | ✓ P. Faizulla, 04/04/22 | ✓ |
| 9-4 | CV of P.F. | P. Faizulla, 04/04/22 ✓ | ✓ |
| 9-5 | CV of M.S. | | |

| Ex. No. | Exhibit | Offered | Admitted |
|---------|---------|---------|----------|
| | **WITNESS F.M.** | | |
| 10-1 | Photograph of David Haines | F. Motka, 03/31/22. ✓ | E. Elias - 04/08/22 ✓ |
| 10-2 | Photograph of Alan Henning | F. Motka, 04/06/22 ✓ | E. Elias - 04/08/22 ✓ |
| 10-3 | Photograph of John Cantlie | ✓ | E. Elias - 04/08/22 ✓ |
| 10-4 | Photograph of Louisa Akavi | F. Motka, 03/31/22 ✓ | L. Mulla - 04/11/22 ✓ |
| 10-5 | Photograph of Marcos Marginedes | | |
| 10-6 | Photograph of Toni Neukirch | | |
| 10-7 | Photograph of Didier Francois | | |
| 10-8 | Photograph of Edouard Elias | | |
| 10-9 | Photograph of Pierre Torres | | |
| 10-10 | Photograph of Nicolas Henin | | |
| 10-11 | Photograph of Ricardo Vilanova | | |
| 10-12 | Photograph of Javier Espinosa | | |
| 10-13 | Photograph of Frida Saide | | |
| 10-14 | Photograph of Patricia Chavez | | |
| 10-15 | Photograph of Daniel Ottosen | | |

| Ex. No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 10-16 | Photograph of Gert Verdonck | | |
| 10-17 | Photograph of Dan Scholer | | |
| 10-18 | April 18, 2013 email | | |
| 10-19 | Email attachment with a photograph of Federico Motka | F. Motka, 03/31/22 ✓ | ✓ |
| 10-20 | Photograph of Sergey | F. Motka, 03/31/22 ✓ | F. Motka, 03/31/22 ; N. Henin, 04/06/22 ✓ E. Elias - 04/08/22 |
| 10-21 | Video of execution | F. Motka, 03/31/22 ✓ | ✓ |
| 10-22 | Still photo of execution (faces redacted). | ✓ | ✓ T. Treml, 04/07/22 |
| 10-22a | Still photo of execution (faces unredacted) | ✓ | ✓ R. OHosen - 04/12/22 |
| 10-22b | Still photo 1 of execution | F. Motka, 03/31/22 ✓ | ✓ R. OHosen - 04/12/22 |
| 10-22c | Still photo 2 at execution | ✓ | ✓ |
| 10-22d | Still photo 3 at execution | J. Serup, 03/31/22 ✓ | ✓ |
| 10-22e | Still photo 4 at execution | ✓ | ✓ D. Foley 04/04/22. |
| 10-22f | Still photo 5 at execution | F. Motka, 03/31/22 ✓ | ✓ |
| 10-22g | Hostage negotiation email | F. Motka, 03/31/22 ✓ | ✓ |
| **WITNESS D.O.** | | | |
| 11-1 | Photograph of D.O. | J. Serup, 03/30/22 ✓ | ✓ |

| Ex. No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 11-2 | August 21, 2013 Proof of Life video | J. Serup, 03/30/22 ✓ | ✓ |
| 11-2a | Transcript of Exhibit 11-2 | | |
| 11-3 | Photograph of D.O. | J. Serup, 03/30/22 ✓ | ✓   R. Ottosen - 04/12/22 |
| 11-4 | Handwritten message dated February 17, 2014 from Daniel Ottosen | ✓ | ✓   R. Ottosen - 04/12/22 |
| 11-5 | Handwritten diagram by Daniel Ottosen | ✓ | ✓   R. Ottosen - 04/12/22 |
| 11-6 | Photograph of D.O.   J. Serup, 03/31/22 | ✓ | ✓   R. Ottosen - 04/12/22 |
| 11-7 | One-page, hand-written letter from Daniel Ottosen | ✓ | ✓   R. Ottosen - 04/12/22 |
| 11-8 | Audio Message from D.O.   J. Serup, 03/31/22 | ✓ | ✓   R. Ottosen - 04/12/22 |
| 11-8a | Transcript of Exhibit 11-8 | | |
| 11-9 | Photograph of right side of torso | ✓ | ✓   J. Serup, 03/31/22 |
| 11-10 | Photograph of rear torso from the right-hand side | ✓ | ✓ |
| 11-11 | Photograph of back | ✓ | ✓ |
| 11-12 | Prison Timeline | | |
| 11-13 | Sketch of names and events from captivity | | |
| 11-14 | Hand-drawn sketch of Syrian execution scene | | |
| **WITNESS J.S.** | | | |

