**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| UNITED STATES OF AMERICA, | Case No. 1:20CR239-2 |
|---|---|
| v. | Honorable T.S. Ellis, III |
| EL SHAFEE ELSHEIKH, *Defendant.* | Trial: March 29, 2022 |

## **DEFENDANT'S PROPOSED EXHIBIT LIST**

El Shafee Elsheikh, by counsel, submits this Proposed Exhibit List for the upcoming trial, to begin on March 29, 2022.

| Ex # | Description | Witness | ID | ADMIT |
|---|---|---|---|---|
| 2 | ES/Langan Interview – Clip #3 | | ✔ | ✔ |
| 2A | ES/Langan Interview – Clip #3 Gist Statement | | ✔ | ✔ |
| 3 | ES/Langan Interview – Clip #5 | | ✔ | ✔ |
| 3A | ES/Langan Interview – Clip #5 Gist Statement | | ✔ | ✔ |
| 5 | ES/Langan Interview – Clip #10 | | ✔ | ✔ |
| 5A | ES/Langan Interview – Clip #10 Gist Statement | | ✔ | ✔ |
| 9 | ES/CNN Interview – Clip #A [Redacted] | | ✔ | ✔ |
| 9A | ES/CNN Interview – Clip #A Gist Statement [Redacted] | | ✔ | ✔ |
| 11 | Langan Rule 15 Depo Video Clip | | ✔ | ✔ |
| 11A | Langan Rule 15 Depo Video Clip – Portioned Transcript | | ✔ | ✔ |
| 72 | Stipulation (RE:  Defense Exhibits 9, 9A, 2, 2A,3, 3A, 5 & 5A) | | ✔ | ✔ |
| 73 | Stipulation (RE:  Defense Exhibit 11 & 11A) | | ✔ | ✔ |

04/14/22