IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Government, | ) | |
| | ) | |
| v. | ) | No. 1-20-cr-00239-TSE-2 |
| | ) | |
| EL SHAFEE ELSHEIKH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## TRIAL EXHIBIT CERTIFICATE OF REVIEW

We, the undersigned counsel have reviewed the trial exhibits as admitted by the Court and find that the exhibits in the custody of the Clerk are appropriate to go to the jury for their deliberation.

_____   JT15 for gov't.
Counsel for Government              re: defense
                                    Exhibits
                                    4:50

4.12.22    4:37 pm
_____
Date and Time                       Ex A for
                                    defense
_____    exhibit
Counsel for Defendant                4:50

4-12-22    4:36 pm
_____
Date and Time

Alexandria, Virginia
April 12, 2022