

TO:
FROM:
DATE: March 31, 2022

Could you please relay my concerns to Judge Ellis?

Even though covid safety mandates have been relaxed and/or lifted here in the US, covid has not disappeared. There are still hundreds of people dying everyday here in the US alone, with another big covid wave expected by scientists and the medical profession.

Although I'd like for this virus to completely dissipate, I'm not in a position to relax the safety protocol that I have followed diligently since early 2020 due to the fact that I'm a 68-year-old with asthma.  My asthma is illness-induced so I've had decades of asthma attacks with simple illness such as a sore throat, common cold, etc.  I do not want to find out what would happen if I contracted covid, which is a respiratory virus, and then layered that with a respiratory auto immune disease such as asthma. Because of this I have been extremely careful throughout this pandemic.

Covid safety protocol is touted on the courts website, listed on the mailed summons package that I received, was in the online forms that I filled out and is on the front door of the courthouse. I was very surprised –and dismayed—to learn AFTER I was sworn in as a juror that the protocol had changed. And though I realize that most members of the jury received a gift when Judge Ellis announced the jury is not required to wear masks, for me it felt more like a death sentence.  Had I known earlier when exceptions were being vetted that covid safety protocol would NOT be in effect for the jurors, I would have approached the Judge for an exemption at that time. Unfortunately, this change in protocol was announced after jury selection was complete and we had been sworn in.

I reported today, sitting shoulder to shoulder with a predominantly unmasked jury, and hurriedly eating lunch in a full room so that I could put my mask back on. **Not for one minute of the day did I feel safe.**

So I am asking if the jury could return to wearing masks – considered the most effective barrier against covid – so that those of us that are more vulnerable can feel safe and proceed through this long trial without fear of contracting this virus.

Thank you.



> may I have the spelling of the black mask

COULD THE JURY RECEIVE SOME EXTRA NOTEBOOKS?

IN THE FUTURE,

CAN CHAIN OF CUSTODY REPORTS + DIAGRAMS BE PUBLISHED WHEN BEING DISCUSSED? (not after)

I COULD NOT FOLLOW THE TESTIMONY OF [REDACTED] BASED ON VERBAL DESCRIPTIONS ALONE

Your Honor,

May we release by 4:00 pm eastern on April 12th?

[REDACTED]

Your Honor

We are recessing at 5:40 pm on 13th of April 2022.

We will resume deliberation at 10:00 am 14th of April 2022

REDACTED

13th of April at 5:40 pm

[REDACTED]

4/14/2022
11:10 am

Should the language of Count 8, sub "B" read "Material support to a foreign terrorist organization" rather than "to a terrorists" when asking if death resulted. As it now is stated, the language of 8b is the same as 7b.

REDACTED

4/14/2022

Can we get a written copy of the indictments, as the Verdict Form refers specifically to the indictments?

Thank you

REDACTED

4/14/22         12:15 pm.

THE JURY HAS A VERDICT

REDACTED