

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No.: 1:20-CR-239 |
| v. | ) | |
| | ) | |
| EL SHAFEE ELSHEIKH, | ) | |
| | ) | |
| Defendant. | ) | |

## VERDICT FORM

### Count One
(Conspiracy to Commit Hostage Taking)

1a. We, the jury, unanimously find the defendant, EL SHAFEE ELSHEIKH,

__GUILTY__ of conspiring to commit hostage taking as charged in Count
**(Guilty or Not Guilty)**

One of the Indictment.

*If you, the jury, find that the defendant is guilty of conspiring to commit hostage-taking under Count One, answer Question 1b. If you find that the defendant is not guilty of conspiring to commit hostage-taking under Count One, do not answer Question 1b, and proceed to Count Two.*

    1b. Check one:

        __✓__ We, the jury, unanimously find that a death resulted from the commission of this offense and that the defendant is therefore guilty of conspiring to commit hostage-taking resulting in death.

        ____ We, the jury, unanimously find that a death did not result from the commission of this offense and that the defendant is therefore not guilty of conspiring to commit hostage-taking resulting in death.

### Count Two
(Hostage Taking – James Wright Foley)

**2a.** We, the jury, unanimously find the defendant, EL SHAFEE ELSHEIKH,

___GUILTY___ of hostage taking as charged in Count Two of the Indictment.
**(Guilty or Not Guilty)**

*If you, the jury, find that the defendant is guilty of hostage taking under Count Two, answer Question 2b. If you find that the defendant is not guilty of hostage taking under Count Two, do not answer Question 2b, and proceed to Count Three.*

**2b.** Check one:

✓ We, the jury, unanimously find that James Wright Foley's death resulted from the commission of this offense and that the defendant is therefore guilty of hostage-taking resulting in death.

___ We, the jury, unanimously find that James Wright Foley's death did not result from the commission of this offense and that the defendant is therefore not guilty of hostage-taking resulting in death.

### Count Three
(Hostage Taking – Kayla Jean Mueller)

**3a.** We, the jury, unanimously find the defendant, EL SHAFEE ELSHEIKH,

___GUILTY___ of hostage taking as charged in Count Three of the Indictment.
**(Guilty or Not Guilty)**

*If you, the jury, find that the defendant is guilty of hostage taking under Count Three, answer Question 3b. If you find that the defendant is not guilty of hostage taking under Count Three, do not answer Question 3b, and proceed to Count Four.*

**3b.** Check one:

✓ We, the jury, unanimously find that Kayla Jean Mueller's death resulted from the commission of this offense and that the defendant is therefore guilty of hostage-taking resulting in death.

___ We, the jury, unanimously find that Kayla Jean Mueller's death did not result from the commission of this offense and that the defendant is therefore not guilty of hostage-taking resulting in death.

## Count Four
(Hostage Taking – Steven Joel Sotloff)

**4a.** We, the jury, unanimously find the defendant, EL SHAFEE ELSHEIKH,

__GUILTY__ of hostage taking as charged in Count Four of the Indictment.
**(Guilty or Not Guilty)**

*If you, the jury, find that the defendant is guilty of hostage taking under Count Four, answer Question 4b. If you find that the defendant is not guilty of hostage taking under Count Four, do not answer Question 4b, and proceed to Count Five.*

    **4b.** Check one:

        ✓ We, the jury, unanimously find that Steven Joel Sotloff's death resulted from the commission of this offense and that the defendant is therefore guilty of hostage-taking resulting in death.

        ___ We, the jury, unanimously find that Steven Joel Sotloff's death did not result from the commission of this offense and that the defendant is therefore not guilty of hostage-taking resulting in death.

