IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Case No. 1:20-cr-239 |
| | ) |
| EL SHAFEE ELSHEIKH | ) |
| and | ) |
| ALEXANDA AMON KOTEY, | ) |
| Defendants. | ) |

ORDER

This criminal prosecution is scheduled to come before the Court for the sentencing of Defendant Alexanda Kotey on April 29, 2022 and for the sentencing of Defendant El Shafee Elsheikh on August 12, 2022.[1] The Government represents that a number of family members of deceased victims of the hostage-taking conspiracy in which Defendant Kotey and Elsheikh participated will present victim impact statements at Defendant Kotey's sentencing on April 29. In order to ensure that family members need not travel and present the same testimony at multiple sentencing hearings, Defendant Elsheikh shall also be required to attend Defendant Kotey's sentencing.

Additionally, following the conclusion of Defendant Elsheikh's trial on April 14, 2022, Defendant Elsheikh's counsel reported to the Courtroom Deputy that counsel will be unavailable at the scheduled sentencing on August 12.[2] Accordingly, Defendant Elsheikh's sentencing shall be continued to August 19, 2022.

Accordingly, for reasons stated in this Order,

---

[1] On September 2, 2022, Defendant Kotey plead guilty to all counts alleged the Indictment. Defendant Elsheikh chose to stand trial and was found guilty on all counts by a jury on April 14, 2022.

[2] Counsel are again reminded that emailing the Courtroom Deputy is not an appropriate means by which to communicate with the Court. Instead, Counsel are advised to submit any communications via filings on the public docket.

It is hereby **ORDERED** that Defendant Elsheikh shall attend Defendant Kotey's sentencing on April 29, 2022 at 9:00 a.m. The United States Marshals Service is hereby **DIRECTED** to make Defendant Elsheikh available for that hearing.

It is further **ORDERED** that Defendant Elsheikh's sentencing hearing is **CONTINUED** from August 12, 2022 at 9:00 a.m. to **August 19, 2022 at 9:00 a.m.**

The Clerk is directed to provide a copy of this Order to all counsel of record and to the Marshals.

Alexandria, Virginia
April 15, 2022

/s/
T. S. Ellis, III
United States District Judge