# Exhibit 2



# City of Alexandria, Virginia
## Sheriff's Office



## MEMORANDUM

DATE:  AUGUST 10, 2022

TO:  WHOM IT MAY CONCERN

FROM:  CHRISTINE FARROW
INMATE CLASSIFICATION COUNSELOR

SUBJECT:  JAIL ADJUSTMENT REPORT

RE:  ELSHAFEE ELSHEIKH

Inmate Elsheikh has been incarcerated at the William G. Truesdale Adult Detention Center since October 7, 2020. He has not incurred any major disciplinary violations during that time. He is currently housed at the Maximum-Security Custody level in our facility. If you have any other questions or concerns regarding Inmate Elsheikh's adjustment status, I may be reached at 703-746-5082.

Christine Farrow
Classification Counselor

DEFENDANT'S
EXHIBIT
2