# Exhibit 3A



Jack Thomas Donson
Email: jack@mfpcllc.com
Telephone (212) 461-2252

**Personal Information**
Education: BS-Sociology/Anthropology, MS-Criminal Justice
Offices in New York & Pennsylvania

**Personal Statement**

I have worked directly with the incarcerated for over 35 years at the county, state and federal levels. I educate justice professionals on federal prison system policy and process to obtain better outcomes in representation and legislation. Most of my career, I managed a caseload within the trenches of the federal prison system as a Correctional Treatment Specialist.  I also served in administrative capacities conducting facility audits, involvement in local and national policy writing work groups, program oversight and training institutional staff in classification and correctional programs. My unique perspective on federal justice issues is derived from applying policy in diverse prison environments including Pre-trial ( administrative/high security), Minimum, Low, Medium, & Witness Security units.  I received three national awards during my federal service and over thirty other monetary performance awards for other prison related accomplishments. I have a pulse on the agency and my understanding of BOP policy, nuances and culture is extraordinary.

In 2011, I retired and founded "*My Federal Prison Consultant*", LLC, after witnessing people being taken advantage of by high priced, predatory and uninformed prison consultants.

In 2014, I co-founded a company with Walt Pavlo of Forbes called *"Prisonology"* which provided training on federal prison topics to Federal Defenders and CJA Panel Attorneys. We also conducted several training sessions with federal judges and probation officers.

I serve pro bono on several non-profit organizations helping marginalized populations and their families navigate the prison system. (FedCURE/Out4Good/Choosing Integrity)

I am a member of the Corrections Committees of the National Association of Criminal Defense Lawyers (NACDL) and the American Bar Association (ABA) where I serve as the chair of a sub-committee on federal prison policy.

DEFENDANT'S EXHIBIT 3A

I have testified in federal district courts throughout the United States and the United Kingdom. I was a lecturer at the University level and have taught several courses including "The American Prison."

My passion is prison reform and my mantra in that many proactive prison reforms can be accomplished under the existing policy and statutory framework through leadership, accountability and transparency. My analytical ability in combination with my practical experience provides me with insight which is advantageous for clients, attorneys, legislators, the media and reform organizations. I have personally appeared on many national media outlets and have been quoted repeated in major print media outlets. I have authored chapters in two ABA Books and have had Op Eds published in The Hill as a "Opinion Contributor" and Bloomberg Law Insights as an "Outside Editor."

**Recent Work Experience**

*My Federal Prison Consultant, LLC-* President& Founder, I support counsel, clients and families on technical policy issues and general support on all aspects of the BOP. I testify around the country on issues relevant to mitigation. July 2011-Present www.mfpcllc.com

*Prisonology*, VP- Operations & co-founder, Develop CLE's which are conducted with federal defenders, judges and CJA panel attorneys. September 2014-2022,   www.prisonolgy.com

*FedCURE*, Director of Programs and Case Management Services, I assist the incarcerated and their families relative to federal prison issues pro bono . July 2011-present, www.fedcure.org

*Out4Good, LTD,* Executive Director- In charge of developing the "Correcting Corrections in America initiative", April 2013-present (On a hiatus while initiatives on hold pending funding & Africa CLODS project)    www.out4good.org

*Marywood University,* Lecturer PA- Criminal Justice Professor- courses entitled: "Community Corrections," "Shadow and Service" and "The American Prison."   January 2013-January 2019

*Choosing Integrity,* Board Member – CI staff have been visiting federal prisons and local jails for the past 10 years pro-bono offering classes in Forgiveness and mentoring the incarcerated. We recently were tasked with coordinating the Pike County, PA commissioners' re-entry task force.    https://www.choosingintegrity.org/about/

**Prior Work Experience*:*

*Federal Bureau of Prisons*, Correctional Treatment Specialist & Case Mgt. Coordinator- I was responsible for the counseling, classification and re-entry preparation. I coordinated several institution programs and trained staff in classification & correctional programs related areas.
- Special expertise with high profile Organized crime figures, the Witness Protection (WITSEC) program & White-Collar Crime offenders
- Alternate Case Management Coordinator 1991 to 2011

