AO 245B (Rev. 09/19) (VAE 01/22) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | JUDGMENT IN A CRIMINAL CASE |
| ) | |
| v. ) | Case Number: 1:20-cr-00239-TSE-2 |
| ) | |
| EL SHAFEE ELSHEIKH, ) | USM Number: 11698-509 |
| ) | Nina Ginsberg, Zachary Deubler, Edward MacMahon, |
| ) | Jessica Carmichael, Yancey Ellis, |
| ) | Defendant's Attorney |
| ) | |

The defendant was found guilty on Counts 1, 2-5, 6, 7, and 8 after a plea of not guilty.

The defendant is adjudged guilty of these offenses:

| Title and Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1203 | Conspiracy to Commit Hostage Taking Resulting in Death | 02/07/2015 | 1 |
| 18 U.S.C. § 1203 and 2 | Hostage Taking Resulting in the Death of James Wright Foley | 08/19/2014 | 2 |
| 18 U.S.C. §§ 1203 and 2 | Hostage Taking Resulting in the Death of Kayla Jean Mueller | 02/07/2015 | 3 |
| 18 U.S.C. §§ 1203 and 2 | Hostage Taking Resulting in the Death of Steven Joel Sotloff | 09/02/2014 | 4 |
| 18 U.S.C. §§ 1203 and 2 | Hostage Taking Resulting in the Death of Peter Edward Kassig | 11/16/2014 | 5 |
| 18 U.S.C. § 2332(b)(2) | Conspiracy to Murder United States Citizens Outside of the United States | 02/07/2015 | 6 |
| 18 U.S.C. § 2339A | Conspiracy to Provide Materal Support to Terrorist Resulting in Death | 02/07/2015 | 7 |
| 18 U.S.C. § 2339B | Conspiracy to Provide Materal Support to Designated Foreign Terrorist Organization Resulting in Death | 01/2018 | 8 |

The defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

August 19, 2022
Date of Imposition of Judgment

/s/

T. S. Ellis, III
United States District Judge

August 19, 2022
Date

| | |
|---|---|
| **Case Number:** | 1:20-cr-00239-TSE-2 |
| **Defendant's Name:** | ELSHEIKH, EL SHAFEE |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for th remainder of his Natural Life.

This term of imprisonment consists of a LIFETIME TERM on each of Counts 1, 2, 3, 4, 5, 6, 7, and 8 to run concurrently with each other.

The Court makes the following recommendations to the Bureau of Prisons:
The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows: _____

_____

Defendant delivered on _____ to_____

at_____, with a certified copy of this Judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

**Case Number:** 1:20-cr-00239-TSE-2
**Defendant's Name:** ELSHEIKH, EL SHAFEE

## SUPERVISED RELEASE

No term of supervised release has been imposed in this case because defendant is subject to a life sentence on each of the eight counts of conviction.

AO 245B (Rev. 09/19) (VAE 11/21) Judgment in a Criminal Case
Sheet 5 – Criminal Monetary Penalties
Page 4 of 5

**Case Number:** 1:20-cr-00239-TSE-2
**Defendant's Name:** ELSHEIKH, EL SHAFEE

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Restitution** | **Fine** |
|---|---|---|---|
| **TOTALS** | $ 800.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the payees.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the ☐ fine ☐ restitution.

  ☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Case Number: 1:20-cr-00239-TSE-2  
Defendant's Name: ELSHEIKH, EL SHAFEE

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☐ Lump sum payment of $_____ due immediately, balance due  
    ☐ not later than _____, or  
    ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $_____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $_____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

☐ Joint and Several

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.