1

1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF VIRGINIA
2                        ALEXANDRIA DIVISION

3    ------------------------------x
                                   :
4    UNITED STATES OF AMERICA,      : Criminal Action No.
                                   :
5              versus              : 1:20-cr-239
                                   :
6    EL SHAFEE ELSHEIKH,           : April 8, 2022
                                   :
7                     Defendant. : Volume 9
     ------------------------------x

8

9          The above-entitled Jury Trial was heard before the
     Honorable T.S. Ellis, III, United States District Judge.

10                   A P P E A R A N C E S

11

       FOR THE GOVERNMENT:    DENNIS FITZPATRICK, AUSA
12                            JOHN T. GIBBS, AUSA
                              RAJ PAREKH, AUSA
13                            ALICIA H. COOK, AUSA
                              United States Attorney's Office
14                            2100 Jamieson Ave
                              Alexandria, VA 22314
15
                              AIDAN T. GRANO-MICKELSEN, DOJ-USAO
16                            919 East Main Street
                              Suite 1900
17                            Richmond, VA 22319

18     FOR THE DEFENDANT:     EDWARD B. MACMAHON, ESQ.
                              Law Offices of Edward B MacMahon Jr.
19                            P.O. Box 25
                              107 East Washington Street
20                            Middleburg, VA 20118

21                            JOHN E. YANCEY ELLIS, ESQ.
                              Carmichael Ellis & Brock
22                            108 N Alfred St
                              1st Floor
23                            Alexandria, VA 22314

24                            NINA J. GINSBERG, ESQ.
                              DiMuroGinsberg PC
25                            1101 King Street
                              Suite 610

2

1              Alexandria, VA 22314-2956
               ZACHARY A. DEUBLER, ESQ.
2              DiMuroGinsberg PC
               1101 King Street
3              Suite 610
               Alexandria, VA 22314-2956
4
               JESSICA N. CARMICHAEL, ESQ.
5              Carmichael Ellis & Brock
               108 N Alfred St
6              1st Floor
               Alexandria, VA 22314
7

8

9
   OFFICIAL U.S. COURT REPORTER:    MS. TONIA M. HARRIS, RPR
10                                  United States District Court
                                    401 Courthouse Square
11                                  Fifth Floor
                                    Alexandria, VA 22314
12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

TABLE OF CONTENTS
TRIAL WITNESSES

On behalf of the Government:

Edouard Elias

        Direct examination by Ms. Parekh............ 07

EXHIBITS

On behalf of the Government:

Admitted

Number 10-3....................................... 20
Number 18-1....................................... 27

MISCELLANY

Preliminary matters................................ 04
Certificate of Court Reporter...................... 77

─────United States v. Elsheikh─────

4

1            **P R O C E E D I N G**

2  (Court proceedings commenced at 9:04 a.m.)

3            THE COURT:  Good morning.  This is United States

4  against Shafee Elsheikh.  And as I look around the courtroom,

5  it is quite apparent that the counsel and the defendant are

6  present, prepared to proceed.  We have a witness.

7            What's the name of the witness, Mr. Parekh?

8            MR. PAREKH:  Good morning, Your Honor.  It's Edouard

9  Elias.

10            THE COURT:  He's a former hostage.

11            MR. PAREKH:  Correct.  From France.

12            THE COURT:  All right.  And so, I will have the jury

13  brought in, again.  Again, ladies and gentlemen, you need not

14  stand until you hear the knock on the door.  We stand in honor

15  of the jury.  And once they come in and be seated, I'll have

16  everyone seated and then I'll ask Mr. Parekh to call the next

17  witness.

18            And that's the only witness we will have for today?

19            MR. PAREKH:  That is correct, Your Honor.

20            THE COURT:  You may bring the jury in, please, sir.

21            (A pause in the proceedings.)

22            THE COURT:  All right.  You may be seated.

23            Good morning, ladies and gentlemen.

24            (Jury present.)

25            THE COURT:  Again, I hope that you had a restful

───────United States v. Elsheikh───────

5

1   and enjoyable evening.  We're prepared to proceed today.  And

2   at the end of today, I think I'll be able to confirm a

3   prediction as to when we will complete the evidence in the

4   case and the schedule for the remainder of the case.

5           I'll also be asking you at the next recess, you

6   might all confer with one another.  We began Monday, this past

7   Monday at 11:00.  However, I'm prepared to begin at 9:00, as

8   usual or 11:00, if it is any convenience to any of you, but

9   you all can discuss that.  I'll accommodate either.

10          All right.  Mr. Parekh -- well, first of all let me

11  have roll call, and after that I will ask you whether you --

12  anyone was unable to follow the Court's instructions to

13  refrain from discussing the matter with anyone or undertaking

14  any investigation on your own.

15          You may proceed.

16          THE DEPUTY CLERK:  Juror No. 50, Laura Ann Younger.

17          JUROR:  Present.

18          THE DEPUTY CLERK:  Juror No. 29, Wayne Phoel.

19          JUROR:  Present.

20          THE DEPUTY CLERK:  Juror No. 3, James Bailes.

21          JUROR:  Present.

22          THE DEPUTY CLERK:  Juror No. 20, Alfred Keyser.

23          JUROR:  Present.

24          THE DEPUTY CLERK:  Juror No. 50, Esthar Zangeneh.

25          JUROR:  Present.

─────────────────── United States v. Elsheikh ───────────────────

6

```
1        THE DEPUTY CLERK:  Juror No. 22, John Kugelman.

2        JUROR:  Present.

3        THE DEPUTY CLERK:  Juror No. 26, Jennifer Murray.

4        JUROR:  Present.

5        THE DEPUTY CLERK:  Juror No. 14, Anne Fay.

6        JUROR:  Present.

7        THE DEPUTY CLERK:  Juror No. 10, Erica Denham.

8        JUROR:  Present.

9        THE DEPUTY CLERK:  Juror No. 30, Camille Morrison.

10       JUROR:  Present.

11       THE DEPUTY CLERK:  Juror No. 47, Adrian White.

12       JUROR:  Present.

13       THE DEPUTY CLERK:  Juror No. 14, Mirenda Fields.

14       JUROR:  Present.

15       THE DEPUTY CLERK:  Juror No. 22, Gwendolin McCrea.

16       JUROR:  Present.

17       THE DEPUTY CLERK:  Juror No. 17, Lewis Hoge.

18       JUROR:  Present.

19       THE DEPUTY CLERK:  Juror No. 26, Eileen Liles.

20       JUROR:  Present.

21       THE DEPUTY CLERK:  Juror No. 39, Ralph Stallings.

22       JUROR:  Present.

23       THE DEPUTY CLERK:  And Juror No. 7, Laura Buschman.

24       JUROR:  Present.

25       THE COURT:  All right.  Again, good morning, ladies
```

─────United States v. Elsheikh─────

7

1   and gentlemen.

2           Let me ask whether any of you were unable to follow

3   the Court's instructions to refrain from discussing the matter

4   among yourselves or with anyone, or undertaking any

5   investigation.  If so, please raise your hand.  The record

6   will reflect no hands are raised, which I'm pleased to see and

7   expected.

8           All right.  Mr. Parekh, you may call your next

9   witness.

10          MR. PAREKH:  Thank you, Your Honor.  The United

11   States calls Edouard Elias to the stand.

12          THE COURT:  All right.

13          Come forward and take the oath, please, sir.

14          (Government's witness, Edouard Elias, affirmed.)

15          THE DEPUTY CLERK:  Thank you.

16          (Witness seated.)

17          THE COURT:  All right.  Mr. Parekh, you may proceed,

18   sir.

19          MR. PAREKH:  Thank you, Your Honor.

20                      DIRECT EXAMINATION

21   BY MR. PAREKH:

22   Q.   Good morning, sir.

23   A.   Good morning.

24   Q.   If you can move your chair up, speak as loudly as

25   possible so everyone in the courtroom could hear you, we'd

─United States v. Elsheikh─

8

1  appreciate it.

2          Can you please state and spell your name for the

3  record.

4  A.   My name is Edouard Elias, E-D-O-U-A-R-D E-L-I-A-S.

5  Q.   Where do you currently reside?

6  A.   I reside in France, in Britain.

7  Q.   And where are you originally from?

8  A.   I'm originally from France.

9  Q.   What languages do you speak?

10 A.   I speak French and Eritrea, a little bit of English, a

11 little bit of -- a rarely few of Arabic.

12 Q.   And are you comfortable testifying solely in the English

13 language today?

14 A.   Yes.

15 Q.   Describe your educational background?

16 A.   I'm a photographer.  I started a business coop and I

17 stopped everything for doing my job.  A freelancer and

18 photographer.

19 Q.   And how are you currently employed?

20 A.   I'm still a freelancer photographer working with press.

21 Q.   How long have you been doing that?

22 A.   Now, it's from 2012, so 10 years.

23 Q.   What types of stories do you cover?

24 A.   Mainly warfare.

25 Q.   And do you travel to conflict zones?

─Tonia M. Harris OCR-USDC/EDVA 703-646-1438─

EASTERN DISTRICT OF VIRGINIA

─United States v. Elsheikh─

9

1   A.   Yes, two, yeah.

2   Q.   And have you been to Ukraine recently to cover the

3   ongoing war there?

4   A.   Yes.

5   Q.   And when did you arrive in the United States?

6   A.   I arrived yesterday night in the United States and just

7   before I was in Sahel, which is Africa covering stories with

8   the French Army.

9   Q.   And Mr. Elias, if you could just keep your voice up, we'd

10  appreciate it.

11  A.   Yes.

12  Q.   Did you go to Syria in June 2013?

13  A.   Yes.

14  Q.   Why?

15  A.   Because I was covering wars there since 2012.

16  Q.   Who did you travel with?

17  A.   I traveled with Didier Francois, which is a French

18  journalist too.

19  Q.   Did you know Didier Francois before?

20  A.   Yes, I met him in Syria.

21  Q.   When did you meet him?

22  A.   I met him during, I think, the month of December, 2012.

23  Q.   And the purposes of your trip was to cover what,

24  precisely, there?

25  A.   We were going to make pictures and interviews about the

Direct Examination   5015/922

─────United States v. Elsheikh─────

10

1   war going on, and this was because we had some clues about the

2   chemicals -- the use of chemical weapons by the government of

3   Bashar al-Assad.

4   Q.   Did something happen to you on June 6, 2013?

5   A.   Yes.  As soon as we get inside Syria, some minutes after

6   being in the Syrian territory, we met at check point.  We saw

7   like five people masked with guns, Kalashnikov and shotguns,

8   and they asked us to get down on the ground, and then they

9   took us.  They put some blindfold on our heads, they put us on

10  a truck, and they took us to a new place.

11  Q.   Before we continue, I would like to show you a map that's

12  been previously admitted as Government's Exhibit 2-1.

13           THE COURT:  It's on the screen.  It will be on the

14  screen right in front of you.

15           THE WITNESS:  Thank you.

16  BY MR. PAREKH:

17  Q.   And Mr. Elias, if you can describe for us where you

18  entered Syria and where you were going?

19  A.   So we went by the border, of Turkish border, in the north

20  called Kilis.  Kilis and Azar are the two cities on the

21  border.  Kilis is on the Turkish side.  On this side, yeah.