| Ex. No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 12-2 | February 9, 2014 email | ✓ | ✓ |
| 12-3 | Email thread with emails dated February 13, 2014, February 14, 2014 and February 16, 2014 | ✓ | ✓ |
| 12-4 | Email thread dated February 25, 2014 with a reply dated March 3, 2014 | ✓ | ✓ |
| 12-5 | March 4, 2014 email | ✓ | ✓ J. Serup, 03/30/12 |
| 12-6 | Emails dated March 8, 2014 and March 11, 2014 | ✓ | ✓ |
| 12-7 | April 7 and April 8, 2014 email thread | ✓ | ✓ |
| 12-8 | April 19, 2014 email | ✓ | ✓ T. Treml, 04/07/22 |
| 12-9 | Email Thread from April 14, 2014 through April 25, 2014 | ✓ | ✓ |
| 12-10 | Email Thread from June 10, 2014 through June 12, 2014 | J. Serup, 03/31/22 ✓ | ✓ |
| **WITNESS N.H.** | | | |
| 13-1 | Photo of Najim Laachraoui | ✓ | ✓ N. Henin, 04/06/22 |
| 13-2 | Sketch of masks | | |
| **WITNESS D.F.** | | | |
| 14-1 | Cover Page for Letter to Family of John Cantlie | | |
| 14-2 | Handwritten letter from John Cantlie | ✓ | ✓ D. Francois – 04/11/22 |
| 14-3 | One-page typed document | | |

| Ex. No. | Exhibit | Offered | Admitted | |
|---|---|---|---|---|
| 14-4 | Cover page for letter to family of Kayla Mueller | | | |
| 14-5 | Four-page handwritten letter to the family of John Cantlie | | | |
| **WITNESS M.M.** | | | | |
| 15-1 | Proof of Life video for M.M. | ✓ | ✓ | M. Marginedas, 04/05/22 |
| 15-1a | Transcript of Exhibit 15-1a | ✓ | ✓ | |
| **WITNESS E.E.** | | | | |
| 18-1 | "Rambo mode" redacted photo | ✓ | ✓ | E. Elias - 04/08/22 |
| **WITNESSES RE: KAYLA JEAN MUELLER** | | | | |
| 19-1 | Photo of red laptop | ✓ | ✓ | L. Mulla - 04/11/22 B. Driscoll - 04/12/22 |
| 19-2 | Photo of A.S. | ✓ | ✓ | L. Mulla - 04/11/22 B. Driscoll - 04/12/22 |
| 19-3 | Photo of U.S. | ✓ | ✓ | L. Mulla - 04/11/22 B. Driscoll - 04/12/22 |
| 19-4 | Photo of Abu Bakr al-Baghdadi | | | |
| 19-5 | Photos of seized weapons | ✓ | ✓ | L. Mulla - 04/11/22 B. Driscoll - 04/12/22 |
| 19-6 | Photo of window | ✓ | ✓ | L. Mulla - 04/11/22 |
| 19-7 | Photo of residence | ✓ | ✓ | L. Mulla - 04/11/22 |
| 19-8 | Raqqa prison photo | ✓ | ✓ | L. Mulla - 04/11/22 |

| Ex. No. | Exhibit | Offered | Admitted |
|---------|---------|---------|----------|
| **MAY 2015 MILITARY OPERATION** | | | |
| 20-1 | Photo of Items Seized (1) | ✓ | ✓ |
| 20-2 | Photo of Items Seized (2) | ✓ | ✓ |
| 20-3 | Photo of Items Seized (3) | ✓ | ✓ |
| 20-4 | Photo of Weapons Seized | ✓ | ✓ |
| 20-5 | Photo of Stamps Seized (1) | ✓ | ✓  B. Driscoll– 04/12/22 |
| 20-6 | Photo of Stamps Seized (2) | ✓ | ✓ |
| 20-7 | Photos of Stamped Documents | | |
| 20-8 | Photo of documents with ISIS letterhead | | |
| 20-9 | Photo of handcuffs | ✓ | ✓  B. Driscoll– 04/12/22 |
| 20-10 | Diagram of residence | | |
| 20-11 | Slavery document 1 translation | ✓ | ✓ |
| 20-11a | Slavery document 1 original | ✓ | ✓ |
| 20-12 | Slavery document 2 translation | ✓ | ✓  P. Faizulk, 04/04/22  B. Driscoll, 04/12/22 |
| 20-12a | Slavery document 2 original | ✓ | ✓ |
| 20-13 | Slavery document 3 translation | ✓ | ✓ |