## Count Five
(Hostage Taking – Peter Edward Kassig)

**5a.** We, the jury, unanimously find the defendant, EL SHAFEE ELSHEIKH,

__GUILTY__ of hostage taking as charged in Count Five of the Indictment.
**(Guilty or Not Guilty)**

*If you, the jury, find that the defendant is guilty of hostage taking under Count Five, answer Question 5b. If you find that the defendant is not guilty of hostage taking under Count Five, do not answer Question 5b, and proceed to Count Six.*

    **5b.** Check one:

        ✓ We, the jury, unanimously find that Peter Edward Kassig's death resulted from the commission of this offense and that the defendant is therefore guilty of hostage-taking resulting in death.

        ___ We, the jury, unanimously find that Peter Edward Kassig's death did not result from the commission of this offense and that the defendant is therefore not guilty of hostage-taking resulting in death.

## Count Six
(Conspiracy to Murder U.S. Nationals Outside the United States)

6. We, the jury, unanimously find the defendant, EL SHAFEE ELSHEIKH,

____GUILTY____ of conspiring to murder U.S. nationals outside the United States
**(Guilty or Not Guilty)**

as charged in Count Six of the Indictment.

## Count Seven
(Conspiracy to Provide Material Support to Terrorists)

7a. We, the jury, unanimously find the defendant, EL SHAFEE ELSHEIKH,

____GUILTY____ of conspiring to provide material support to terrorists as charged
**(Guilty or Not Guilty)**

in Count Seven of the Indictment.

*If you, the jury, find that the defendant is guilty of conspiring to provide material support to terrorists under Count Seven, answer Question 7b. If you find that the defendant is not guilty of conspiring to provide material support to terrorists under Count Seven, do not answer Question 7b, and proceed to Count Eight.*

    7b. Check one:

        __✓__ We, the jury, unanimously find that a death resulted from the commission of this offense and that the defendant is therefore guilty of conspiring to provide material support to terrorists resulting in death.

        ____ We, the jury, unanimously find that a death did not result from the commission of this offense and that the defendant is therefore not guilty of conspiring to provide material support to terrorists resulting in death.

## Count Eight
(Conspiracy to Provide Material Support to a Foreign Terrorist Organization)

**8a.** We, the jury, unanimously find the defendant, EL SHAFEE ELSHEIKH,

_____ of conspiring to provide material support to a foreign terrorist

**(Guilty or Not Guilty)**

organization as charged in Count Eight of the Indictment.

*If you, the jury, find that the defendant is guilty of conspiring to provide material support to a foreign terrorist organization under Count Eight, answer Question 8b. If you find that the defendant is not guilty of conspiring to provide material support to a foreign terrorist organization under Count Eight, do not answer Question 8b.*

**8b.** Check one:

____ We, the jury, unanimously find that a death resulted from the commission of this offense and that the defendant is therefore guilty of conspiring to provide material support to terrorists resulting in death.

____ We, the jury, unanimously find that a death did not result from the commission of this offense and that the defendant is therefore not guilty of conspiring to provide material support to terrorists resulting in death.

So, Say We All, this ____ day of April, 2022.

_____
FOREPERSON

**Count Eight**
(Conspiracy to Provide Material Support to a Foreign Terrorist Organization)

8a. We, the jury, unanimously find the defendant, EL SHAFEE ELSHEIKH,

___Guilty___ of conspiring to provide material support to a foreign terrorist
**(Guilty or Not Guilty)**

organization as charged in Count Eight of the Indictment.

*If you, the jury, find that the defendant is guilty of conspiring to provide material support to a foreign terrorist organization under Count Eight, answer Question 8b. If you find that the defendant is not guilty of conspiring to provide material support to a foreign terrorist organization under Count Eight, do not answer Question 8b.*

8b. Check one:

✓    We, the jury, unanimously find that a death resulted from the commission of this offense and that the defendant is therefore guilty of conspiring to provide material support to a foreign terrorist organization resulting in death.

___    We, the jury, unanimously find that a death did not result from the commission of this offense and that the defendant is therefore not guilty of conspiring to provide material support to a foreign terrorist organization resulting in death.

So, Say We All, this 14th day of April, 2022.



REDACTED