- Assignments (TDY) in the Regional Office, Philadelphia, PA. (CIM Coordinator/Correctional Programs), New York City Community Corrections Office (processing designations and halfway house referrals) & several National (DC) policy writing work groups
- <u>Annual Training Instructor</u> in the areas of security designation and classification, Central Inmate Monitoring (CIM,), FOIA/Privacy Act & Victim Witness program.
- Member of Hostage Negotiations Team in the capacity of <u>Lead Negotiator</u>.
- Received 3 **National** Awards for <u>Excellence in Administration & Detention Procedures National Correctional Treatment Specialist of the Year & Excellence in Training Award</u>.
- Taught Institution familiarization orientation to new staff & was assigned as a mentor and trainer for college interns and newly appointed case managers and counselors
- Held assignments as <u>Camp Administrator</u>, <u>Case Management Coordinator</u>, <u>Unit Manager</u> and held the position of <u>Assistant Case Management Coordinator</u>.
- Liaison for US Parole Commission, US Marshals, FBI and ICE
- Worked in <u>minimum</u>, <u>low</u>, <u>medium</u>, <u>administrative</u> (including high security) & <u>Witness Security</u> (WITSEC) units

*Federal Bureau of Prisons* <u>Correctional Officer</u>- Responsible for working various corrections posts throughout the prison including inmate housing units, compound and perimeter patrol. (Medium facility-FCI)

*Commonwealth of Pennsylvania,* <u>Probation and Parole Officer</u>- Supervised a caseload of adults and juveniles. Appeared in court on a weekly basis, prepared pre-sentence reports, submitted parole recommendations to the court, provided community supervision of offenders and managed the work release and ARD programs. I interned with Scranton District Office of the Commonwealth of PA Board of Probation and Parole.

: **Army National Guard,** SGT, Easton, PA 1986-1995 (Trained in Germany & Holland)

- **Military Police** (MP-95 Bravo), Ft. McClellan, AL
- **Stinger Missile Gunner**   (16 Sierra), Ft. Gordon, Ga.

**Education**

Marywood University, Scranton, Pennsylvania
- **Master of Science in Criminal Justice** 1997 (Concentration in Public Administration)

East Stroudsburg University, East Stroudsburg, Pennsylvania
- **Bachelor's Degree in Sociology/Anthropology** 1985

**Awards**
- 1998 National Community Corrections Award
- 1990 National Correctional Treatment Specialist of the Year
- 1991 National Excellence in Annual Training Award
- Received thirty-two other monetary personal achievement awards

**Other Activities/memberships**

- Testified on Capitol Hill to the <u>Colson Task Force on Federal Corrections</u>
- <u>AOUSC Instructor</u> 2019 Austin, Tx (Winning Strategies Seminar-BOP Mental Health)
- Published an Article on BOP Restrictive Housing in the <u>Federal Sentencing Reporter</u>
- Authored Chapter's in Elizabeth Kelly's books on <u>Autism Spectrum Disorders</u> (2019) & <u>Suicide and Its Impact on the Criminal Justice System</u> (2021)- (ABA)
- Provide training on Federal prison issues to federal defenders & CJA Panel
- Developed and provided federal prison training to federal judges and USPO's
- Numerous media appearances for commentary on CNN and Fox News
- <u>NACDL Corrections Committee</u> since 2011
- <u>ABA Corrections Committee</u> 2012- Chair of Standing sub-committee on BOP Policy
- Monthly contributor to the <u>Sentencing Partners Newslette</u>r from Joaquin & Duncan
- Authored articles published in the "News & Views" (AO) and "The Debt Beat"
- Member of the U.S. Ombudsman Association (USOA)
- Member of the PA Prison Society
- Overall offender advocacy & general Federal prison & legislative reform efforts
- Hiking, Fishing, Leisure Travel
- Chairman of the Milford UMC Finance Committee

# References, testimonials and award letters available upon request and at [www.mfpcllc.com](www.mfpcllc.com)