22  This area.  I don't know if you can see the red dot.

23           So we crossed from Kilis, Turkish side, to Azaz,

24  Syrian side.  And it was just a little bit of south of Azaz

25  because we wanted to reach Halep Aleppo, and we want to make

─────United States v. Elsheikh─────

11

1    this road like this.

2    Q.    And you were with Didier Francois at the time?

3    A.    I was with Didier Francois, yes.

4    Q.    Where were you headed exactly on that particular trip?

5    A.    We were heading to Aleppo.

6    Q.    And what was the purpose of heading to Aleppo at that

7    time?

8    A.    Because at this time the city was quite surrounded by the

9    Bashar al-Assad regime, and we thought it was the place to go

10   to speak about the use of chemical weapons.

11   Q.    How soon after you crossed the border into Syria were you

12   kidnapped?

13   A.    Let's say between less than one hour.

14   Q.    Now, you described individuals who were with AK-47s

15   kidnapping you?

16   A.    Yes.

17   Q.    Were they all fully masked?

18   A.    Yes.  Always masked, always keffiyeh, which is -- hide

19   the faces.

20   Q.    Okay.  So let me just clarify.  So the only thing you

21   could see were the eyes?

22   A.    Yes.

23   Q.    And the entire face, otherwise, was covered?

24   A.    Of course.

25   Q.    Were you blindfolded then at that point?

─────United States v. Elsheikh─────

12

1  A.   Yes.  They put me some clothes on the head and was trying

2  to get my head down inside the truck.  So I was in the front

3  of Didier and I could barely see what was going on, yeah, who

4  the guys were with.

5  Q.   Did they point their AK-47s at you?

6  A.   Yes, they did.

7  Q.   And so, what happened next?

8  A.   Next, they took us to a place, a new place.  So it was

9  quite strange because they turned back with the car and they

10  go a bit north and then to the right, and we didn't really

11  knew where we were.  The thing is that they took us on this

12  place and they took us clothes off, so, jacket, belt, shoes.

13  They asked me to go on my knees.  They put a Kalashnikov on my

14  neck, and then they did like a simulation of execution, like,

15  armed Kalashnikov, and then they click on it, yelling in

16  Arabic.

17  Q.   Let me just clarify, so when you say --

18          THE COURT:  Just a moment, I think you said

19  "Kalashnikov."

20          THE WITNESS:  AK-47, sorry.

21          THE COURT:  Next question.

22  BY MR. PAREKH:

23  Q.   That was exactly my next question, Your Honor.

24          At this point in time, was Didier Francois with you?

25  A.   Yes, he was, yeah.

─────United States v. Elsheikh─────

13

1  Q.   So was it just you two getting kidnapped on June 6, 2013?

2  A.   Yeah, we were kidnapped together.

3  Q.   And did they take any of your belongings?

4  A.   Yes.  They took my clothes, my watch, my camera, and my

5  -- let's say, my computer, everything was in a little bag that

6  I had with me, and they took everything.

7  Q.   Where exactly did they take you?

8  A.   They took us to a place, I think, to the northeast where

9  I was captured.  I don't know exactly where I was in this

10 position.  I think -- it was quite strange because there was a

11 base --

12         (Court reporter clarification.)

13         THE COURT:  I think he said there was a base of

14 Assad near there.

15         THE WITNESS:  Yeah.

16         THE COURT:  Assad being the president of Syria.

17         THE WITNESS:  Yeah.

18         THE COURT:  And that's -- he was in a war with

19 everyone else that tried to get rid of him.

20         THE WITNESS:  And we were in the river area so it

21 was quite strange to be moved in this direction.

22         THE COURT:  All right.  Next one.

23         It was quite strange because you thought you were

24 being moved closer to Assad forces.

25         THE WITNESS:  Exactly.

─Tonia M. Harris OCR-USDC/EDVA 703-646-1438─

EASTERN DISTRICT OF VIRGINIA

─────United States v. Elsheikh─────

14

1          THE COURT:  Next question.

2  BY MR. PAREKH:

3  Q.   Mr. Elias, did the masked gunmen say anything to you?

4  A.   The guys was speaking in Arabic, but some guys was, like,

5  CIA and some stuff just to, I think, to scare us.  But we

6  didn't have any conversation with us -- with them, sorry.

7  Q.   Did it appear to you that they were calling you and

8  Didier spies?

9  A.   Yes.

10  Q.   Mr. Elias, describe the initial days of your captivity?

11  A.   Then after this execution simulation they took us in two

12  different rooms.

13          THE COURT:  What simulation?

14          THE WITNESS:  They put AK-47 on my neck, they arm

15  it, and they click, but there is no bullet on it.

16          THE COURT:  So that's what you mean by execution

17  simulation?

18          THE WITNESS:  Simulation, yes.

19          THE COURT:  Go ahead, sir.

20          THE WITNESS:  So I've been attached for three days

21  to either on the ground without eating, without drinking, and

22  every time I was falling asleep they were coming and punching

23  me.  So I start to hallucinate by -- these are irritation --

24  without drinking water.

25  BY MR. PAREKH:

─────Tonia M. Harris OCR-USDC/EDVA 703-646-1438─────

EASTERN DISTRICT OF VIRGINIA

─────United States v. Elsheikh─────

15

1   Q.   Hallucinate?

2   A.   Hallucinate, yeah.

3            And it was impossible for me to know what was going

4   on.  And then I would start to hear some screams and yelling,

5   but it was really strange because it was in English.  And so,

6   I was terrified.

7   Q.   And did you later learn who was screaming in English?

8   A.   Yes.  It was a former hostage, which I spent some time

9   with called Daniel Rye Ottosen.

10  Q.   And what was your understanding of what was happening to

11  Daniel Rye Ottosen based on what you could hear?

12  A.   Based on what I could hear, this guy was tortured and I

13  was really scared because I thought I was going to be next.

14  Q.   And where in proximity was the screaming coming from

15  compared to where you were?

16  A.   It was in the other room, I think, in front on the right.

17  Q.   At the time were you alone?

18  A.   I was alone.  Didier was in the room close to me, so,

19  yes, I was alone in this room.

20  Q.   And when you describe being chained to a radiator, what

21  type of room were you in?

22  A.   It was quite strange, because I barely see like a map on

23  the right, on the wall, but I could not recognize it was like

24  a maritime map or a school map or something.

25  Q.   And was it a bedroom or a bathroom?

─United States v. Elsheikh─

16

1   A.   It was nothing, it was just a room with a heater and

2   nothing inside.

3   Q.   And you mentioned that you went three days without

4   anything whatsoever to drink or eat?

5   A.   Yeah.

6   Q.   When you mentioned, when you were falling asleep at the

7   time, someone was beating you, is that correct?

8   A.   Exactly, yeah.

9   Q.   Can you just describe that in a little bit more detail?

10  A.   He was walking on my back, punching me, giving me some

11  foot, yeah, a punch, I would say that, and trying to get to

12  walk on my hands and stuff.

13  Q.   And was that so that you wouldn't fall asleep?

14  A.   Yes.

15  Q.   And that individual who was doing that to you, was that

16  individual masked?

17  A.   Yes, he was, yeah.

18  Q.   Were you blindfolded?

19  A.   They put, yes, some clothes on my head which was

20  sometimes falling down.  And every time this fell down, he was

21  punching me.  So I tried to always take my head on the ground

22  to keep the mask on it, because I knew if it was going down I

23  would be punched.

24  Q.   After these few days that you described, were you moved

25  to another location?

─Tonia M. Harris OCR-USDC/EDVA 703-646-1438─

─────────────United States v. Elsheikh─────────────

17

```
 1  A.   Yes.  We have been moved to another location.  It seems

 2  to be a big city.  So we thought it was Halep Aleppo, because

 3  there was a lot of noise around the car when we were being

 4  moved.

 5  Q.   When you say "we," was that Didier Francois also?

 6  A.   Didier Francois and me, yeah.

 7  Q.   I just want to briefly show you Government's Exhibit 2-7,

 8  which has previously been admitted.  It will show up on your

 9  computer screen in a moment.

10        When you say you were moved to Aleppo, a location in

11  Aleppo, is that shown in box No. 4?

12  A.   Yes.  It's the hospital of Halep.

13  Q.   And just taking a look at the other items on this

14  exhibit, number 5, 6, 7, 8, and 9, does that accurately track

15  the locations where you were held?

16  A.   Exactly.

17  Q.   When were you ultimately released?

18  A.   I was released on the ninth place called the Desert

19  Prison.

20  Q.   And what date was that?

21  A.   It was in, I think, beginning of April, let's say, maybe

22  on the 10th of April, 2014.

23  Q.   And from June 6, 2013 to April 2014 were you always in

24  captivity?

25  A.   Yes, I was.
```

1   Q.   Now, when you arrived at the Aleppo hospital, what

2   happened there?

3   A.   When we arrived, we are blindfold, and then someone took

4   my blindfold up, and there was like a guard, masked guard.  It

5   was a gun on my forehead and then he wanted to play a game.

6   He asked me some questions in Arabic.  "Do you know who we

7   are?"  I didn't knew so I tried some answers.  And at the end

8   he told me we are *nahn dawlat 'iislamia*, which means in Arabic

9   we are the Islamic State.

10  Q.   And that's what the masked individual told you?

11  A.   Yes.

12  Q.   Was he fully masked?

13  A.   He was fully masked, yes.

14  Q.   When you say "Islamic State," are you also referring to

15  ISIS?

16  A.   Yeah, exactly.

17  Q.   Okay.  Was that the first time that you had learned that

18  you were being held by the Islamic State?

19  A.   It was the first time that I had heard that I was held by

20  Islamic State and I heard about Islamic State too.

21  Q.   What happened during your initial days at the Aleppo Eye

22  Hospital?

23  A.   On this initial days, I was with Didier and I met Daniel

24  Rye Ottosen before being taking apart in the isolation room

25  where I spend some days alone close to the torture room of the

─────United States v. Elsheikh─────

19

1   Islamic State.  So I was hearing the screamings and the

2   beatings and the torture on the other prisoners.  And they

3   slaughtered people in front of my room that I could see from

4   the -- it's not windows, but for air breezing, you know,

5   opening inside the rooms.  So that put a lot of pressure on

6   me.

7   Q.   Let's just go over that in some detail.  You mentioned

8   that you heard slaughtered --

9   A.   Yeah.

10  Q.   -- people outside of your door?

11  A.   Yes.

12  Q.   Just describe what you mean by that?

13  A.   We heard some people beating someone inside the corridor.

14  You could see that there is blood everywhere, and then the --

15  the guys seems to be kneeling in front of the door and they

16  use some knife so you can hear them screaming and then you can

17  hear nothing just some like -- if it was like water, you know,

18  the screams stopped, and then the guys down.  So I tried not

19  to look at everything, but I -- I was thinking maybe I can try

20  to protect yourself mentally about that.  And, yeah.  When

21  they took me out of the room, to make some interrogation, they

22  could drag me in the blood of the other people.

23  Q.   Were you in isolation at that time?

24  A.   Yes, I was.

25  Q.   At night, could you hear any particular sounds?

─────United States v. Elsheikh─────

20

1  A.   Yes, I was hearing -- I could not sleep because I could

2  hear the beating of the people and the torture of the people.