18

Offered    Admitted
✓            ✓

20-15    Stipulation

| Ex. No. | Exhibit | Offered | Admitted |
|---------|---------|---------|----------|
| 20-13a | Slavery document 3 original | ✓ | ✓ |
| 20-14 | Slavery document 4 translation | P. Faizulla, 04/04/22  B. Driscoll 04/12/22 ✓ | ✓ |
| 20-14a | Slavery document 4 original | ✓ | ✓ |
| **SEPTEMBER 11, 2011** | | | |
| 22-1 | Still of Kotey and Elsheikh | ✓ | D. Godfrey, 03/30/22 ✓ |
| 22-2 | Photograph of Kotey and Elsheikh | B. Goodman, 03/30/22 ✓ | D. Godfrey, 03/30/22 ✓ |
| 22-3 | Photograph of Kotey and Elsheikh | ✓ | D. Godfrey, 03/30/22 ✓ |
| 22-4 | Video of Kotey and Elsheikh | ✓ | B. Goodman, 03/30/22. ✓ D. Godfrey, 03/30/22 |
| 22-5 | Photograph of 9/11 Memorial in London | ✓ | D. Godfrey, 03/30/22 ✓ |
| 22-6 | Photograph of plaque at 9/11 Memorial in London | | |
| 22-7 | Elsheikh statement | ✓ | W. Van-Der-Reijden, 03/30/22 ✓ |
| 22-8 | Booking photo of Elsheikh | ✓ | D. Godfrey, 03/30/22 ✓ |
| 22-9 | Booking photo of Kotey | ✓ | ✓ |
| 22-10 | Photo of B.G. and Kotey | ✓ | ✓ |
| 22-11 | Photo of B.G. and Kotey | B. Goodman, 03/30/22 ✓ | ✓ |
| 22-12 | Photo of D.G. and Elsheikh | | |

| Ex. No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 22-13 | V.D.R. in-custody photos of Elshafee Elsheikh  J-Chiappone, 04/01/22. | D. Godfrey, 03/30/22 ✓  W. Van-Der-Reijden, 03/30/22 ✓ | |
| **K.E. PHONE** | | | |
| 23-1 | Cellebrite Reader and phone data extraction MJH_6 | M. Hamilton, 04/04/22 ✓ | ✓ |
| 23-1a | CV for M.H. | M. Hamilton, 04/04/22 ✓ | ✓ |
| 23-1b | M.H. report | | |
| 23-2 | PowerPoint for MJH_6_MSH_13 | M. Hamilton, 04/04/22 ✓ | ✓ |
| 23-2a | Transcript for Audio file MJH_6_MSH_4 | ✓ | ✓  P. Faizulla, 04/04/22.  M. Hamilton, 04/04/22 |
| 23-2aa | Audio file of MJH_6_MSH_4 | ✓ | ✓ |
| 23-2b | Transcript for Audio file MJH_6_MSH_11 | ✓ | ✓  M. Hamilton, 04/04/22 |
| 23-2bb | Audio file of MJH_6_MSH_11 | ✓ | ✓ |
| 23-2c | Transcript for Audio file MJH_6_MSH_12 | ✓ | ✓  M. Hamilton, 04/04/22 |
| 23-2cc | Audio file of MJH_6_MSH_12 | ✓ | ✓ |
| 23-2d | Transcript for Audio file MJH_6_MSH_2 | M. Hamilton, 04/04/22 ✓ | ✓  P. Faizulla 04/04/22 |
| 23-2dd | Audio file of MJH_6_MSH_2 | ✓ | ✓ |
| 23-2e | Transcript for Audio file MJH_6_MSH_3 | ✓ | ✓  M. Hamilton, 04/04/22 |
| 23-2ee | Audio file of MJH_6_MSH_3 | ✓ | ✓ |