3  And the worse thing is when you start listening to a gasp.

4           (Witness crying.)

5           But you hear beatings.  They continue beating.

6           MR. PAREKH:  Can we just get the witness a little

7  bit of water.  Mr. Elias --

8           THE COURT:  Let him finish his answer, if he wishes

9  to.  You may finish your answer, if you wish.

10           THE WITNESS:  No.  It was the worse thing when you

11  hear the beatings and the guy stopped yelling because you know

12  they're dead.

13  BY MR. PAREKH:

14  Q.   Mr. Elias, at some point were you moved out of isolation?

15  A.   Yes.  They put me back with Didier Francois.

16  Q.   And what happened at that time?

17  A.   The first thing that we speak about with Didier Francois,

18  was to out/finish with lives.  We figured out that we have the

19  same, let's say, tactic.  We found some plastic bags and ropes

20  to put, I would say, around the neck so we could stop

21  breathing because we didn't want to, let's say, live the same

22  things like the other prisoners.  So we tried to find a way of

23  suicide.

24  Q.   You and Didier Francois were looking for a way to kill

25  yourselves?

─United States v. Elsheikh─

21

1   A.   A way.  I don't know if we could do it, but at least it

2   was a way of being -- yeah, a choice.

3   Q.   And that was because of the torture that you had heard?

4   A.   Yeah.  The global ambience of the room, area.

5   Q.   Did you have the opportunity to observe Daniel Rye when

6   you met him?

7   A.   Yes.

8   Q.   And what did you observe?

9   A.   Let's say it was -- it's hard to say, like this, but he

10  was not like a human being.

11  Q.   Describe?

12  A.   It was like a corpse, you know, like, a body just barely

13  speaking.  It was like with a military uniform and they have

14  (indiscernible) everything was destroyed.

15  Q.   Everything was destroyed?

16  A.   Yeah.

17  Q.   At the end of July 2013, beginning of August 2014, did

18  you meet any other Western hostages?

19  A.   Yes.  We met Nicholas Hénin, Pierre Torres, Daniel Rye.

20  And then they took me to a room.  I think it was night.  They

21  took me out of the room, and then they put me in a new room

22  where you have some moving around me, but I didn't take my

23  blindfold off because maybe it was some guards or maybe it was

24  some guys from the prison.

25         And then, the guy took me out blindfold.  And there

─United States v. Elsheikh─

22

1    are four people in front of me.  It was like also cops, you

2    know, it was like skinny people, dirty people, with beards,

3    hairs.  We could see that they have been punched, tortured.

4    And they spoke to me English.  So, okay, Who are you guys?

5    And the first one told me his name was Federico Motka, David

6    Haines, John Cantlie and James Foley.

7    Q.   I want to show you in your binder Government's Exhibit

8    10-3.

9            MR. PAREKH:  And, Your Honor, if there's no

10   objection, I can move to admit it.  It's a photograph.

11           MS. GINSBERG:  No objection.

12           THE COURT:  It's admitted.

13           (Government's Exhibit No. 10-3 was admitted into

14   evidence.)

15   BY MR. PAREKH:

16   Q.   It may be easier, since it's admitted, sir, to take a

17   look at the computer screen.

18   A.   Yup, this is John Cantlie.

19   Q.   This is John Cantlie?

20   A.   Yeah.

21   Q.   And if I can show you Exhibit 10-2, which has previously

22   been admitted?

23   A.   Alan Henning, but he was not, at this time, with us.

24   Q.   Alan Henning you met later?

25   A.   Yeah, later, yeah.

─Tonia M. Harris OCR-USDC/EDVA 703-646-1438─

EASTERN DISTRICT OF VIRGINIA

23

1   Q.   Give me one moment.

2   A.   It's -- no, this one, yeah, David Haines.  So the same

3   picture on the screen but --

4   Q.   What's that exhibit number?

5   A.   10-1.

6   Q.   10-1?

7   A.   Yes, 10 dash 1, sorry.

8           MR. PAREKH:  Can we just display 10-1 on the screen.

9   I believe it's been previously admitted.

10          MS. GINSBERG:  Yes, it is.

11          THE COURT:  Let me verify.  Admitted.  You may do

12  so.

13          (Exhibit published.)

14  BY MR. PAREKH:

15  Q.   So David Haines you met at this time?

16  A.   Yup.

17          MR. PAREKH:  And 5-2, please, if we can publish.

18  It's previously been admitted.

19          THE WITNESS:  This is James.

20  BY MR. PAREKH:

21  Q.   James Foley?

22  A.   Yeah.

23  Q.   So the four hostages you met at this time:  John Cantlie,

24  James Foley, David Haines, and Federico Motka?

25  A.   Yeah.

24

1   Q.   You described their condition?

2   A.   Yeah.  They were terrorized also.  And they start to

3   spoke about previous days, because we always ask the same

4   question between hostages:  When have you been caught; by who;

5   what's happening?  We always try to cross information.  And

6   they told us that they've been guard by English-speaking

7   guards, three English-speaking guards who are torturing them.

8   Q.   And specifically, John Cantlie, James Foley, David

9   Haines, and Federico Motka --

10  A.   Yeah.

11  Q.   Indicated that they had been tortured by three

12  English-speaking guards?

13  A.   Yes.

14  Q.   What was the condition of James Foley at that time?

15  A.   He was, you know, really skinny too.  He was speaking

16  quietly because you could see that he lacked food, he lacked

17  water.  He was not in good shape.  Good shape, let's say.

18  Q.   At some point, thereafter, did you meet an individual by

19  the name of Steven Sotloff?

20  A.   Yes.

21  Q.   Approximately when was that?

22  A.   It was in the beginning of August they put a new hostage

23  inside the room.  He told us that his name was Steven Sotloff.

24  And then we spend all of the time together.  So he had just

25  been captured, he told us, like some days before.  It was --

25

1    yeah, he was in good -- let's say, less bad shape than the

2    other ones.  He was terrorized.

3    Q.    If we can put up 7-2.

4    A.    Yeah, this is the guy.

5    Q.    This is?

6    A.    Steven Sotloff, yeah.

7    Q.    At some point after you met these new Western hostages,

8    were you moved to another prison?

9    A.    Yes.  We were separated.  James and John went to another

10   place that we didn't knew, but we kept David Haines and

11   Federico Motka with us.  And then, we were put in a new prison

12   which was maybe a little bit more north from the prison in

13   Halep.

14   Q.    In Aleppo?

15   A.    Yeah.  It was maybe a little bit north of Aleppo, the

16   mere outskirts of Aleppo, yes.

17   Q.    What was the name of that prison?

18   A.    We called this the Wood Factory.

19   Q.    Is it also called Sheik Najjar?

20   A.    Yes.

21   Q.    And in September 2013, at this prison, the Wood Factory,

22   or Sheik Najjar, did you meet any notable guards?

23   A.    Yes.  One morning some people banged on the door and was

24   quite different than the usual guards.  They asked us to look

25   -- to face the wall.  And to be -- yeah, to face the wall, and

1  in English.  It was quite strange for me.  So some -- three

2  new guards came inside the room because we are always trying

3  to look behind us.  Three new guards with the slight same

4  uniform walking together inside the room, which was very

5  different than usual.  And one came close to me.  I could see

6  that he had, like, a gun on his leg, like good equipment with

7  nice boots and nice green uniforms.  And he asked me some

8  questions with proper English-speaking.  It is like I couldn't

9  little bit understand because he was speaking quite fast and

10  my English is not so good.  He asked me about the condition of

11  captivity.  So I told him that we are starving and we should

12  have maybe some more food.  We would like to have some more

13  food.  And we had some lices.  Lices, I can't explain in

14  English, but it is like little crabs, or little insects.

15  Q.   Lice?

16  A.   Yeah.  It's on our pants and stuff.  And when he heard

17  about that he punched me and says this is a sexual disease.

18  And then he turned back and he went out -- the three of them

19  went out of the room.  For me it was, okay, strange guy.

20        And then I heard some cries inside the room.  I

21  turned back and I saw Federico Motka that he is shaking

22  because they are like completely terrorized by the situation.

23  And some minutes later, it took us like 10 minutes to be able

24  to speak with him because it was like for them it was like a

25  disaster.  And they told us these are the beaters.  These are

27

1   the three guards who are -- took us from the -- how can you

2   say, they kept us before.  These are the guards who tortured

3   us.  So now things are completely different.  Because even

4   about what I lived inside my first day of capture, what I've

5   been through, Federico Motka, and David Haines, and James and

6   John, it was nothing in comparison.

7   Q.   It was nothing compared to?

8   A.   To what they say to us.  So when they told us that

9   they -- these was the guards, we are all terrorized.

10  Q.   All terrorized?

11  A.   Yeah.

12  Q.   I just want to back up to some of the details that you

13  mentioned.

14          During your testimony just now you mentioned that

15  when the three guards walked in, it was something completely

16  different to you?

17  A.   Yeah.

18  Q.   Can you just explain that?

19  A.   Usually, local guards, Arabic guards, were just knocking

20  on the door, opening the doors and staying outside.  Sometime

21  they beated us, but it was in the corridors and stuff.

22  Q.   Staying outside the room?

23  A.   Staying outside the room.  For quite the first time you

24  have people coming inside the room, between us.  It was really

25  different.  And also, their behavior they are not really

1   speaking about -- it looked like professionals.  You know.

2   They have good equipment, they have boots.  Usually Syrian

3   guards have flip-flops.

4   Q.   Flip-flops?

5   A.   Yeah.  And then it was, yeah, different.  You can -- you

6   can feel that something is very different.  It's not the usual

7   guard.

8   Q.   So you're saying the guards you were seeing before had

9   flip-flops?

10  A.   Yeah.

11  Q.   And the Beatles had good shoes?

12  A.   All three, yes.

13  Q.   All three?

14  A.   Yeah.

15  Q.   You also mentioned that you saw them in, like, green

16  military equipment.

17  A.   And face masks, yeah.

18  Q.   And face masks?

19  A.   Black one, yeah.

20  Q.   I want to show you -- I'm going to ask you to turn to a

21  specific exhibit in your binder.  And give me one moment, I'll

22  find it for you.

23         If you can turn to 18-1, please.  And just look at

24  the exhibit on your own.  You don't have to hold it up yet

25  because it has not been admitted into evidence.  Don't hold it

29

1  up.

2  A.    Okay.

3         MR. PAREKH:  Your Honor, unless it's an objection, I

4  would ask to admit it.  It's a redacted photograph of another

5  photograph that has already been admitted into evidence.

6         THE COURT:  Let's give Ms. Ginsberg an opportunity

7  to see it.

8         MS. GINSBERG:  No objection, Your Honor.

9         THE COURT:  All right.  There's no objection from

10  the defense, so you may display it.

11         What exhibit number is it?

12         MR. PAREKH:  This is 18-1, Your Honor.

13         THE COURT:  All right.  18-1 is admitted.

14  (Government's Exhibit No. 18-1 was admitted into evidence.)

15         THE COURT:  All right.  Next question.

16  BY MR. PAREKH:

17  Q.    Can you see it there, Mr. Elias?

18  A.    Yeah, I can see it here.

19  Q.    Is this clothing similar to the clothing that you saw the

20  three Beatles wearing?