| Ex. No. | Exhibit | Offered | Admitted |
|---------|---------|---------|----------|
| 23-2f | Transcript for Audio file MJH_6_MSH_10 | P. Faizulla, 04/04/22  M. Hamilton, 04/04/22 ✓ | ✓ |
| 23-2ff | Audio file of MJH_6_MSH_10 | ✓ | ✓ |
| 23-3 | PowerPoint for MJH_6_MSH_14 | | |
| 23-4 | iPhone photo 1 | ✓ | ✓ |
| 23-5 | iPhone photo 2 | M. Husher 03/30/22  M. Hamilton, 04/04/22 ✓ | ✓ |
| 23-6 | Evidence bag | ✓ | ✓ |
| **EXPERT WITNESS DR. R.R.** | | | |
| 24-1 | 20 October Report and Dr. R.R. CV | ✓ | ✓ R. Rhodes - 04/11/22 |
| 24-2 | 5 November 2014 Report | ✓ | ✓ R. Rhodes - 04/11 |
| 24-2a | GW/5175/1 A Message to America for Audio Analysis | ✓ | ✓ A. Bartle, 04/07/22 |
| 24-2b | AC/5228/1 A Second Message to America for Audio Analysis | ✓ | ✓ A. Bartle, 04/07/22 |
| 24-2c | GW/8006/1 A Message to the Allies of America for Audio Analysis | ✓ | ✓ A. Bartle, 04/07/22 |
| 24-2d | AC/5251/1 Another Message to America and its Allies for Audio Analysis | ✓ | ✓ A. Bartle, 04/07/22 |
| 24-2e | RAJ/1002 full police interview with Mohammed Emwazi | ✓ | ✓ A. Bartle, 04/07/22  R. Rhodes - 04/1 |
| 24-2e.1 | RAJ/1002 Police interview clip with Mohammed Emwazi | ✓ | ✓ R. Rhodes - 04/11/22 |
| 24-3 | 4 December 2014 Report | ✓ | ✓ R. Rhodes - 04/11/22 |

R. Rhodes 04/11/22

21

| Ex. No. | Exhibit | Offered | Admitted |
|---------|---------|---------|----------|
| 24-3a | ABA/9 Although The Disbelievers Dislike It for Audio Analysis | ✓ | ✓   A. Bartle, 04/07/22 R. Rhodes - 04/11/22 |
| 24-4 | 4 February 2015 Report Explaining New Evaluation Process | ✓ | ✓   R. Rhodes - 04/11/22 |
| 24-5 | 4 February 2015 Report Regarding Goto/Yukawa Video | ✓ | ✓ |
| 24-5a | AMB/5494 A Message to the Government and People of Japan used for Audio Analysis | ✓ | ✓   A. Bartle, 04/07/22 R. Rhodes, 04/11/22 |
| 24-6 | 25 March 2015 Report on Forensic Speaker Comparisons | ✓ | ✓   R. Rhodes - 04/11/22 |
| 24-6a | MJF/12 Police Interview with Elshafee Elsheikh | ✓ | ✓   A. Bartle, 04/07/22 D. Powellz, 04/11/22 |
| 24-6b | Three Photos Depicting MJF/12 Cassette and Packaging | ✓ | ✓   A. Bartle, 04/07/22. |
| 24-6c | MJH-6-MSH-2 Audio File | ✓ | ✓ |
| 24-6d | MJH-6-MSH-3 Audio File | ✓ | ✓   A. Bartle, 04/07/22 |
| 24-6e | MJH-6-MSH-4 Audio File | ✓ | ✓ |
| 24-7 | 20 May 2015 Report on Forensic Comparisons | ✓ | ✓ |
| 24-7a | HP/5533/1 A Message to the Government of Japan used for Audio Analysis | ✓ | ✓   A. Bartle, 04/07/22 |
| 24-8 | Three Photos Depicting DLD/1000 Cassette and Packaging | | |
| **CERTIFICATIONS** | | | |
| 25-1 | Big Travel Records Translation from Swedish to English | ✓ | ✓   J. Chiappone 04/01/22 |
| 25-1a | Big Travel Records | ✓ | ✓ |