21  A.    Yes.

22  Q.    Describe it for us?

23  A.    It was green trousers with the same kind of flat jacket

24  equipment and they have like black face masks.  So like on the

25  picture, but, yeah, it seems like this equipment, yeah.

30

1  Q.   And the face masks, was it fully covering their face?

2  A.   Yeah, fully covering the face and only the hole that we

3  can see the -- at this time, I just see the shape of the

4  people.  And without their masks, I could not look inside them

5  -- in their eyes.

6  Q.   And you also mentioned during your testimony when you

7  were describing the interaction with the Beatles that there

8  was a weapon that you saw on one of the Beatles who talked to

9  you?

10  A.   Yes.

11  Q.   What type of weapon was it?

12  A.   It seemed like a Glock -- like a handgun kind of Glock on

13  the left leg.

14  Q.   A Glock pistol?

15  A.   A Glock pistol, yes.

16  Q.   Now, after the Beatles left, did David Haines tell you

17  anything about the specific treatment he had received from the

18  three Beatles?

19  A.   They told us about the torture.  I don't remember all

20  because there are many of it.  They speaking -- they need to

21  keep hands out of the door of the window.  They told you

22  about, like, beatings, lots, lots of beatings.  Maybe also

23  about waterboarding.  So it was, I think, all the kind of

24  torture that you can do to someone.

25  Q.   And did they say that all three Beatles were present?

31

1   A.   Yes.

2   Q.   What was the naming convention of the three Beatles?

3   A.   There's John, Ringo, and George.  The three names.  And

4   they told us they called them like this so because these guys

5   were listening at the door, so, they could speak about them

6   without making recognition, like, it's like a nickname, you

7   know.

8   Q.   And you mentioned that it appeared that the Beatles were

9   professionals.  What do you mean by that?

10  A.   I mean that it was really different behavior than the

11  usual guards.  They were working together like making some

12  noise like this, you know, with the fingers.

13  Q.   Snapping of the fingers?

14  A.   Snapping with the fingers and doing something so they

15  knew each other.  They knew how to work together.  It was like

16  a team, a real team.

17  Q.   A team of three?

18  A.   Yeah, a team of three.

19  Q.   Did they appear they knew each other very well?

20  A.   Yeah.

21  Q.   Were they careful to not reveal their identities?

22  A.   Yes.  Because they always ask us to face the wall.  They

23  are some -- with mask on the head.  And always their hands

24  were, like, covered by gloves.

25             THE COURT:  You said gloves, is that right?

                                                                    32

1              THE WITNESS:  Yeah, gloves, yeah.

2              MR. PAREKH:  I want to show you Government Exhibit

3    1-24E.  It's been previously admitted, Your Honor.

4              THE COURT:  All right.  You may do so.  Publish it

5    if you wish.

6              (Exhibit published.)

7    BY MR. PAREKH:

8    Q.   Mr. Elias, I think it's on the computer screen in front

9    of you.

10             Do you see the individual wearing the black mask?

11   A.   Yes.

12   Q.   Did all three Beatles wear a mask that looks like the

13   mask in 1-24E?

14   A.   Absolutely.  It was like a long one.

15   Q.   It was like a what?

16   A.   It's a long opening and not just only two like this.  It

17   was this kind of mask that they were wearing, yeah,

18   absolutely.

19   Q.   And that's all three Beatles?

20   A.   Yeah.

21   Q.   Were you also forced to sit on the floor or kneel on the

22   floor?

23   A.   Yes.

24   Q.   And was that true for every single time that they came?

25   A.   Absolutely, yes.

33

1    Q.   When you were at this particular prison, what type of

2    cell were you and the other hostages held in?

3    A.   On this time when we met these guards we're like in two

4    meters large and five meters long cell.  It was very hard

5    because you only have a little opening, little window.  So it

6    was in September in Syria, it was still quite hot.  It was

7    really difficult to breathe, to breathe in this cell.  We are

8    sleeping also like, you know, slaves boats, or one sleeping on

9    this side with the head in front, the other one on the other

10   side, with head on the other side.  Because we could not -- we

11   try to spare the most -- the more space inside the room.  It

12   was quite hard to lay completely for sleeping.  So, yeah, it

13   was quite a difficult place to be and to survive.

14   Q.   And this is a prison where the Beatles were regularly

15   coming?

16   A.   Except for the first time we saw them and, yes, it was in

17   the same area and then they changed us from this room to

18   another one, a little bit bigger.  And, yeah, we saw them.

19   Q.   Did it appear that the three Beatles were in charge?

20   A.   It appeared that they -- they came often.  And it seems

21   that -- yes, it was not our usual guard giving us the food.  I

22   don't think the Beatles give us any, even once, during all my

23   captivity, food.  It was not this kind of guard.  He was a

24   guard -- very well the guy in charge, yeah.

25   Q.   Turning to the topic of food, was David Haines getting

34

1    enough food to eat?

2    A.   No.  I was quite surprised when David Haines told me that

3    his weight before being captured, he told me that he was,

4    like, maybe 100 kilos, that he was quite fat, let's say.  When

5    I saw him, he was skinnier than me.

6    Q.   Skinnier as a what?

7    A.   Skinnier than me.

8    Q.   Skinnier than you?

9    A.   Yeah.  So David Haines, we had a lot of difficulties to

10   feed him because he had a lot of diarrheas.  He could not keep

11   the food they were giving him.  So we had to make some mixture

12   inside a water bottle with salt and sugar to try to hydrate

13   him.

14   Q.   To try to hydrate him?

15   A.   Yeah.

16   Q.   And do you know what ultimately happened to David Haines?

17   A.   Yes, they killed him.

18   Q.   At some point in October 2013, were you asked to make a

19   proof-of-life video with the Beatles?

20   A.   Yes.

21   Q.   Please describe that for us.

22   A.   One day they say that we are going to make a video so

23   they give us some shavers so we are to shave the beard and

24   they gave us orange suits, looking like Guantanamo suits and

25   they took us to a different room where we could see the flag

1    of the Islamic State behind.  And they ask us one by one to go

2    in front of the camera and to -- I don't really remember what

3    they have to say.  I think it was my name, my age, and they

4    asked me to look at the camera and to tell this.  And then

5    there was another hostage after me came and do the same thing.

6    Q.   When you say "they," was it all three Beatles?

7    A.   Yeah.  It was the three English-speaking guards that we

8    called the Beatles, yes.

9    Q.   And all three were present for this proof-of-life video?

10   A.   Yeah.

11   Q.   And who were the hostages, other than you, that were

12   forced to do this?

13   A.   We have Didier Francois, Federico Motka, David Haines, I

14   don't remember -- I think Steven Sotloff too because he was

15   with us.  Marcos Marginedas, Daniel Rye Ottosen, Jeff Tobias

16   (ph), Nicholas Hénin.  Yeah, I think, it was this one.  Maybe

17   I forgot one.

18   Q.   But the video that you participated in, who was present

19   for that?

20   A.   The three guards and the hostage.  And we also had some

21   French guards with us.  Abu Idris, the one without this name,

22   was called Abu Idris, which was around two.  It was only the

23   French guard coming to us, sometimes speaking with us.  Which

24   appears to be like an Iran guy from an eastern state.

25   Q.   Before we get to Abu Idris, were you doing this

36

1    proof-of-life video with the other French hostages?

2    A.   Yes.

3    Q.   And that would have been Nicholas Hénin, and Pierre

4    Torres, and Didier Francois?

5    A.   Yes.

6    Q.   And you mentioned a flag that was behind you.  I want to

7    show you Government's Exhibit 3-14, which was previously

8    admitted into evidence.

9         Do you recognize the appearance of this flag?

10   A.   Absolutely, yes.  It is for Islamic State, ISIS flag,

11   yeah.

12   Q.   And the flag behind you, during this proof-of-life video,

13   look similar to the flag shown in this exhibit?

14   A.   Yes, exactly the same.

15   Q.   Okay.  Now, I want to get back to your mention of Abu

16   Idris?

17   A.   Yeah.

18   Q.   At some point at this Wood Factory or Sheik Najjar

19   prison, did you have a conversation with Abu Idris?

20   A.   Yes.  We have these guards coming to speak with us and

21   one day he took me out of the room.  He make me climb to

22   another stair in a different area of the base and he make me

23   sit in front of him.  So he removed his mask and I was in

24   front of him and he tried to discuss with me.

25   Q.   And in what language?

37

1   A.   In French.  I felt like he was like a very good French,

2   but maybe with a little Belgium accent.  It was really little.

3   And we spoke together.  I was quite scared so my conversation

4   was not really, you know, I think, enough intellectual.  But

5   he asked me when I was born.  And I said 1991.  And then he

6   laughed and said but what -- "In what month?"

7        I told him, "End of June."  And then he told me, I

8   was born in May.  So we are the same age."

9   Q.   And almost the same date of birth?

10  A.   Yes.

11  Q.   1991?

12  A.   1991.  Because usually when you ask someone when they

13  give you the date or the year and you say the same year, and

14  they say, yeah, but what month, to make a comparison, you

15  know.

16  Q.   And did you see Abu Idris occasionally throughout your

17  captivity?

18  A.   Yes.  I saw him sometimes and also with some other

19  guards, and also with English-speaking guards.

20  Q.   And so, was Abu Idris present often in the same locations

21  where you would see the three Beatles?

22  A.   Absolutely, yes.

23  Q.   Now, during your captivity, did you ever hear the three

24  Beatles talk about someone by the name of Aafia Siddiqui?

25  A.   Yes, I heard this name, yeah.

38

1   Q.   What did you hear?

2   A.   I heard the name and was speaking like about a prisoner,

3   but I could barely understand about the main topic of the

4   conversation.  But I heard this name.  I could recognize this

5   was an Arabic name.

6   Q.   And you recall that name vividly?

7   A.   Yeah.

8   Q.   I want to now turn to December 2013.  On or about

9   December 23, 2013, were you in the process of being moved to

10  another prison?

11  A.   Yes.

12  Q.   Describe for us what happened, if you recall, on that

13  day?

14  A.   It was just before Christmas and we are preparing

15  Christmas so everyone was sparing a little bit of food to

16  make, like, a big cake, but the guards came before so we tried

17  to eat everything before getting out.  It was quite like a

18  funny situation.  But the thing is also the Beatles came.  And

19  then a funny situation -- I think something more difficult.

20  They take our clothes off and they give us some orange

21  jumpsuits and they tried, like, they get us naked and they try

22  also to make our cough, you know, like, looking inside our

23  ass, if I'm hiding something.  So it was, like, also big

24  humiliation.  So they took us to a new place that we called

25  The Mansion.

39

1   Q.   So they made you strip naked?

2   A.   Yeah.

3   Q.   Were all three Beatles present?

4   A.   Yes, absolutely.  I remember their light -- light --

5   yeah, light stuff, you know.

6   Q.   And they were forcing you to bend down?

7   A.   Yeah.

8   Q.   While you were naked?

9   A.   Yeah.

10  Q.   And the orange jumpsuits that you were forced to change

11  into, were those similar to what you were wearing in the

12  proof-of-life video that you described in October of 2013?