R Rhodes 04/11/22

R Rhodes 04/11/22

24-9   Stipulation   ✓   ✓

| Ex. No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 25-1b | Stipulation | | |
| 25-2 | National Westminster Bank records | | |
| 25-2a | Stipulation | | |
| 25-3 | U.S. Customs and Border Protection Records | | |
| 25-3a | Stipulation | | |
| 25-4 | Emwazi Police National Computer record | | |
| 25-5 | Certified copies of custody records for Elshafee Elsheikh | | |
| 25-6 | Certified Birth Certificate 1 | M. Husher, 03/30/22 ✓ | ✓ |
| 25-7 | Certified Birth Certificate 2 | M. Husher, 03/30/22. ✓ | ✓ |
| 25-8 | Certified copy of an application for naturalization | | |
| 25-9 | 69 FR 61292 | ✓ | ✓ |
| 25-10 | 69 FR 75587 | B. Hoffman 03/30/22 ✓ | ✓ |
| 25-11 | 77 FR 4082 | ✓ | ✓ |
| 25-12 | 79 FR 27972 | ✓ | ✓ |
| 25-13 | 80 FR 58804 | ✓ | ✓ |

**EL SHAFEE ELSHEIKH INTERVIEW WITH SEAN LANGAN**

| Ex. No. | Exhibit | Offered | Admitted |
|---------|---------|---------|----------|
| 26-1 | Langan/Elsheikh video clip | ✔ | ✔ |
| 26-1a | Transcript of Exhibit 26-1 | ✔ | ✔ |
| 26-2 | Langan/Elsheikh video clip | ✔ | ✔ |
| 26-2a | Transcript of Exhibit 26-2 | ✔ | ✔ |
| 26-3 | Langan/Elsheikh video clip — J. Chiappone, 04/01/02 | ✔ | ✔ |
| 26-3a | Transcript of Exhibit 26-3 | ✔ | ✔ |
| 26-4 | Langan/Elsheikh video clip | ✔ | ✔ M. Mueller, 04/05/22 |
| 26-4a | Transcript of Exhibit 26-4 | ✔ | ✔ |
| 26-5 | Langan/Elsheikh video clip | F. Motka, 03/31/22 ✔ J. Chiappone, 04/01/22 | ✔ D. Francois, 04/11/22 |
| 26-5a | Transcript of Exhibit 26-5 | ✔ | ✔ |
| 26-6 | Langan/Elsheikh video clip | ✔ | ✔ |
| 26-6a | Transcript of Exhibit 26-6 | ✔ | ✔ |
| 26-7 | Langan/Elsheikh video clip | J. Chiappone, 04/01/22 ✔ | ✔ |
| 26-7a | Transcript of Exhibit 26-7 | ✔ | ✔ |
| 26-8 | Langan/Elsheikh video clip | ✔ | ✔ F. Saide, 04/07/22 R. Ottosen -04/12/22 |
| 26-8a | Transcript of Exhibit 26-8 | ✔ | ✔ |

24

| Ex. No. | Exhibit | Offered | Admitted |
|---------|---------|---------|----------|
| 26-10 | Langan/Elsheikh video clip | ✓ | ✓ |
| 26-10a | Transcript of Exhibit 26-10 | J. Chiappone, 04/01/22 ✓ | ✓ |
| 26-11 | Langan/Elsheikh video clip | F. Motka, 03/31/22 J. Chiappone, 04/01/22 ✓ | ✓ |
| 26-11a | Transcript of Exhibit 26-11 | ✓ | ✓ |
| 26-12 | Langan/Elsheikh video clip | ✓ | ✓ |
| 26-12a | Transcript of Exhibit 26-12 | ✓ | ✓ |
| 26-13 | Langan/Elsheikh video clip | ✓ | ✓ |
| 26-13a | Transcript of Exhibit 26-13 | J. Chiappone, 04/01/22 ✓ | ✓ |
| 26-14 | Langan/Elsheikh video clip | ✓ | ✓ R. Ottosen - 04/12/22 |
| 26-14a | Transcript of Exhibit 26-14 | ✓ | ✓ |
| 26-15 | Langan/Elsheikh video clip | ✓ | ✓ N. Henin, 04/06/22 |
| 26-15a | Transcript of Exhibit 26-15 | ✓ | ✓ |
| 26-16 | Langan/Elsheikh video clip | F. Motka, 04/01/22 J. Chiappone, 04/01/22 ✓ | |
| 26-16a | Transcript of Exhibit 26-16 | ✓ | ✓ |
| 26-17 | Langan/Kotey Video Clip | J. Chiappone, 04/01/22 ✓ | ✓ |
| 26-17a | Transcript of Exhibit 26-17 | ✓ | ✓ |