13  A.   Yes.

14  Q.   Did they speak about the significance of the orange

15  jumpsuits?

16  A.   Maybe I heard the word "Guantanamo," but I don't have all

17  exact sentence.

18  Q.   Were you then moved to this new prison called The

19  Mansion?

20  A.   Yes.

21  Q.   Where was that located?

22  A.   We thought it was, like, close to Idlib region which was

23  on the west of Syria, west on Halep.

24  Q.   What was the temperature like there for you?

25  A.   It was quite cold.  It was in the middle of December and

40

1    we are under the ground, so on the basement.  So it was

2    really, really, really cold, yeah.

3    Q.   And that's the indoor temperature?

4    A.   Yeah, I don't know how many degrees and we are all

5    starving so, so we have no fat, so, yeah, it was quite, quite

6    cold, yeah.

7    Q.   Who transported you to that prison?

8    A.   I don't remember exactly, but I think that the

9    English-speaking guards who are called the Beatles should come

10   with us, I think, but I don't remember which were exactly the

11   guards, no.

12   Q.   When you were at this prison called The Mansion, where

13   you described it was very cold, did a western hostage join you

14   there?

15   A.   Yes.  A western hostage, which was Peter Kassig.

16   Q.   I want to show you Exhibit 30-1, which has been

17   previously admitted.

18   A.   Yeah, that's Peter, yeah.

19   Q.   Describe for us your observations of Peter Kassig when

20   you met him for the first time?

21   A.   When I met Peter for the first time, it was like -- he

22   was a young guy, a little bit like me, maybe a little bit

23   older, but he was speaking so fast, so strong accents that I

24   could not really understand what he was talking about.  But he

25   seems to be really depressed.  It was -- we could see that was

41

1   so hard for him.  He was like excited and depressed at the

2   same time.  So his behavior was some speaking very fast and

3   then stopping speaking.  So we could see it was very hard for

4   him.  And so, I stepped in the back also because I'm -- it was

5   quite hard to speak with him.

6   Q.   Was he having trouble eating or drinking?

7   A.   Yeah.

8   Q.   Were you forced to learn the words of any songs at this

9   particular prison in Idlib?

10  A.   Yes.  The three guys -- the British-speaking guards that

11  we called the Beatles, they came inside the room and they

12  tried -- they tried -- they make us sing a remix of *Hotel*

13  *California*.  So it was like a game for them.  They were

14  hilarious about that.  And, yeah, they asked us to sing

15  together.  So it was like, Welcome Back to Hotel Osama, which

16  you will never leave, which you will never leave.  And if you

17  try -- different words -- and if you should try, you will die

18  Mr. Bigley style.

19            And Mr. Bigley was, I think, a British citizen who

20  had been killed in Iraq.  Beheaded.  So it was like warning.

21  You came here, you will never leave this place, and you will

22  be killed by -- by beheading.

23  Q.   Were all three Beatles present?

24  A.   Yes.

25  Q.   And you mentioned that they thought it was hilarious?

42

1    A.    Yeah, completely.  But every time they were asking us and

2    they make us repeat again and again and again, because it

3    seems to be so funny for them.

4    Q.    Was it funny for you?

5    A.    No, absolutely not.  Now, I cannot listen to this song

6    anymore.

7    Q.    You can't listen to *Hotel California* anymore?

8    A.    No.

9    Q.    Was John Cantlie forced to do anything at this time?

10   A.    Yes.  They asked him to make some fake interviews, or

11   some fake TV or speech.  I don't know -- it seems to be like

12   an imitation of British or American channel or TV show or

13   something that I didn't knew.  But, yeah, it was a game for

14   them.  So they asked him also to do this for, like, minutes

15   and minutes, maybe half-hour, if they make John speak.  John

16   try to imitate some actor, some speech, some stuff, and they

17   are laughing about that.

18   Q.    And when you say "they" was it all three Beatles?

19   A.    Always all three Beatles, yeah.

20   Q.    Were you ultimately moved from this prison to another

21   prison known as The Office?

22   A.    Yes.

23   Q.    And where was that located?

24   A.    It was quite close to the place from The Mansion.  We

25   heard some bombings and some fightings quite close to the

43

1    place that we were in, The Mansion.  And they moved us to The

2    Office, but it was like -- it was not like a usual move.  We

3    thought that the guard was stressed or panicking.  Something

4    was going wrong.  So, yeah, they moved us.  It was not like a

5    prepared place.  It seems to me.

6    Q.    Who moved you to this new prison?

7    A.    I don't remember exactly which was the guards.

8    Q.    What was going on in the general area at the time?

9    A.    It was quite strange because on the morning we heard some

10   artillery shooting.  Not on our position but not far.  And I

11   was discussing with Didier Francois, my hostage, and he was

12   telling me that's very strange because artillery is coming

13   from the north.  And usually it was coming from the south,

14   because the fighting were most about (indiscernible) and

15   stuff.  Again, it was rebels against the Bashar, the regime

16   army.  And I was telling Didier the things which is really

17   strange for me is that there is no airplanes, because every

18   time in Syria where there were some fightings, you heard

19   airplanes of a regime coming and bombing.  So we figured out

20   that something different was going on.  And we learned after

21   that the Islamic State started a war against the rebels in

22   Syria.

23   Q.    At this particular prison called The Office, did a new

24   British hostage join you?

25   A.    Yes.  Alan Henning joined us.

44

1  Q.   Alan Henning?

2  A.   Yeah.

3  Q.   Tell us about Alan Henning?

4  A.   So he was a nice guy.  They took us inside the cell.

5  Just the day before or two days before, he just crossed the

6  border on the west of Syria to yet -- to bring some stuff,

7  maybe some food, some medics with trucks.  They told us he was

8  a taxi driver in England.  And, you know, it was -- he was a

9  good guy, which is -- his place was not in the conflict area.

10 Q.   And what was his demeanor like when you met him?

11 A.   Sorry?

12 Q.   What was his demeanor when you met Alan Henning?

13 A.   Ugh, demeanor?

14 Q.   Like, what was his condition?

15 A.   He was also very scared.  I don't know if he has been

16 tortured before, but, yeah, as everyone, could not sleep,

17 could not eat, he was scared.

18 Q.   I want to direct your attention now to approximately

19 mid-January 2014.  Were you moved from The Office prison to

20 another prison?

21 A.   Yes.  And this time the move takes days.  We have all

22 been put inside a truck.  All the hostages.  So we are

23 just handcuffed two-by-two.  So I was with -- they handcuffed

24 me to John Cantlie.  And all the hostages, the way they

25 handcuffed us was different.  It was not because of our

45

1   friendship, about nationality.  I think it was about

2   nationality because all the French were handcuffed to some

3   people from British or America.

4   Q.   So explain that.  You are handcuffed to John Cantlie?

5   A.   Yup.

6   Q.   You're a French citizen?

7   A.   And an English citizen.  And it seems like they make this

8   choice because they knew that French and European country

9   negotiate and American and English do not negotiate.

10  Q.   When you say "negotiate" you mean ransom negotiations?

11  A.   Yeah.

12  Q.   Hostage negotiations?

13  A.   Hostages negotiations, yes.

14  Q.   So did it appear to you that you were being handcuffed

15  with someone who was from a non-negotiating country?

16  A.   Absolutely.  We thought the guys and gals were quite

17  scared of the situation and doing this it was for avoiding

18  that some hostage, like American or English, like James Foley

19  and Cantlie and stuff, tried to escape.

20  Q.   What do you mean by that they tried to escape?

21  A.   Because one hostage have no hope, maybe he would try

22  something.

23  Q.   When they had no hope?

24  A.   Yeah.  When there is no hope or you kill yourself or you

25  tried to escape.

46

1  Q.   Who moved you from The Office prison to this other

2  prison?

3  A.   There are a lot of guards.  But at the same time in the

4  same place, we saw also this Abu Idris.  There maybe like

5  maybe one guard we didn't see.  And also, the three English

6  guards, who we called the Beatles, and also maybe some Syrian

7  guards.  There were a lot of people, but all together in the

8  same place.

9  Q.   And what was the name of the prison that you were

10  ultimately moved to?

11  A.   We had been moved to, I think, Ar Raqqah.  And it was

12  like we spent one day or two days in the place.  Like a city

13  council place.  I don't remember exactly the names.  Maybe The

14  Old or something like this.  I don't remember exactly the name

15  we give to this place.  And then, we had been moved to

16  Riverside House.  Why?  Because this house, The Riverside

17  House, because we could see the Euphrates River from the

18  windows.

19  Q.   The Euphrates River?

20  A.   Yeah.

21  Q.   Before we get to the Riverside prison.  You mentioned

22  that you spent a day or two at another location?

23  A.   Yes.

24  Q.   Was that a transit prison?

25  A.   It was like a transit prison, but they all come to us and

47

1    they all ask us to give phone numbers, address, about some

2    members of our families, and also maybe, I say maybe, because

3    I barely remember.  Like amount of money that we had on our

4    accounts, bank accounts.

5    Q.   When you say "they" who is asking you for this

6    information?

7    A.   That was the Beatles.  The English-speaking guards.

8    Q.   All three?

9    A.   All three.

10   Q.   Before ultimately arriving at The Riverside prison, did

11   you see a significant ISIS presence?

12   A.   Yeah.  When we were on this truck, let's just imagine we

13   are like mostly -- I don't remember how many we were in this

14   truck, but all the hostage were handcuffed one to the other

15   ones in the orange suit without being able to -- sorry to say

16   it like this -- but to pee and to shit.  So we have to try to

17   do it inside boxes, to pee inside bottles.  But when you are

18   in the truck everything is -- everything is moving.  So we are

19   starving, we are dirty, we are sitting in everyone, in each

20   others.  It was a real mess and the guards saw that.  And so,

21   they opened a little opening inside the truck -- it's not a

22   wall, but, you know, on the side of the truck so we can pour

23   everything out of the truck.  And then --

24   Q.   So you can what?

25   A.   We can take water bottle with the pee and to pour it out

48

1   by the truck.  It was a way to just put something out of the

2   truck.  Just a little opening.  And then we figured out, okay,

3   let's put our head inside.  So it's okay.  And that's at least

4   just see the sky because it has been like, I don't know how

5   many months, we are in the basement.  We never saw the sky

6   from the beginning.  So we took our head out.  And I remember

7   I realized the size of this convoy.  It was not just one or

8   two cars.  It was plenty of cars with machine guns on it with

9   B and B, which are like, you know a tank troop, tank carrying

10  troops.  We can see a lot of Russia, this kind of stuff, and

11  they all have the black flag of Islamic State, of ISIS.  It

12  was like Mad Max convoy, with sand, with wind, and stuff.

13  Q.   It was like what kind of convoy?  I didn't hear that

14  part.

15  A.   I say -- I make a reference to a movie called Mad Max.

16  Q.   Mad Max?

17  A.   Yeah.  It was like, you know, in the middle of the desert

18  with south.  I don't know hundreds of vipers, so making a

19  convoy, yeah.

20  Q.   What did you realize about the Islamic State at that

21  point?

22  A.   That it was not like was saying this was (indiscernible)

23  when they told us about we are Islamic State.  The first thing

24  that we say is, What is this shitty group.  You know.  The new

25  captivity, the new group of armed guy, they found a name, they

49

1    are just them stupid guys.  No.  We figure out it was, like,

2    yeah, something serious.