| Ex. No. | Exhibit | Offered | Admitted |
|---------|---------|---------|----------|
| 26-18 | Langan/Elsheikh video clip | ✓ | ✓ |
| 26-18a | Transcript of Exhibit 26-18 | ✓ | ✓ |
| 26-19 | Langan/Elsheikh video clip   J. Chiappone, 04/01/22 | ✓ | ✓ |
| 26-19a | Transcript of Exhibit 26-19 | ✓ | ✓ |
| **EL SHAFEE ELSHEIKH MEDIA INTERVIEWS** | | | |
| 27-1 | Sky News Clip 1 | ✓ | ✓ |
| 27-1a | Transcript of Exhibit 27-1 | ✓ | ✓ |
| 27-2 | Sky News Clip 2 | ✓ | ✓ |
| 27-2a | Transcript of Exhibit 27-2 | ✓ | ✓ |
| 27-3 | Elsheikh/Kotey CNN video clip | ✓ | ✓  O. Kuzu – 04/11/22 |
| 27-3a | Transcript of Exhibit 27-3   J. Chiappone, 04/01/22 | ✓ | ✓ |
| 27-4 | Moussa/Elsheikh interview clip | ✓ | ✓  B. Driscoll – 04/12/22 |
| 27-4a | Transcript of Exhibit 27-4 | ✓ | ✓ |
| 27-5 | Yeung/Elsheikh and Kotey video clip | ✓ | B. Hoffman, 03/30/22. ✓ J. Chiappone, 04/01/22 |
| 27-5a | Transcript of Exhibit 27-5 | ✓ | ✓ |
| 27-6 | BBC News, Clip 1 | ✓ | ✓ |

| Ex. No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 27-6a | Transcript of Exhibit 27-6 | ✓ | ✓ |
| 27-7 | BBC News, Clip 2 | ✓ | ✓ |
| 27-7a | Transcript of Exhibit 27-7 | ✓ | ✓ |
| 27-8 | Washington Post Clip 1 | ✓ | ✓ |
| 27-8a | Transcript of Exhibit 27-8 | ✓ | ✓ |
| 27-9 | Washington Post Clip 2 | M. Mueller, 04/05/22 ✓ <br> J. Chiappone, 04/01/22 | ✓ |
| 27-9a | Transcript of Exhibit 27-9 | ✓ | ✓ |
| 27-10 | Washington Post Clip 3 | ✓ | ✓ |
| 27-10a | Transcript of Exhibit 27-10 | ✓ | ✓ |
| 27-11 | Washington Post Clip 4 | ✓ | ✓ |
| 27-11a | Transcript of Exhibit 27-11 | ✓ | ✓ |
| 28-11 | Video | ✓ | ✓  — Rebuttal |
| **WITNESS F.S.** | | | |
| 29-1 | Proof of Life video for F.S. | P. Mejia, 04/01/22 <br> F. Saide, 04/07/22 ✓ | ✓ |
| 29-1a | Transcript of Exhibit 29-1a | | |
| **WITNESS M.A.** | | | |
| 30-1 | Photograph of Peter Kassig delivering humanitarian aid | F. Motka, 03/31/22 <br> E. Stempf, 04/04/22 ✓ | E. Elias – 04/08/22 ✓ |

| Ex. No. | Exhibit | Offered | Admitted |
|---------|---------|---------|----------|
| WITNESS U.S. | | | |
| 31-1 | Photo 1 of Abu Thabit | | |
| 31-2 | Photo of Abu Thabit's friend | | |
| 31-3 | Abu Abdullah al-Kanadi | | |

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:      /s/

John T. Gibbs
Raj Parekh, First Assistant U.S. Attorney
Dennis M. Fitzpatrick
Aidan Taft Grano-Mickelsen
Assistant United States Attorneys
Eastern District of Virginia
Alicia H. Cook, Trial Attorney
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2022, I electronically filed the foregoing with the Clerk of Court using CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

By:    _____/s/_____

Dennis M. Fitzpatrick
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3954