3    Q.   I want to now focus on The Riverside prison.

4         When you arrived at The Riverside prison, where were

5    the Beatles?

6    A.   When we arrived to this Riverside, they came just close

7    to our room.  It's like a very rich house.  And on the first

8    floor you have, like, two rooms, and one in-between the two

9    rooms are like a big window with -- in glass.  And they put

10   some stuff on it and they came to leave just -- just by our

11   room.  So it is just behind us.

12   Q.   All three Beatles?

13   A.   Yeah, all the three Beatles.  And we can see their

14   shadows.  We can see them working on the computers.  They try

15   to put us on CCTV in our room, but we never knew if it was

16   working or not.  But they put this kind of pressure.  Yeah,

17   they was really close to us, yeah.

18   Q.   And you mentioned that it appeared that they were working

19   on a computer?

20   A.   Yeah.

21   Q.   Just describe that.

22   A.   We could see them, you know, we could hear this noise.

23   You know the noise of pad. (Simulating typing.)

24   Q.   Tapping of the key?

25   A.   Yeah, tapping on the computer.  We, sometimes, we could

50

1   hear that.  And we also could see the position of the people

2   sitting and bending, you know, with, yeah, glass -- like

3   something in front of him plastic, positioned for working on

4   the computer.

5   Q.   At The Riverside prison, were the Beatles continuing to

6   ask about proof-of-life questions?

7   A.   On the Riverside, they spoke about that, but I don't

8   remember if they did the question of proof-of-life.  They did

9   before and before that.  Maybe now I can't give you like a

10  perfect of -- our real remembering.

11  Q.   Right before you got to Riverside at that transit prison?

12  A.   Yeah, we did one, yes.  The question they ask us is our

13  address, name, phone number, phone number of families, and I

14  think I remember about the amount on the bank account.

15  Q.   And you mentioned that you could see them working on a

16  laptop, were they still wearing the fully masked?

17  A.   When I saw, it was a shadow working on the laptop so I

18  could not see faces.

19  Q.   Just now you mentioned something about CCTV.

20          Are you referring to a camera that the Beatles

21  installed in your room?

22  A.   Yeah.  They tried to put up on the close to the window on

23  the door, like a little camera.  But we never knew if it was

24  working or not.

25  Q.   Did anything happen to American hostage, Peter Kassig, at

51

1   this prison?

2   A.   Yes.  We are coming inside -- inside the room, they were

3   speaking and speaking a lot with American hostage and British

4   hostages.  And one day something went wrong with Peter Kassig

5   and they asked him to -- I don't know what purpose, but they

6   asked him to stand up for like for 24 hours.  So he was just

7   standing in the middle of the room.  So we knew that they

8   could see by this window, by the CCTV, or by the door if he

9   was standing.  And so, he just stayed like that.  So I

10  remember all hostages was trying to give him some water and a

11  little bit of food.  And, yeah, he stayed like that for hours,

12  which is torture.

13  Q.   Who forced him to do that?

14  A.   The Beatles, the three English guards.

15  Q.   Do you know why they forced him to do that?

16  A.   I don't remember exactly why.

17  Q.   Did you ever hear the term "English Defense League"?

18  A.   Yes.  In this area, one of the Beatles was speaking, I

19  think, with John -- John Cantlie.  And I barely understand

20  what they were talking about, but when I heard "English

21  Defense League" I thought it was like a soccer club.  So I

22  said, why are they speaking about soccer, because I didn't

23  knew about this, yeah, organization.  So, yeah.  I remember I

24  was -- why are they speaking about soccer.  So I say, okay,

25  maybe ask.  I did not really understand why, but I remember

52

1  exactly that I told him about that, yeah.

2  Q.   And were all three Beatles present for that?

3  A.   Yeah, always the three.  I never see just one coming

4  inside the room.  It was always the three guys at the same

5  time.

6  Q.   What was James Foley's condition at this prison?

7  A.   It was quite, let's say, the same as everyone.  They have

8  the same amount of food.  He was -- we are together.  So it

9  was quite -- because of the proximity of these guards, the

10  Beatles were three English-speaking guards, they came to speak

11  to them more.  So they are more pressure on them.  They are

12  more stressed, more terrified, because they are always saying

13  when they are going to torture us as before again.

14  Q.   And when you say they came to speak to them more, you are

15  referring to the Beatles?

16  A.   Yeah, the Beatles and the English -- native

17  English-speaking prisoners.  And mainly John Cantlie and James

18  Foley.

19  Q.   So the American hostages and the UK hostages?

20  A.   Yeah.

21  Q.   And did it appear to you that the Americans and the

22  British hostages were being treated differently than the other

23  European hostages?

24  A.   They had more pressure, yeah.

25  Q.   Can you just give us any examples?

53

1    A.   Because of them coming inside the room so everyone was

2    facing the wall, I'm talking about Riverside.  And then they

3    go directly to James or John or to Peter, and they are

4    speaking with them but sometime while punching them.

5    Sometimes they were like -- it's putting some pressure.  Every

6    time John was answering, sometimes they were laughing and

7    sometimes they were punching him.

8    Q.   Is that also true of Steven Sotloff?

9    A.   Yeah, also, yeah.

10   Q.   Could you see outside of the Riverside prison?

11   A.   Yes.  There are like windows.  So we could see by the

12   last windows, we could see some the Euphrates River, was a

13   beautiful landscape.  And on the left windows we could see a

14   graveyard.  And it was -- we saw one strange thing one day.

15   We could see that some flashlights on the graveyard.  And

16   usually flashlights it's a way for snipers or fighters to take

17   position of having a nice opening to make open fires with long

18   range weapons.  And immediately after that, when we stopped

19   seeing the flashlight, we see the three Beatles coming back

20   with big long boxes, that's the usual one where you put some

21   long range rifles, and they forced us to look outside the

22   room.  So this is -- this is because for me it was like a

23   professional training stuff.  It is not how a usual fighter

24   would do this.

25   Q.   When the Beatles would enter your cell, did you

54

1    frequently see them armed?

2    A.   Yes.

3    Q.   And that was with Glock pistols?

4    A.   Yeah.

5    Q.   Was that unusual compared to the other day-to-day guards?

6    A.   Usually you have guards with sticks or maybe AK-47.

7    Sometimes, but usually there are sticks and one guard -- one

8    guy was behind in the corridor with a AK-47, yeah.

9    Q.   Were the Beatles the only guards that would come in with

10   Glock pistols inside the room?

11   A.   Yeah.

12   Q.   In February 2014, were you and your fellow hostages moved

13   to another prison?

14   A.   Yes.

15   Q.   What was the name of that prison?

16   A.   We have been moved to the Desert Prison.

17   Q.   And where is that located?

18   A.   It was close in the south of Ar Raqqah.  Nicholas Hénin

19   spoke about this prison because he have already been held at

20   the beginning of his capture in this prison.

21   Q.   So you're saying back then when you were in captivity he

22   was telling you all about the prison?

23   A.   Yeah.  He knew this place.

24   Q.   Because he had been held there earlier?

25   A.   Yeah.

55

1  Q.  I want to show you a few pictures which have previously

2  been admitted very briefly.  Starting with Exhibit 3-7,

3  please.

4          Do you recognize this?

5  A.  Absolutely.  I think it was in the first door on the

6  right.

7  Q.  Where you marked with a red dot?

8  A.  Yeah, that was our room.  And this is for going to the

9  toilets.

10  Q.  The toilet is the one at the end of the hall?

11  A.  Yes.

12  Q.  And do you know who was staying in the room next to where

13  the male hostages were staying?

14  A.  We thought it was a female hostage.

15  Q.  Female hostage?

16  A.  Yeah.  But I thought -- I did not heard a lot about that.

17          MR. PAREKH:  If we can now turn to Exhibit 3-8.

18  BY MR. PAREKH:

19  Q.  Do you recognize 3-8?

20  A.  Yeah, it seems to be the room, yeah.

21  Q.  Seems to be the room where you were held?

22  A.  With a whole lot of blankets inside.  And imagine when

23  you have 18 people inside.  It gets crowded.  So it's strange

24  to see it empty.

25  Q.  There were 18 people inside this room?

56

1   A.   Yeah.

2            MR. PAREKH:   If we can go to 3-9.

3   BY MR. PAREKH:

4   Q.   Does this look familiar to you?

5   A.   Absolutely.  That was a stick of one of the guards.  The

6   Arabic-speaking guard.

7   Q.   Not the Beatles?

8   A.   Not the Beatles.  And he was knocking on the door of the

9   toilets, because when I told you about this corridor you can

10  see our room on the right and the toilet and they are taking

11  us to the toilet every day.  And while we are going to pee or

12  to shit, sorry to say it like this, they are banging on the

13  door, yalla, yalla, hurry up, hurry up, go on guys.  And he

14  was banging, yeah, with the stick.

15  Q.   You're saying he was saying "hurry up, hurry up"?

16  A.   Yeah.

17           MR. PAREKH:   And if we can go to 3-18.

18  BY MR. PAREKH:

19  Q.   Do you recognize this?

20  A.   Absolutely.  That was the sink where we could go and wash

21  our hands after going to the toilets and where the guards was

22  doing -- washing before the prayer.

23  Q.   And did anything happen with regards to one of the

24  Tunisian guards?

25  A.   Yes.

1  Q.   Well, let me back up for a second.   What type of guard

2  was it?

3  A.   We felt he was like Arabic, maybe Tunisian, yeah.   Maybe

4  he was an Arabic-speaking guy, yeah, a young Arabic-speaking

5  guy.

6  Q.   But not the Beatle?

7  A.   This was not the Beatles.   One day, okay, let's imagine

8  you are 18 people in this cell.   You can go only twice a day

9  to the toilet.   We don't have the same shape.   We have people

10 like David Haines, who are weak with diarrhea, so we put a

11 bucket inside the room.   So where people who could not reach

12 the first time or second time to go to the toilet -- sorry to

13 say it like this -- but to shit inside.   So it was really

14 dirty.   It was smelling really -- it was hell inside this

15 room.

16         Every time we went to the toilets, as I was telling

17 you, the guy was banging on the door.   So the first guy going

18 to the toilet have to take the bucket and to, like, could not

19 pee or shit because he was trying to pour the bucket inside

20 the toilet.   And one day, I don't know why, Nicholas, Nicholas

21 Hénin, had an idea, Okay, I have an idea, I take the bucket

22 and I go first.   Okay.   So he got an idea, so, let's go.   So I

23 was the second one.   Nicholas went so I am following him.   I

24 go inside the toilet and for the first time I have time.   I

25 was quite happy to have time to do what I had to do.

58

1          I heard some noise, but banging noise, because it
2     was a stick, but not banging on the door.  Banging on
3     something soft.  I went out and then I saw Nicholas on the
4     floor with the guard was banging -- he was beating him.  I
5     said, "What's happening?"  And then I saw that he take this
6     bucket and he tried to put it in the sink where the guys was
7     washing for the prayer, which I think was quite stupid.  So,
8     okay, do your stuff.  And I went back in my room and I told
9     this to all the colleagues.  Okay, so, we laughed a little bit
10    because it was maybe a stupid thing to do.  But, yeah, that's
11    why I really remember the stick.  And this was the stick of
12    this guard.
13    Q.   Were the Beatles also coming to the Desert Prison?
14    A.   Oh, yes.  A lot.
15    Q.   And when they would come to the Desert Prison, did you
16    notice that they were being security conscious?
17    A.   Yeah.  When they are coming to this prison, it was maybe
18    the times that they have also been very violent with us.  They
19    were just waiting -- there was knocking on the door as their
20    way of knocking, so banging on the door, and waiting long
21    minutes behind the door, and we could smell them.  Because we
22    are all stinking, but we have, like, you know, the perfume of
23    the guys and we could recognize them.  So we are just waiting
24    for minutes and minutes kneeling in front of the wall with
25    hands on the wall like this (witness demonstrates), which is a

59

1    stretched position.  And then they would just open like every

2    door come inside and picked random people and beat them.  And

3    they asked questions and do what they wanted to do and there

4    always was three with gloves, with masks, and really quite

5    organized.

6            And because I -- I always would remember the feeling

7    when they took me to the throat -- just to push, to push, to

8    push, and then to release the thing on my throat and I could

9    faint because they blocked my blood pressure, and while

10   beating on me.  So one was holding me, the other one was

11   beating me, and the third one was looking around, if maybe

12   another hostage couldn't do something.  So they are always

13   walking together.  And I always remember them -- the feeling

14   of the glove.  It was quite harsh on my neck.

15   Q.   What was your understanding of why they were wearing

16   gloves?

17   A.   I think they always tried to protect themselves.  It was

18   really -- more than the other guards.  The other guards,

19   usually there are some face mask or keffiyeh, but the Beatles,

20   as far as these guards, always ask us to look at the wall.

21   Every time one was a little bit turning his head, he would

22   just be punched.  That always trying to -- they never leave

23   anything inside the room.  They always tried to avoid faces,

24   towards our eyes.  So it's like security.  I never saw their

25   face.  Just one time.  This was someone maybe with darker

60

1   skin, but the only time.

2            With the other guards, French and stuff, I always

3   find a way of taking maybe some information, but not with

4   them.  I just see some shapes, some arms, some legs, some

5   moving things, which are beating me or beating the other ones.

6   But they are really, really like avoiding any way for us to

7   take like, you know, information and stuff.

8   Q.   Were the three Beatles avoiding getting any of their

9   fingerprints on anything?

10  A.   They have gloves.  Long sleeves, no.  I don't think, if I

11  could.

12  Q.   You mentioned they would avoid leaving anything in the

13  room that they would have touched?

14  A.   Yeah.

15  Q.   Can you give us an example of any other beatings that

16  took place at this particular prison?

17  A.   One day they was like punching Didier, one of my former

18  guy, on the leg because they knew that he had been wounded

19  before.  So it was often with him a lot.  So they came and

20  they tried to make like -- we are all around the wall -- so

21  they tried to work on us.  But it was like a game for them.

22  It was the one who could make all the room, working on their

23  stage, running of their stage.  So you think you took your

24  boot aside your own head.  They were doing things like that.

25  There was walking behind us, and sometimes you would just hear

61

1   like this (witness snapping fingers) and one of the guy was

2   beaten.

3   Q.   The snapping of the finger?

4   A.   Yeah.

5   Q.   And were all three Beatles present?

6   A.   Always, yes.

7   Q.   Did the Beatles ever say anything to you at this

8   particular prison?

9   A.   Yes.  Some months ago guards asked us to shave our head.

10  So I said, "No."  So all the hostage went to be shaved and one

11  of the guy looked at me, and I said, "No, it's okay.  Thank

12  you."  And so I thought I was the only one who had the freedom

13  to say no to Islamic State so I was quite happy.  But the

14  thing is that in this Desert Prison I was the only one with

15  really long hair.  And one time one of the Beatles came to me

16  with knife, he put me on my ribs and he pressed it, and said,

17  "Now, you have to -- not to shave, but to make your hair

18  because you look like a fucking hippy."

19  Q.   And that was a knife to your ribs?

20  A.   Yeah.

21          THE COURT:  Mr. Parekh, I'm going to take the

22  morning recess at this time.  You'll finish this witness

23  today?

24          MR. PAREKH:  Yes, Your Honor.  I believe I have

25  probably less than 30 minutes.

62

1          THE COURT:  All right.  Ladies and gentlemen, we'll

2    take the morning recess.  Mr. Elias, do I pronounce your name

3    correctly?

4          THE WITNESS:  E-L-I-A-S.  But as you want.  It could

5    be Elias.

6          THE COURT:  Elias.

7          THE WITNESS:  Yeah.  It's okay.

8          THE COURT:  All right.  You may step down, sir.

9    During the recess, do not discuss your testimony with anyone.

10   And maybe you can have a soft drink or something during the

11   recess and we'll continue at 10 minutes to 11:00.

12         THE WITNESS:  Okay.

13         THE COURT:  And you'll be done this morning.

14         THE WITNESS:  Okay, great.

15         THE COURT:  You may step down, sir.  Remember not to

16   discuss your testimony with anyone.

17         (Witness excused.)

18         THE COURT:  All right.  Ladies and gentlemen, we'll

19   take the recess.  Remember put your books in the customary

20   bucket or cubbyhole, and to refrain from discussing the matter

21   among yourselves with anyone or undertaking any investigation

22   on your own.  We'll continue, I think I said at 10 minutes to

23   11:00.  And one of the things I want you to discuss is what

24   time you want to begin Monday.  It's entirely up to you.  I

25   leave that to you.

63

1              You may follow the court security officer out.

2              (Jury dismissed.)

3              THE COURT:  Court stands in recess until 10 minutes

4    to 11:00.

5              (Recess.)

6              THE COURT:  You may bring the jury in and you all

7    may be seated until you hear the usual knock on the door.

8              MR. PAREKH:  May we retrieve the witness?

9              THE COURT:  Yes, he can come forward.  Come forward,

10   sir.  We're having the jury brought in, but you may go ahead

11   and have a seat in the jury box.  When the jury comes in,

12   we'll all stand in honor of the jury, and then we'll proceed.

13             (Witness seated.)

14             THE COURT:  About 30 or 45 more minutes, Mr. Parekh?

15             MR. PAREKH:  It could be 15 or 20 minutes, Your

16   Honor.

17             THE COURT:  All right.  Thank you.

18             (Jury present.)

19             THE COURT:  All right.  You may be seated.

20             Ladies and gentlemen, as you requested, we will

21   begin Monday at 9:00 in the morning.

22             All right.  And Mr. Elias, you'll remember that you

23   remain under oath.  And Mr. Parekh, you may proceed and

24   complete your examination of Mr. Elias.  Is it Elias or Elias?

25             THE WITNESS:  Elias.

64

```
1              THE COURT:  Elias.

2              THE WITNESS:  Yes.

3              THE COURT:  Norman.  Normandy.

4              THE WITNESS:  Exactly, yes.

5              THE COURT:  All right.  Proceed.

6              MR. PAREKH:  Thank you, Your Honor.

7   BY MR. PAREKH:

8   Q.   Mr. Elias, before we took a break, you were describing a

9   particular incident where one of the Beatles put a knife to

10  your ribs and said, "You look like a fucking hippy."

11             Excuse my French, Your Honor.  Witness's words, not

12  mine.

13             Were the Beatles present at that time?

14  A.   The three of them were present, yeah.  Absolutely.

15  Q.   And what happened next?

16  A.   Next they, I think they continued to beat other people

17  inside the room and they went out.

18  Q.   You previously testified that at this prison all three

19  Beatles were wearing gloves?

20  A.   Yup.

21  Q.   Are you familiar with the July 2014 raid that was done by

22  the U.S. military at this prison?

23  A.   Yes, I hear about this raid, yeah.

24  Q.   And was that raid done after your release?

25  A.   Yes.
```

65

1   Q.   And the gloves that all three Beatles were wearing was

2   frequently occurring at that particular prison where the raid

3   was done?

4   A.   Absolutely, yes.

5   Q.   During this particular prison, did the Beatles engage in

6   hostage negotiations?

7   A.   Yes.  They made some proof-of-life questions.

8   Q.   Describe that.

9   A.   The guys -- so the Beatles came inside the room and they

10  asked us some personal questions for French.  I remember it

11  was questions about the color of my first car, the name of one

12  of my friends from Morocco.  So I had to answer that question

13  and I was the only one to know it, like, real personal

14  question.  So for us it was also, let's say, proof that the

15  question was coming from our state.

16  Q.   How many Beatles participated in that process?

17  A.   Always the three.

18  Q.   Are you familiar with a former Russian hostage by the

19  name of Sergei?

20  A.   Yes.

21  Q.   Did there come a time at this particular prison in Raqqah

22  when something happened to Sergey?

23  A.   Yes.  They took him out of the room.

24  Q.   Who is they?

25  A.   The Beatles always, the three English-speaking guards.

66

1    And they came back, I think a few days later, I don't remember

2    how many days after they came back, and we are all -- always

3    looking at the wall, and they came, one by one on, on off

4    stage to show us an iPad where there are pictures of the face

5    of Sergey being shot dead.  And they asked us also to look at

6    the pictures and describe it, to say, yes, this is Sergey and

7    he's dead.

8    Q.   With the assistance of the court security officer, I'd

9    like you to turn to Exhibit 10-20.

10   A.   How many?

11   Q.   It's Exhibit 10-20.

12   A.   Yes, the Beatles on the iPad.

13   Q.   If you can move yourself closer to the microphone.

14   A.   Sorry.  This is the picture that I saw on the iPad, which

15   is Sergey with blood on his face.

16          MR. PAREKH:  Your Honor, we're not going to publish

17   at this time.  The jury previously saw the picture.

18          THE COURT:  All right.  Proceed.

19          MR. PAREKH:  And it's been admitted into evidence.

20   BY MR. PAREKH:

21   Q.   After you were shown this photograph, what do you recall

22   the Beatles saying?

23   A.   They told -- what I remember, and I don't remember

24   exactly the word, but they told us you should speak the one --

25   if someone gets out and speaks, this is what is going to

67

1   happen to the other one.

2   Q.   How were you feeling at this time?

3   A.   I was quite afraid, but also they speak about getting

4   out.

5   Q.   Did there come a point in time where hostages started to

6   be released?

7   A.   It happened a time when some hostages after we did

8   proof-of-life, get out of a room.  So we didn't know if they

9   were being released or not.  We thought, but being that you

10  don't trust anything about what the guard say, so, yes, we saw

11  some hostages leaving the room after making some proof-of-life

12  questions.  So it start with -- maybe if it's a

13  good (indiscernible) they'll start with Marcos Marginedas and

14  then Javier Espinosa and Ricardo Vilanova, and I think we were

15  the next ones.

16  Q.   And the three hostages you just named are former Spanish

17  hostages?

18  A.   Yes.

19  Q.   During this period, were the Beatles engaging in

20  beatings?

21  A.   Yes.  It was really, really, really strange.  Every time

22  some guys were going to get out of the room they are beating

23  the next ones who had proof-of-life questions.  In front of

24  the guy that are going to get out.  As I can explain, before

25  was Spanish was taken out of the room, they beat the French

68

1    ones.  So Didier, Nicholas, Pierre, and me.  And there also

2    was a guy from Medecins Sans Frontieres, where I don't

3    remember the name.

4            (Court reporter clarification.)

5            THE COURT:  I think you said Medecins Sans

6    Frontieres.

7            THE WITNESS:  Yes, Medecins Sans Frontieres, which

8    is a French-known government organization.

9            THE COURT:  Doctors Without Borders.

10           THE WITNESS:  Doctors Without Borders, yeah.

11   BY MR. PAREKH:

12   Q.   And so, what was your understanding at that time as to

13   why those beatings were occurring?

14   A.   Our understanding is the guards knew which hostages were

15   going to get out.  And they were trying to beat the next one

16   so the guys getting out now look at them and could say it's a

17   hard situation.  The guys are beaten.  The situation is

18   difficult.  So hurry up to continue the negotiations.

19   Q.   Describe the beatings that were occurring at this time?

20   A.   It was always the same.  So while taking us in the middle

21   of the room, one by one, and then they are punching us like,

22   you know, like, boxing -- like you are just a boxing bag.  So

23   one or two were holding us and the other one was making some

24   box trick on us.  On the face, on the -- many on the body.

25   Many.

69

1   Q.   Were all three Beatles always present for these beatings?

2   A.   Yes, because you always had one or two holding you and

3   one beating you.

4   Q.   I want to direct your attention now to the date April 11,

5   2014.  Do you recall seeing any American female hostages on or

6   about that date?

7   A.   Yes, absolutely.  I was on the right of the room and it

8   seems that they are going to get us out and then a new person

9   came inside.  It was a female woman and she told us that her

10  name was Kayla Mueller and she spoke with Didier Francois and

11  I was close to them, but I didn't understand everything about

12  what they're saying, but, yes, I remember her name.  And I

13  looked at the shape of the woman.  She had a veil on her face

14  and, yeah, she was also very tired.

15  Q.   What do you recall about that interaction with Kayla

16  Mueller?

17  A.   I didn't have one with her.  She spoke with Didier.  I

18  don't remember if she told him about the name, about -- I have

19  no really remembering about that, but I remember she was

20  there.

21  Q.   Were all three Beatles present when Kayla Mueller --

22  A.   Yeah, because they brought her inside the room, yeah.

23  Q.   Were all three Beatles listening to the conversation?

24  A.   Absolutely, yeah.

25  Q.   Were they all fully masked?

70

1    A.   Yes.  That's why I was a little bit behind because they

2    were in front of me -- between Kayla Mueller and me.  I was

3    close to the wall and she was a little bit in the middle of

4    the room.

5    Q.   And you understand what I mean by fully masked, correct?

6    A.   Yeah, completely.

7    Q.   Did they always wear those masks where you could only see

8    their eyes?

9    A.   Yes.

10   Q.   On or about the next day, April 12, 2014, did something

11   notable happen?

12   A.   Yes, they took the French hostage, so Nicholas, Pierre,

13   Didier, and me out of the cell and they --

14   Q.   Who is they?

15   A.   Always the Beatles.

16           And they put us in a car or truck, I don't really

17   remember.  And we arrived in a new place where we have been

18   say for four or five days held together, just the four French,

19   and then we were freed after.

20   Q.   Was this new place a transit location?

21   A.   Yes, it was a transit location, yeah.

22   Q.   Before you were ultimately released?

23   A.   Yes.

24   Q.   At this particular transit location, did the Beatles

25   arrive?

Direct Examination                                     71/22

71

1    A.   I don't remember.  But I remember that when we get out of

2    this place, we saw a grey car, a pickup car, which was the

3    same that we saw under the little -- the blindfold, when we

4    get to the new -- when we get out of the Desert Prison on the

5    truck, I saw the same car with maybe the Beatles getting

6    inside this car.

7    Q.   The three Beatles?

8    A.   Yeah.  And I saw the same car parking just in front of

9    transit location when we get out.

10   Q.   Did something happen to Pierre Torres at that time?

11   A.   Yeah, he slipped on the floor and they -- and I think he

12   hurt himself on the leg.

13   Q.   Explain why that happened?

14   A.   I don't really remember, maybe because of soap, something

15   like this, because I'm not really used to use soap.  So I

16   think he slipped on it.

17   Q.   Were the Beatles present at that time?

18   A.   I don't remember.

19   Q.   Did the Beatles ultimately arrive at some point prior to

20   your eventual release?

21   A.   Yeah, because this car followed us until the last place,

22   which is a little hill where the guard -- like random -- I

23   don't know if it was like Syrians or Iraqis, Arabic-speaking

24   guards took us to the border, to Turkish.

25   Q.   And did the Beatles talk to you before you were released?

72

1   A.   No.  No.

2   Q.   At some point prior to your release, did the Beatles talk

3   to you about what you should do when you do get released?

4   A.   Yeah, maybe more what we should not do.

5   Q.   Please describe.

6   A.   We should not speak about the other hostages and we

7   should not go to the press, we should not speak also to our

8   government or they are going to kill the other hostages.

9   Q.   And the reason for that was because they would kill the

10  other hostages?

11  A.   Yeah.

12  Q.   Did you believe that the Beatles were trying to silence

13  you?

14  A.   Of course, yes.

15  Q.   And was that all three Beatles?

16  A.   All three Beatles all together.  One was speaking, but

17  the other one were with him, yeah.

18  Q.   Did you follow those orders from the Beatles?

19  A.   Yes -- no, I speak to my government, but I didn't go to

20  the press.

21  Q.   You didn't go public?

22  A.   No.

23  Q.   Did the three Beatles mention to you the specific mode of

24  killing that would be used if you went public?

25  A.   They spoke about beheading, yeah.

```
 1    Q.   Beheadings?

 2    A.   Yeah.

 3              MR. PAREKH:  No further questions, Your Honor.

 4              MS. GINSBERG:  No questions.

 5              THE COURT:  All right.  Mr. Elias, you may step

 6    down, sir.

 7              May this witness be excused?

 8              MR. PAREKH:  Yes, he can.

 9              THE COURT:  Any objection to that?

10              MS. GINSBERG:  No, sir.

11              THE COURT:  All right, sir.  You may be excused and,

12    of course, you're entirely welcome to remain in the courtroom

13    in the future in this case because you were excluded before

14    this, because you weren't here, but witnesses typically can't

15    be present.  But now you have the right to be present, but you

16    also have the right to go home, and do what you wish.

17              THE WITNESS:  Thank you very much.

18              THE COURT:  You may depart.

19              (Witness excused.)

20              THE COURT:  All right.  Let's see if we can give the

21    jury, Mr. Parekh, a clearer idea where we are.  We will begin

22    Monday at 9 o'clock and at that time we will have seven

23    witnesses remaining in this case.

24              MR. PAREKH:  Yes, Your Honor, that's correct.

25              THE COURT:  And those seven witnesses will take more
```

74

1   than one day, is that right?

2        MR. PAREKH:  That's right, Your Honor.  But we still

3   anticipate concluding our case in chief on Tuesday.

4        THE COURT:  All right.  And, of course, ladies and

5   gentlemen, as I've told you, it isn't proper, it isn't right

6   for me to ask the defendants and I'm not going to.  They are

7   entitled to wait until the government finishes its case.  And

8   remember, the defendant has no burden to prove his innocence.

9   He's not required to testify.  And he's not required to

10  present any evidence.  He has the opportunity to, but he's not

11  required to.  And therefore, I will wait until then to ask,

12  but I think there is some possible ability and reason to

13  believe that we may be finished with the evidence in this case

14  Tuesday or at the latest Wednesday, at which time, you will

15  then hear argument by the lawyers in which they will summarize

16  and interpret the evidence that we've heard for the past two

17  weeks, then it will be the third week, for you to consider.

18        However, remember that their recollection of what

19  the evidence was is not controlling.  It is your recollection

20  of what the evidence was that controls during your

21  deliberations.  And then, after they make their arguments to

22  you, in which they'll summarize and interpret the evidence for

23  you, I will give you instructions on the law.  And you'll be

24  required to follow those instructions whether you agree with

25  them or not.  And after that, you'll be permitted to retire to

75

1  deliberate on your verdict and you may deliberate as long or

2  as little as you like.  That's entirely up to you.

3          All right.  Remember now on this weekend to put this

4  matter to one side and put it out of your mind.  Don't discuss

5  the matter with anyone.  Don't undertake any investigation on

6  the computer or anything else.  Don't look up Mr. Parekh's

7  name, or Ms. Ginsberg's name, or Mr. MacMahon's name.  Don't

8  look up anything at all having anything to do with this case

9  because you're to decide this case, as I told you at the

10  outset, solely on the basis of the evidence you see and hear

11  presented in this case and the Court's instructions on the

12  law.

13          Leave your books in the customary cubbyholes and

14  your lunches will be here momentarily.  You may either eat

15  them or go home, but I don't think the baked Alaskan will last

16  very long.  Let me confirm with Ms. Randall whether the

17  lunches are here yet.

18              THE DEPUTY CLERK:  Thirteen more minutes.

19              THE COURT:  They will be here in 30 minutes.

20              THE DEPUTY CLERK:  Thirteen minutes, 11:30.

21              THE COURT:  And if she says 13 minutes, she's not

22  kidding, because I think the persons delivering the lunches

23  know who is requiring what time they are to be submitted and

24  they don't want to cross that line.  So I invite you to remain

25  here.

1            The court security officer will remain here and

2    we'll take those of you, who wish, to your cars if you -- I

3    don't know whether the press is out there or not, but I think

4    the deputy marshal should know that there may be a need for

5    that so that they can get to their cars and go home.  And I'll

6    see you Monday at 9 o'clock.  Thank you for your close and

7    careful attention to the evidence.

8            You may follow the court security officer out.

9            (Jury dismissed.)

10           THE COURT:  All right.  You may be seated.  Anything

11   else to accomplish on behalf of the government?

12           MR. PAREKH:  Not from the government.

13           THE COURT:  Ms. Ginsberg, on behalf of the defense?

14           MS. GINSBERG:  No, Your Honor.

15           THE COURT:  I will see you all on Monday morning at

16   9 o'clock.  Court stands in recess.

17

18           **(Proceedings adjourned at 11:19 a.m.)**

19

20

21

22

23

24

25

1                    CERTIFICATE OF REPORTER

2

3          I, Tonia Harris, an Official Court Reporter for

4    the Eastern District of Virginia, do hereby certify that I

5    reported by machine shorthand, in my official capacity, the

6    proceedings had and testimony adduced upon the Jury Trial

7    in the case of the **UNITED STATES OF AMERICA versus EL**

8    **SHAFEE ELSHEIKH**, Criminal Action No.: 1:20-cr-239, in said

9    court on the 8th day of April, 2022.

10         I further certify that the foregoing 77 pages

11   constitute the official transcript of said proceedings, as

12   taken from my machine shorthand notes, my computer realtime

13   display, together with the backup tape recording of said

14   proceedings to the best of my ability.

15         In witness whereof, I have hereto subscribed my

16   name, this October 24, 2022.

17

18

19

20

21   _____
     Tonia M. Harris, RPR
22   Official Court Reporter

23

24

25

                                                          77